**DECLARATION OF DR. MATTHEW LEVITT**
**Przewozman v Iran**

## I. Scope of Engagement

I have been asked to provide expert opinion on the following issues and their implications for this case:

- Background on Hamas, its history and ideology;
- Hamas violence and the purpose of Hamas attacks;
- Hamas Terrorist Activity and Operation Protective Edge (2014);
- Iran's Financial and Material Support for Hamas Prior to 2012;
- Iran's continued support for Hamas in the wake of the Syrian war;
- The Importance of Iranian Funding for Hamas Operations;
- Hamas and the Barrage of Rocket Attacks in Early May 2019.

## II. Qualifications

My qualifications as a noted expert in international terrorism, with a focus on Middle East terrorist groups and particular expertise in their logistical and financial support networks, are based on a multidisciplinary combination of my academic education, professional training and experience.

I am a United States citizen, residing in the Washington, D.C. area. I hold both a Masters of Law and Diplomacy (MALD) and a Ph.D. in International Relations from The Fletcher School of Law and Diplomacy at Tufts University. The Fletcher School, a member of the Association of Professional Schools of International Affairs and one of the preeminent graduate programs in international affairs in the United States, is renowned for its interdisciplinary curriculum and approach to international studies.

My Masters degree included concentrations in Conflict Resolution, International Security Studies, and the Middle East. My doctoral dissertation entitled "The Impact of Acute Security Crises on the Process of Ongoing Negotiations," examines the impact of terrorism on the Arab-Israeli peace process. I was awarded several fellowships and grants in support of this research, including a graduate research fellowship from the Program on Negotiation at Harvard Law School. While at Harvard I conducted extensive field research in the West Bank and Gaza Strip. In a letter supporting my application for funding for my doctoral work, an assistant director of the FBI described the project as one that "will be of great benefit to the FBI and the U.S. Intelligence Community (USIC)."

Prior to joining the Washington Institute, I served as a counterterrorism intelligence analyst with the Federal Bureau of Investigation (FBI) providing tactical and strategic analysis in support of counterterrorism operations. There I developed a special focus on fundraising and logistical support networks for Middle East terrorist groups. In addition, I participated as a team member in a number of crisis situations, including the terrorist threat surrounding the turn of the

1

millennium and the September 11 attacks. In my official capacity as a U.S. government intelligence analyst, I researched and analyzed trends and patterns of international terrorist groups, produced written products and oral presentations for FBI management, FBI field agents and other agencies, and liaised with U.S. intelligence community counterparts, other U.S. government agencies, and foreign services. I received extensive training and developed particular expertise in the analysis of material collected through investigations and the synthesis and further analysis of this material together with other sources of information provided by other agencies, open source information, and more. In this capacity I also made several trips to the Middle East. Indicative of my expertise, I earned three letters of commendation for my analytical contributions to FBI counterterrorism operations, as well as five awards in recognition of superior service rendered to the FBI.

In November 2001 I joined The Washington Institute for Near East Policy as a Senior Fellow in Terrorism Studies. Founded in 1985, The Washington Institute seeks to "advance a balanced and realistic understanding of American interests in the Middle East" by bringing "scholarship to bear on the making of U.S. policy in this vital region of the world." The Institute's Board of Advisors includes several former Secretaries of State, a former Director of Central Intelligence, and other former senior government officials and diplomats. The Washington Institute holds annual conferences and periodic policy forums, hosts blue-ribbon presidential study groups, and publishes scholarly research.

From November 2005 through January 2007 I served as Deputy Assistant Secretary for Intelligence and Analysis in the United States Department of the Treasury. In that capacity, I served both as a senior official within the department's terrorism and financial intelligence branch and as deputy chief of the Office of Intelligence and Analysis, one of sixteen U.S. intelligence agencies coordinated under the Office of the Director of National Intelligence. During my tenure at Treasury, I was at the center of the government's efforts to protect the U.S. financial system from abuse and to deny terrorists, weapons proliferators, and other rogue actors the ability to finance threats to U.S. national security. In recognition of exceptional service to the department, in January 2007 I was awarded the Treasury Department's "Exceptional Service Award." In 2008-2009 I also served as an advisor on counterterrorism and intelligence for the U.S. State Department's Special Envoy Middle East Regional Security (SEMERS) whose mission was to help achieve the Secretary of State's vision of resolving the Israeli-Palestinian conflict through two states living side by side in peace and security.

In February 2007 I returned to the Washington Institute, where I am a Senior Fellow and Director of the since renamed Stein Program on Counterterrorism and Intelligence. In this capacity, I am frequently sought after as an analyst and commentator on terrorism issues for major media outlets including CNN, ABC, NBC, CBS, PBS, The New York Times, The Washington Post, The Wall Street Journal, National Public Radio, BBC, al Jazeera, al Arabiya, and more. I have lectured and consulted on terrorism for a variety of government and other organizations, including the U.S. Departments of State, Homeland Security and Justice, the Commission on Terrorist Attacks Upon the United States (9-11 Commission), the Financial Transactions Reports Analysis Centre of Canada (FINTRAC), the Canadian Security and Intelligence Service, Department of Justice Canada, and others, and write frequent policy briefs and articles on issues relating to terrorism and U.S. policy. I have also taught as a Professorial Lecturer in International

Relations and Strategic Studies at Johns Hopkins University's School of Advanced International Studies (SAIS). Along with a collection of journal articles and edited volumes, I am also the author of *Targeting Terror* (Washington Institute, 2002), *Hamas: Politics, Charity and Terrorism in the Service of Jihad* (Yale University Press, 2006), *Negotiating under Fire: Preserving Peace Talks in the Face of Terror Attacks* (Rowman & Littlefield, 2008) and *Hezbollah: The Global Footprint of Lebanon's Party of God* (Georgetown University Press, 2013).

I have developed particular expertise on the terrorist group Hamas and on Iranian state sponsorship of terrorism, as evidenced from the many publications I have written on these subjects, from newspaper editorials and peer reviewed journal articles to Congressional and court testimonies and a book published by Yale University Press. In the words of Ambassador Daniel Benjamin, a National Security Council official in the Clinton administration and the State Department's Counterterrorism Coordinator in the Obama administration, "Matthew Levitt is undoubtedly one of the world's foremost experts on Hamas and an outstanding commentator on terrorism in general. I read everything he writes, and I have a very high regard for his work."[1]

At the Washington Institute, my work includes the study of Middle Eastern terrorist groups, front organizations and state sponsors, the logistical and financial support networks that facilitate their activities, and the extremist and militant ideologies that drive their recruitment and radicalization efforts. In my efforts to study and understand terrorism and militant Islamist ideology I interview experts, officials, academics and others with insight into these issues, both in the United States and Europe and in the Middle East. I engage in private, personal meetings, public conferences, group discussions, and talks that are both on and off the record. I travel to the Middle East regularly, including trips to the Palestinian territories, Israel, Jordan, Egypt, Bahrain, Kuwait, Qatar, Saudi Arabia, the UAE and Turkey. I also attend conferences and academic and professional lectures, and read books, newspapers, academic and policy journals, and research these materials on the internet (including the websites, video and audio clips and images on sites geared towards counterterrorism and those of terrorist groups and their sympathizers as well). These are the standard sources and methods in the academic and policy communities for developing the kind of specialized knowledge and expertise I have accumulated – and for which I have been awarded and commended – in my field. Indeed, the Sixth Circuit has described my research methodology as "the gold standard."[2] And, in a watershed ruling upholding the constitutionality of the material support statute §2339B, the Supreme Court of the United States cited my work twice to support its position.[3]

Compiling information from a wide variety of sources, I study and evaluate the information and data I collect, and write about and lecture on my findings. I engage in regular discussions with other experts both to compare notes and as a means of affording myself an ongoing process of peer-review and fact-checking.

---

[1] https://yalebooks.yale.edu/book/9780300122589/hamas

[2] See Sixth Circuit Court of Appeals ruling in US v. Damrah, at http://ftp.resource.org/courts.gov/c/F3/412/412.F3d.618.04-4216.html

[3] See SCOTUS opinion in Humanitarian Law Project et al v. Holder et al, Pp25-26, at http://www.supremecourt.gov/opinions/09pdf/08-1498.pdf

In addition to my work at the Institute, I use my specialized expertise to teach and consult, both for the U.S., and other governments and private sector firms. I was a member of the Council on Foreign Relations' task force on terrorist financing, and am a member of the international advisory boards for the Institute for Counter-terrorism (ICT) in Israel and the International Centre for Political Violence & Terrorism Research (ICPVTR) in Singapore. I served as a CTC Fellow at the Combating Terrorism Center (CTC) at U.S. Military Academy (West Point), as a senior fellow at The George Washington University's Homeland Security Policy Institute, and as a member of the Academic Advisory Board of the Emirati Center for Strategic Studies and Research (ECSSR) in Abu Dhabi. I am a life member of The Council on Foreign Relations.

The awards and honors I have received include:

- U.S. Embassy Expert Speaker Grant, U.S. Embassy Berlin, May 2019;

- Certificate of Appreciation, United States Secret Service, 2015;

- Certificate of Recognition, U.S. Departments of Justice and State and the International Institute for Justice and the Rule of Law, October 2015;

- U.S. Marine Corps Forces Cyber Command, Letter of Appreciation, April 3, 2013;

- Certificate of Appreciation, Federal Bureau of Investigation, March 2013;

- Exceptional Service Award, U.S. Department of the Treasury, January 2007;

- Certificate of Appreciation, United States Central Command Directorate of intelligence, February 2006;

- Selected by CNN as one of "The 2005 New Guard: Washington's Next Generation of Newsmakers," April 2005;

- European Union Visitors Program (EUVP), 2005;

- Visiting Scholar, Security Studies Department, the Paul H. Nitze School of Advanced International Studies (SAIS), Johns Hopkins University, March 2003;

- U.S. Department of State Speaker and Specialist Grant (2), April 2002 (lectures in Lithuania), and January 2003 (lectures in Austria);

- Letters of Commendation from Deputy Assistant Director (3), Federal Bureau of Investigation, July 2000, August 2000, July 2001;

- Performance Awards (2), Federal Bureau of Investigation, December 1999, November 2000;

- Special Act or Service Award, Federal Bureau of Investigation, September 1999;

- Graduate Research Fellow, The Program On Negotiation at Harvard Law School, 1997-1998;

• International Security Studies Fellow, International Security Studies Ph.D. Dissertation Fellowship, the Fletcher School of Law and Diplomacy, 1996-1997;

• International Security Studies Program Graduate Student Research Grant on the Emerging Issues of Ethnic, Sectarian, and Religious Conflict, William H. Donner Foundation, 1996;

• Doctoral Scholarship, the Fletcher School of Law and Diplomacy, 1995-1996;

• Sarah Scaife Frank Rockwell Barnett Memorial Grant in International Security Studies, The Fletcher School of Law and Diplomacy, 1994 and 1996

I am frequently called upon to testify before the United States Senate and House of Representatives as an expert on international terrorism, U.S. policy toward the Middle East, countering violent extremism, and terrorist financing and sanctions policy. I have been qualified as an expert witness and provided expert testimony in many U.S. federal court proceedings and have testified as an expert in several terrorism-related immigration cases in the U.S. and Canada, as well as in terrorism-related cases in France, Denmark and Scotland. Many of these cases involved Hamas, and/or Iranian and Syrian state sponsorship of terrorism.

I am widely published, including *Hamas: Politics, Charity and Terrorism in the Service of Jihad* (New Haven: Yale University Press, 2006); *Negotiating Under Fire: Preserving Peace Talks in the Face of Terror Attacks* (Lanham, MD: Rowman & Littlefield, 2008); and *Hezbollah: The Global Footprint of Lebanon's 'Party of God'* (Washington, DC: Georgetown University Press and Hurst Publishers, 2013). A list of my books, monographs, journal articles, editorials, and policy briefs is available in my professional C.V., which is attached to this report.

I am being compensated at a rate of $550.00 per hour for my work on this case. My opinions are my own, however, and I am compensated for my time whatever my opinions may be.

## III.     Background on Hamas

In 1995, the United States government designated Hamas a Specially Designated Terrorist ("SDT").[4] In 1997, the United States government designated Hamas a Foreign Terrorist Organization ("FTO"), a designation that has been renewed every two years.[5] In 2001, the United States government designated Hamas a Specially Designated Global Terrorist ("SDGT"), a designation Hamas has retained through the present.[6] Additionally, several individuals and front

---

[4] Executive Order 12947, "Prohibiting Transactions with Terrorists Who Threaten to Disrupt the Middle East Peace Process," Part IX, January 25, 1995, available online at http://www.treasury.gov/resource-center/sanctions/Documents/12947.pdf

[5] Office of the Coordinator for Counterterrorism, Designation of Foreign Terrorist Organizations, October 8, 1997, available online at http://www.state.gov/www/global/terrorism/fs_terrorist_orgs.html

[6] See Executive Order 13224 - Blocking Property And Prohibiting Transactions With Persons Who Commit, Threaten To Commit, Or Support Terrorism, available online at http://www.treasury.gov/resource-center/sanctions/Documents/13224.pdf

organizations associated with Hamas have been designated SDTs and SDGTs.[7]

### *The Ideology of Hamas*

From its inception, Hamas has been explicitly dedicated to the destruction of the State of Israel and the establishment in its place of an Islamist Palestinian state in all of what was once British Mandatory Palestine--a territory that today comprises Israel, the West Bank, and the Gaza Strip.[8]  Its core ideology is manifest in its 1988 charter, which rejects any permanent peace with Israel on religious, nationalist, and ideological grounds.  The Hamas charter also states that: "The Islamic Resistance Movement believes that the land of Palestine is an Islamic Waqf (Trust) consecrated for future Muslim generations until Judgment Day.  It, or any part of it, should not be squandered: it, or any part of it, should not be given up."[9]  It therefore flows logically, according to the charter, that with respect to negotiations with Israel and the prospect of any international peace conference:

> There is no solution for the Palestinian question except through Jihad. Initiatives, proposals and international conferences are all a waste of time and vain endeavors. The Palestinian people know better than to consent to having their future, rights and fate toyed with.[10]

The charter calls for the creation of an Islamic state, rather than a secular one: "Secularism completely contradicts religious ideology.  Attitudes, conduct and decisions stem from ideologies."[11]

Hamas was formally established in December 1987.  Hamas' activities span three primary areas covering the group's political, social and charitable, and military operations.  Sheikh Ahmed Yassin, the spiritual founder of Hamas, himself rejected the idea that Hamas' political and social wings are unconnected to its military wing, the Izz al-Din al-Qassam Brigades: "We cannot separate the wing from the body.  If we do so, the body will not be able to fly.  Hamas is one

---

[7] See, for example, "US Designates Five Charities Funding Hamas and Six Senior Hamas Leaders as Terrorists," Office of Public Affairs, U.S. Treasury Department, August 22, 2003, available online at http://www.treasury.gov/press-center/press-releases/Pages/js672.aspx

[8] The Covenant of the Islamic Resistance Movement, August 18, 1988, see, e.g. Article 2 of Hamas's charter that states the movement (i.e. Hamas) is a wing of The Muslim Brotherhood. In Articles 6, 7, 11 and 13 of the charter, there are repeated references to the establishment of a Muslim state in Historical Palestine and of the necessity to wage Jihad in order to free all of Palestine and to destroy the Jews.  See: http://avalon.law.yale.edu/20th_century/hamas.asp

[9] The Covenant of the Islamic Resistance Movement, August 18, 1988, Article 11 of the Hamas Charter, available online via the Avalon Project at Yale Law School, at http://avalon.law.yale.edu/20th_century/hamas.asp

[10] The Covenant of the Islamic Resistance Movement, August 18, 1988, Article 13 of the Hamas Charter, available online via the Avalon Project at Yale Law School, at http://avalon.law.yale.edu/20th_century/hamas.asp

[11] The Covenant of the Islamic Resistance Movement, August 18, 1988, Article 27 of the Hamas Charter, available online via the Avalon Project at Yale Law School, at http://avalon.law.yale.edu/20th_century/hamas.asp

body."[12]

For Hamas, mutating the predominantly ethno-political Palestinian national struggle into a fundamentally religious conflict is critical to the group's ideology and its continued ability to inspire Palestinians to reject compromise or peaceful solutions to the conflict.

Hamas emphasizes its campaign of radicalization targeting Palestinian youth. During the summer 2009, more than 120,000 Palestinian children attended Hamas-run summer camps that focused not only on Islamic teachings, but also on "semi-military training with toy guns." Hamas campers staged a play reenacting the Gilad Shalit abduction before an audience that included Hamas officials such as Usama Mazini and Sheikh Ahmad Bahar. For Hamas leaders like Bahar, this is business as usual. In July 2003, a Hamas camp run by Bahar, the al-Aqsa Intifada Martyrs Summer Camp, conducted classes in radical Islam that exposed campers to images of suicide bombers plastered on the camp's walls. As explained by Bahar, teaching children the history of Islam while surrounding them with pictures of martyrs instills "seeds of hate against Israel."[13]

Exposing Palestinian children to such radical messages at a young age has been a tactic employed not only in recreational institutions but also in schools. In 2001, the Islamic Society (al-Jamiyah al-Islamiyah)--a bedrock Hamas institution in Gaza--held a graduation ceremony for the 1,650 children who attended its forty-one kindergartens.[14] Photographs of the ceremony show young, uniformly dressed children carrying mock rifles. In the photos, a five-year-old girl dips her hands in red paint to mimic the bloodied hands Palestinians proudly displayed after the lynching of two Israelis in Ramallah. Another child, dressed as Hamas founder Sheikh Ahmed Yassin, is surrounded by other children costumed as suicide bombers. Hamas does not keep its reason for these ceremonies a secret. After his capture, Hamas activist Ibrahim Abd al-Fatah Shubaka told Israeli authorities that the Islamic Charitable Association in Hebron maintains two orphanages and schools that "instill the pupils with Hamas values, and their graduates include operational Hamas activists."[15]

### Hamas' Da'wa and its Primary Purposes in Support of Hamas' Terrorist Acts

The Hamas' *da'wa*—its proselytizing and social and charitable activities—model is an especially effective way to build support and raise funds for the group because funds supporting any part of Hamas free up existing monies to support its terrorist activities including, among other things, shooting attacks like July 1, 2016, murder of Rabbi Michael Mark. As a U.S. Treasury

---

[12] "Yassin Sees Israel 'Eliminated' Within 25 Years," Reuters, May 27, 1998.

[13] MFA, "Participation of Children and Teenagers in Terrorist Activity During the Al Aqsa Intifada," MFA Library, January 2003.

[14] C.S.S. "Subject: Education for Hatred and Terrorism – The Graduation Ceremony of Children from 'Islamic Association' Network Kindergartens Supported by Saudi Money," *Saudi Transfers to the Hamas and to Extremist Groups Identified with It.*

[15] Dale L. Watson, assistant director for counterterrorism, Federal Bureau of Investigation, memorandum to R. Richard Newcomb, director of the Office of Foreign Assets Control, U.S. Department of the Treasury, "Holy Land Foundation for Relief and Development, International Emergency Economic Powers Act, Action Memorandum," November 5, 2001.

official testified in 2003, "Hamas is loosely structured, with some elements working clandestinely and others working openly through mosques and social service institutions to recruit members, raise money, organize activities, and distribute propaganda."[16]  Then-Assistant Secretary for Economic and Business Affairs at the U.S. Department of State E. Anthony Wayne testified in 2003 that "This [the flow of money to Hamas] is a sensitive issue given that some of these financial flows are used to support charitable activities.  There can be no doubt, however, that donations to Hamas for charitable purposes free up funds for use in terrorism."[17]  Similarly, in a 2008 U.S. Department of Treasury designation, Under Secretary for Terrorism and Financial Intelligence, Stuart Levey, stated, "Terrorist groups such as Hamas continue to exploit charities to radicalize vulnerable communities and cultivate support for their violent activities."[18]

Hamas deems legitimate the mingling of these funds, as it considers the social services it provides a jihadist extension of its terrorist attacks.  For example, in 2003, the Muslim Brotherhood's Hamas-associated "Islam-online" website featured a special page glorifying suicide attacks and stressing the need to support not only Palestinian armed struggle but also youth education, social activity and economic assistance as a means of fighting the "economic Jihad."[19]

Hamas' da'wa facilitates that activity.  In fact, all of Hamas' services and organizations ultimately help facilitate Hamas militancy and attacks.  In other words, without its da'wa, Hamas would not have the capacity to commit terrorist attacks on the scale that it has to date.

Investigations into Hamas activity in the U.S. led investigators to similar conclusions and to the determination that, in light of the links between the da'wa networks and terrorist operatives plotting attacks, tracking the money through the da'wa system of logistical supporters of terrorism can be particularly effective in preventing attacks by Hamas.  FBI Deputy Director John Pistole testified to Congress in 2003 that FBI investigations into the financial activities of terrorist supporters in the United States helped prevent four different terror attacks abroad.[20]  According to Pistole, at least "a portion" of contributions made to Hamas fronts directly support "the terrorist organization's military wing;" other funds support Hamas attacks indirectly, as "any contribution to Hamas, for any purpose, frees up other funds for its planned violence."[21]

---

[16] David Aufhauser, testimony before House Committee on Financial Services, Subcommittee on Oversight and Investigations, September 24, 2003, http://www.treasury.gov/press-center/press-releases/Pages/js758.aspx

[17] Testimony of E. Anthony Wayne, Assistant Secretary for Economic and Business Affairs, U.S. Department of State, to the House of Representatives Committee on Financial Services, September 24, 2003, available at http://financialservices.house.gov/media/pdf/092403eaw.pdf

[18] "Treasury Designates the Union of Good," U.S. Department of Treasury, November 12, 2008. http://www.treasury.gov/press-center/press-releases/Pages/hp1267.aspx

[19] Israel Defense Forces Spokesperson's Unit, "Hamas-Related Associations Raising Funds Throughout Europe, the US and the Arab World," September 3, 2002.

[20] Whether these pertained to Hamas or other international terrorist groups, the example highlights the close link between those who provide logistical and financial support to terrorist groups and those who actually execute the attacks.  See John Pistole testimony before Senate Committee on Banking, Housing and Urban Affairs, September 25, 2003.  At the time of his testimony Pistole was Assistant Director of the FBI.

[21] John Pistole testimony before House Committee on Financial Services, Subcommittee on Oversight and

Hamas actively solicits the assistance of "civilian" Hamas members to facilitate its terrorist attacks, especially those who can make use of their places of employment to facilitate the al-Qassam Brigades. For example, Hamas recruited Mustafa Amjad, a doctor at al-Razi Hospital in Jenin, to help infiltrate suicide bombers into Israel. After his arrest in June 2002, Amjad confessed to helping Hamas terrorists enter Israel while delivering medicines in his professional capacity.[22] Similarly, according to Israeli intelligence information cited by the FBI, the Dar el-Salam Hospital "was founded in 1995 with HAMAS funds and protection. The building is located on the land of a HAMAS associated- family by the name of Al Bata from Khan Yunis."[23]

In another case, Hamas operative and financial intermediary Muhammad Salah met al-Qassam Brigades recruits at several mosques, including the al-Bireh mosque and the al-Nasser mosque.[24] According to al-Qassam Brigades activist Salah Arouri, "I received 96,000 American dollars from Abu Ahmad [Muhammad Salah] which he gave me personally in the Abd al-Nasser mosque in al-Bireh. He told me that the money was meant for our weapons procurement activity."[25]

Mosques associated with Hamas also serve as meeting places for Hamas fugitives. For example, arrested Hamas member Salah Arouri recounted hiding al-Qassam Brigades activists Bashir Hamad, Talal Salah, and Imad Aqel in the al-Hares mosque in Hebron after three other members of their cell were captured in October 1992. Muhammad Salah then personally ferried two of these fugitives to Ramallah.[26]

The *da'wa* network also serves as an opportunity for Hamas to identify and enlist individuals into Hamas. For example, Ahmad Salim Ahmad Salatneh, head of the Jenin Zakat Committee, recruited young men working for that charity committee into Hamas.[27]

The Jihad Mosque in Hebron was one such breeding ground. The Mosque had its own soccer team, which produced several Hamas terrorists responsible for a string of attacks conducted over the first six months of 2003, five of which were suicide bombings executed by team

---

Investigations, September 24, 2003, available online at
http://www.house.gov/financialservices/media/pdf/092403jp.pdf

[22] "Terrorist Misuse of Medical Services to Further Terrorist Activity," Israel Foreign Ministry, August 26, 2002, available at http://www.mfa.gov.il/MFA/MFAArchive/2000_2009/2002/8/Terrorist%20Misuse%20of%20Medical%20Services%20to%20Further%20Te

[23] Dale L. Watson, assistant director for counterterrorism, Federal Bureau of Investigation, "Holy Land Foundation for Relief and Development, International Emergency Economic Powers Act, Action Memorandum," memorandum to R. Richard Newcomb, director of the Office of Foreign Assets Control, U.S. Department of the Treasury, November 5, 2001 ("Watson Memorandum"), p. 43.

[24] "Subject: Transcriptions of the Police Interviews with Salah Arouri," Israeli Police Document recording Arouri's January 27, 1993 interview.

[25] *Id.*

[26] *Id.*

[27] Watson Memorandum, November 5, 2001, p. 34.

members.[28]  The team's jerseys bore a picture of a hand holding an axe with an inscription reading, "Prepare for the enemy and to fight the occupation."[29]  Another Hamas-affiliated sports club has the infamous reputation of serving as the recruitment grounds for six different suicide bombers.[30]

Hamas terrorist operatives frequently hold day jobs within Hamas' *da'wa* system, which provides them with both a salary and cover for their less charitable activities plotting and carrying out terrorist attacks.  For example, documents seized from the offices of the Islamic Relief Agency ("IRA") revealed that it had been paying the salaries of ten West Bank Hamas activists.[31]  Additionally, the placement of battle-hardened operatives in key *da'wa* positions streamlines Hamas' ability to skim and launder funds from its charities and social service organizations.

The support Hamas provides is largely determined by a cost-benefit analysis that links the amount of aid awarded to the extent of support that aid will presumably buy.[32]  According to Sheikh Yassin, during the Second Intifada, Hamas distributed $2 million to $3 million in monthly handouts to the relatives of Palestinian suicide bombers, "martyrs" who have been killed by Israelis, and prisoners in Israeli jails.[33]

Dr. Ibrahim al-Yazuri, one of the original founders of Hamas, offered a similar description of Hamas' philosophy regarding charitable giving:

Everyone knows that the Islamic Resistance Movement, Hamas, is a Palestinian Jihad movement that strives for the liberation of all Palestine, from the (Mediterranean) sea to the river (Jordan), from the north to the south, from the tyrannical Israeli occupation, and this is the main part of its concern.  Social work is carried out in support of this aim, and it is considered to be part of the Hamas movement's strategy.  The Hamas movement is concerned about its individuals and

---

[28] Ian Fisher, "A Sudden, Violent End for a Promising Youth," The New York Times, June 13, 2003.

[29] http://www.telegraph.co.uk/news/worldnews/middleeast/israel/1432360/mosque-football-team-was-terrorists-cover.html

[30] "Unmasking Hamas' Hydra of Terror," A Simon Wiesenthal Center Snider Social Action Institute Report, August 2003. See also: Arnon, Regular. "Hebron's playing and plotting field," Haaretz, May 30, 2003 at: http://www.haaretz.com/hasen/pages/ShArt.jhtml?itemNo=298535&sw=soccer

[31] Watson Memorandum, November 5, 2001, p. 43.

[32] To be sure, individuals tied to Hamas receive more assistance than those unaffiliated with it, while members linked to terrorist activity receive the most.  An Israeli government report notes that Hamas charitable organizations "grant preference" to those close to the movement and see to it that those in its favor receive increased financial assistance." According to the report, families of Hamas activists killed or wounded while carrying out terror attacks, and those imprisoned for their involvement in such attacks, "typically receive an initial, one-time grant of between $500-5,000, as well as a monthly allowance of approximately $100."  Significantly, "the families of Hamas terrorists usually receive larger payments than those of non-Hamas terrorists."  See "Hamas's Use of Charitable Societies to Fund and Support Terror," Communicated by the Israel Government Press Office, Monday, September 22, 2003, available online at http://www.mfa.gov.il/MFA/MFAArchive/2000_2009/2003/9/Hamas-s%20use%20of%20charitable%20societies%20to%20fund%20and%20su

[33] Lee Hockstader, "Palestinians Find Heroes in Hamas; Popularity Surges for Once-Marginal Sponsor of Suicide Bombings," Washington Post, August 11, 2001.

its elements, especially those who engage in the blessed jihad against the hateful Israeli occupation, since they are subjected to detention or martyrdom. The movement takes care of their families and their children and provides them with as much material and moral support as it can. This is one of the fundamental truths of Islamic work and thus represents the duties of the Islamic state. The movement provides this aid through the support and assistance it gives to the zakat (Islamic alms-giving) committees and the Islamic associations and institutions in the Gaza Strip.[34]

One specific documented example of Hamas' use of charitable giving to enhance its image in the Palestinian community was its use of the Holy Land Foundation (HLF)—a charity based in Texas—to support its activities. U.S. officials investigating HLF noted that Hamas' "benevolent programs are used to enhance its image and earn goodwill in the Palestinian community."[35] To that end, HLF funded zakat (charity) committees tied to Hamas. In 2004, HLF and several of its directors were indicted on criminal charges that they were illegally providing material support to Hamas. In 2008, after a jury trial, HLF and five of its former directors were found guilty of illegally transferring more than $12 million to Hamas.[36]

And there is ample evidence that this support of Hamas' *da'wa* – whether motivated by ideological conviction or abject need – plays a vital role in the terrorist activities Hamas leaders and commanders direct and authorize. Inside the Palestinian territories, the battery of mosques, schools, orphanages, medical clinics, sports leagues, and summer camps are integral components of an overarching apparatus Hamas created and manipulated to incite, recruit, and provide logistical and operational support for weapons smuggling, reconnaissance, and suicide bombings.[37] These entities provide day jobs for field commanders, and shelter fugitive operatives. They socialize even the youngest children to aspire to die as martyrs.[38]

## IV. Hamas Violence and the Purpose of Hamas Attacks

Hamas' slogan, as declared in Article 8 of the group's charter, reflects the centrality of

---

[34] Watson Memorandum, November 5, 2001, p. 17.

[35] U.S. Department of the Treasury, "Shutting Down the Terrorist Financial Network," December 4, 2001, available at http://www.treas.gov/press/releases/po841.htm (http://www.investigativeproject.org/documents/misc/29.pdf).

[36] U.S. Department of Justice, "Holy Land Foundation, Leaders, Accused of Providing Material Support to Hamas Terrorist Organization," July 27, 2004, available at http://www.justice.gov/opa/pr/2004/July/04_crm_514.htm; U.S. Department of Justice, "Federal Jury in Dallas Convicts Holy Land Foundation and Its Leaders for Providing Material Support to Hamas Terrorist Organization," November 24, 2008, available at http://www.justice.gov/opa/pr/2008/November/08-nsd-1046.html

[37] Israeli Ministry of Foreign Affairs, "The Exploitation of Children for Terrorist Purposes—Jan 2003," MFA Library, January 2003, January 15, 2003, available at http://mfa.gov.il/MFA/MFA-Archive/2003/Pages/The%20Exploitation%20of%20Children%20for%20Terrorist%20Purpose.aspx; Watson Memorandum, November 5, 2001, p. 37; U.S. vs. HLF, et al., GX 3:04-CR-240-G Palestinian Authority - 2 - 3:04-CR-240-G. PA report entitled "Man Tamwil Hamas? (Who Finances Hamas?)."

[38] *Id.*

violent *jihad*--religiously sanctioned resistance against perceived enemies of Islam--to its objectives: "Allah is its target, the Prophet is its model, the Koran its constitution: Jihad is its path and death for the sake of Allah is the loftiest of its wishes."[39]    Indeed, the National Counterterrorism Center notes the importance of the group's charter: "The group's charter calls for establishing an Islamic Palestinian state in place of Israel and rejects all agreements made between the PLO and Israel."[40]

Since its founding in 1987, Hamas has committed countless acts of violence against both military and civilian targets, including bombings, rocket and mortar attacks, shooting attacks, stabbing attacks, kidnappings and attempted kidnappings and car ramming attacks.  Intended to terrorize not only the targeted individuals but the general Israeli population, Hamas attacks are indiscriminate in nature.  While Hamas terror attacks may not target Westerners, the group's terrorist weapons do not discriminate among their victims.  As such, innocent civilians from around the world have been killed in Hamas attacks, including civilians from the United States, the United Kingdom, Ukraine, Romania, China, the Philippines and Sweden, among other nationalities.  Hamas has purposely targeted many busy civilian venues including, buses, bus and light rail stops, discotheques, restaurants, markets, universities and even a hotel hosting a Passover Seder.[41]

Hamas attacks are intended to terrorize, to instill fear in the civilians who comprise the local population so that they will either leave the land Hamas maintains belongs to the Palestinians or, at a minimum, pressure their leaders to give concessions to Hamas such as to obtain the release of Palestinian prisoners being held in Israeli prisons.  For example, both before and after the so-called "Shalit deal" in which Israel released over 1,000 Palestinian security prisoners in exchange for one captured Israeli soldier in Gaza – Gilad Shalit[42] – Hamas has ceaselessly engaged in kidnappings and attempted kidnappings in hopes of gaining a valuable bargaining chip to use in future negotiations with Israel.

In 2006, Fatah and Hamas agreed to a short-lived national unity government to govern the areas of the West Bank under PA authority and all of the Gaza Strip.[43]  In 2007, Hamas took over the Gaza Strip by force of arms and violence when it turned its guns on its fellow Palestinians from

---

[39] The Covenant of the Islamic Resistance Movement," Hamas Covenant 1988, The Avalon Project at Yale Law School, http://www.yale.edu/lawweb/avalon/mideast/hamas.htm

[40] "Hamas," Counterterrorism Guide, National Counterterrorism Center, http://www.nctc.gov/site/groups/hamas.html

[41] "Chinese Worker, Palestinian killed in Gaza Settlement Attack," Agence France Presse, June 7, 2005; Beyond Images, "The Family of Nations Under Fire: Victims of Palestinian Violence From 18 Countries," March 2, 2004, http://www.beyondimages.info/b79.html; Beyond Images, "Palestinian Suicide Bombings 1994-2004: Don't Let the World Forget. . .," September 2, 2004, http://www.beyondimages.info/b78.html

[42] William Booth, "Israel's prisoner swaps have been far more lopsided than Obama's Bergdahl deal," *Washington Post*, June 5, 2014, https://www.washingtonpost.com/news/worldviews/wp/2014/06/05/israels-prisoner-swaps-have-been-far-more-lopsided-than-obamas-bergdahl-deal/

[43] http://www.vanityfair.com/news/2008/04/gaza200804

the Fatah party with which it was, for a short time, a partner in a unity government.[44] Tensions with Fatah continued, with reports that Hamas threw Fatah supporters off rooftops in 2009.[45]

Hamas has been the de facto ruler in the Gaza Strip since 2007, running the administration of government and leveraging the same to build up its military capabilities to fight Israel. That said, Hamas in the Gaza Strip is not recognized as a legitimate government by the United Nations, other multilateral organizations, or the vast majority of countries around the world, including the United States. Hamas does not coin its own currency.[46] Most countries around the world do not engage in formal diplomatic relations with Hamas. Hamas continues to engage in terrorist activity, and indeed it prioritizes militancy over other activities at the expense of the Gaza Strip's civilian population. Its various militant components do not always wear military uniforms, especially when fighting in civilian populations so as to blend in with the local population and effectively use residents as human shields.[47] Rather, Hamas has been variously designated as a terrorist group by countries around the world.

To be sure, Hamas leverages its position in Gaza to radicalize Palestinians to support its commitment to violence. For example, Hamas embarked on a large public relations campaign, using culture and the arts to glorify violence and demonize Israel. In a telling example, Hamas produced a feature-length film in 2009 that celebrated the life of Emad Akel, a leading Hamas terrorist who was killed by Israeli troops in 1993. Written by hardline Hamas leader Mahmoud Zahar, *Emad Akel* was first screened in July 2009 at the Islamic University in Gaza City and described by Hamas interior minister in Gaza Fathi Hamad as the first production of "Hamaswood instead of Hollywood."[48]

Similarly, Hamas' Al Aqsa Television produced a children's show featuring a Mickey Mouse look alike named Farfur who praised "martyrs" and preached Islamic domination. After being roundly condemned, including being described as "pure evil" by Walt Disney's daughter, Hamas ran one final skit in which Farfur refused to sell his land to an Israeli, who then murdered the Palestinian mouse.[49] The young Palestinian girl presenting the skit commented, "Farfur was martyred while defending his land." He was killed "by the killers of children."[50] Farfur was

---

[44] http://www.vanityfair.com/news/2008/04/gaza200804

[45] "Fatah Man Thrown Off Roof," AFP, March 17, 2009, http://www.news.com.au/world/breaking-news/fatah-man-thrown-off-roof/news-story/bb3a7bbe8c9311d1922ba611aa4738c8; See also https://en.europenews.dk/Shimon-Peres-at-Davos-Forum-Hamas-is-Throwing-People-off-Roofs--90274.html

[46] Indeed, no "Palestinian currency exists, but the Israeli Shekel (ILS) is the accepted currency." https://www.state.gov/e/eb/rls/othr/ics/2015/241795.htm

[47] http://blogs.timesofisrael.com/the-use-of-uniforms-in-the-israelpalestinian-conflict/

[48] "Gaza: Hamas produces first feature film," Jerusalem Post, July 18, 2009, available online at http://www.jpost.com/servlet/Satellite?cid=1246443841068&pagename=JPArticle%2FShowFull

[49] Yaakov Lappin, "Disney's daughter slams Hamas' Mickey," Ynet, May 9, 2007, available online at http://www.ynetnews.com/articles/0,7340,L-3397982,00.html

[50] "Hamas TV Kills Off Mickey Mouse Double," Associated Press, June 30, 2007, available online at http://www.ynetnews.com/articles/0,7340,L-3419244,00.html

quickly replaced with a new character, Nahoul the Bee: "I want to continue in the path of Farfur, the path of Islam, of heroism, of martyrdom and of the mujahedeen. … We will take revenge of the enemies of Allah."[51]  Most recently, the program introduced Nassur, a stuffed bear who called for "slaughter" of Jews "so they will be expelled from our land."[52]  Notably, in 2016, the State Department designated Fathi Hammad himself as a specially designated terrorist for his ongoing terrorist activities on behalf of Hamas.[53]

## V.  Hamas Terrorist Activity and Operation Protective Edge (2014)

On June 12, 2014, three teenage Israelis, one an Israel-American dual citizen, decided to hitchhike home from their schools near the West Bank settlement of Alon Shvut.[54]  Naftali Frenkel, 16, Gilad Shaer, 16, and Eyal Yifrah, 19, were picked up in a car with Israeli plates; the two drivers were wearing traditional Jewish skullcaps.[55]  After the car abruptly turned around from its purported destination, the teenagers realized they were in danger.  Sixteen-year-old Shaer called the police hotline, whispering, "They kidnapped me."[56]  The hotline operator, who did not understand Shaer, heard background noises, and the call ended.  The noises were later found to be the sound of gunshots at close range.[57]  Late that night, Marwan Qawasmeh, one of the kidnappers, knocked on his relative Hussam Qawasmeh's door.  The two men drove to move the bodies from their hiding place to Hussam's land.  On the way, Marwan explained to Hussam that he had threatened the boys, but "one made trouble," so he killed them all.[58]

The pursuit of the three teenagers and their kidnappers, called Operation Brother's Keeper, lasted for over two weeks.  It ended in inevitable tragedy on June 30, 2014 – the boys' bodies were found bound and partially buried in a field near the West Bank city of Hebron.[59]

The sophistication of the plot to kidnap the three boys, and Hamas members' clear and expressed involvement, cannot be denied.  The kidnappers Marwan and Abu Aisheh, killed in a shoot-out with Israelis soldiers, were previously known to Israeli authorities.  The Israeli Shin Bet intelligence agency claimed that both men had "a history of terrorist activity."[60]  Marwan Qawasmeh was held for ten months in 2010, and "admitted to having been recruited to the Hamas

[51] Simon Mcrgegor-Wood, "Bye, Bye Mickey! Hamas TV Abuzz Over Nahoul the Bee," ABC News, July 17, 2007, available online at http://abcnews.go.com /International/story?id=3384547

[52] Josiah Daniel Ryan, "Hamas Children's TV Program Again Calls for 'Slaughter of Jews'," Jerusalem Post, October 4, 2009.

[53] https://www.state.gov/j/ct/rls/other/des/266484.htm

[54] http://www.haaretz.com/israel-news/.premium-1.660854

[55] http://www.haaretz.com/israel-news/.premium-1.660854

[56] http://www.haaretz.com/israel-news/.premium-1.660854

[57] http://www.haaretz.com/israel-news/.premium-1.660854

[58] http://www.haaretz.com/israel-news/.premium-1.660854

[59] http://www.timesofisrael.com/bodies-of-three-kidnapped-teens-found/

[60] http://www.cnn.com/2014/06/26/world/meast/israel-kidnapped-teenagers-hamas

military wing in the Hebron area in 2009."[61]

Hussam Qawasmeh, the mastermind of the operation, is a known hardened Hamas operative from the West Bank. His inspiration for the kidnapping came from more than just Hamas' leader Salah al-Arouri: his brother Mahmoud, a fellow Hamas operative, was released in a prison exchange for the kidnapped Israeli soldier Gilad Shalit in 2011.[62] In his Shin Bet investigation, Hussam Qawasmeh revealed the kidnapping was no amateur plot – he had first learnt of the plot four or five months earlier from a relative.[63] Hussam collected $39,000 for the plot from his brother Mahmoud in Gaza, who obtained it from Hamas operatives.[64] Hussam received most of the money in three separate deliveries from a female interlocutor, and the remaining money was transferred to Hussam in an offsetting transaction. Hussam used the money to buy three M-16 rifles, the Israeli car in which the boys were picked up, and the jeep in which their bodies were transported after their murder.

In August 2014, Arouri claimed that Hamas was responsible for the kidnapping and murder of the three teenagers. Speaking at an Islamic scholars' event in Turkey, Arouri boasted, "Your brothers in the Al-Qassam Brigades carried out this operation to support their imprisoned brothers, who were on a hunger strike."[65]

Beyond Hamas leadership's claims of responsibility, the group's ties to the plot were plentiful. The perpetrators were active Hamas members, and they used Hamas funds to purchase cars and weapons. Their connections through Hamas channels implicated Hamas structures and finances, whether or not the group's senior leadership was aware of the plot or not. These resources contributed to the sophistication of the plot: the Israeli car the kidnappers used to fool the teenagers, the weapons that killed them, the network drawn upon to plan the attack and hide the perpetrators from Israeli authorities for three months. Additionally Hamas' political leadership's official sanctioning and encouragement of similar plots paved the way for this particular attack.

In the 12 months leading up to Operation Protective Edge in 2014, Israeli intelligence reportedly foiled 64 kidnapping plots,[66] most plotted by Hamas. Hamas explicitly referenced their use of kidnappings as a terror tactic, just two months before the kidnapping of the three teenagers. In April 2014, Hamas Prime Minister in Gaza Isamil Haniyeh insisted that "abducting Israeli soldiers is a top priority on the agenda of Hamas and the Palestinian resistance."[67]

---

[61] http://www.cnn.com/2014/06/26/world/meast/israel-kidnapped-teenagers-hamas

[62] http://www.haaretz.com/israel-news/.premium-1.660854

[63] http://www.haaretz.com/israel-news/.premium-1.660854

[64] http://www.haaretz.com/israel-news/.premium-1.609167

[65] "Hamas Leadership Acknowledges Responsibility for Kidnapping Three Israeli Teens," MEMRI TV (citing al Jazeera), August 19, 2014, https://www.memri.org/tv/hamas-leadership-acknowledges-responsibility-kidnapping-three-israeli-teens

[66] https://www.washingtonpost.com/world/middle_east/israel-goes-after-hamas-in-west-bank-in-wake-of-teens-abduction/2014/06/18/d3576d56-adc5-4027-9a0b-90e570346543_story.html?utm_term=.e72d6cd68ea1

[67] http://www.maannews.com/Content.aspx?id=690269

*During Operation Protective Edge: Hamas Terrorist Activities during the Summer 2014 Conflict*

In June 2014, Hamas responded to Israeli charges that the group kidnapped Israeli teenagers by launching an onslaught of indiscriminate rocket and mortar attacks into Israel.[68] According to the Israeli Ministry of Health, between July 7 and August 26 alone, Palestinian armed groups led by Hamas fired 4,881 rockets and 1,753 mortars towards Israel, killing six civilians and injuring as many as 1,600 people, including 270 children.[69] Magen David Adom, the Israeli national movement of the Red Cross, reported treating a total of 836 injuries of Israeli civilians, including 36 people who were injured by shrapnel, 33 people who were injured by shattered glass or building debris during rocket and mortar attacks, and 159 people who fell or were injured while running to shelters when alarms sounded.[70]

Amnesty International reported that scores of Hamas rocket and mortar hits in built-up Israeli civilian areas damaged residential homes, infrastructure, public buildings, and educational institutions.[71] In many cases throughout the 2014 hostilities, Hamas launched both rockets and mortars in the general direction of residential centers containing high numbers of civilians. The al-Qassam Brigades issued statements, in some cases several times a day, claiming responsibility for rocket and mortar attacks directed at specific Israeli civilian population centers. For example, the Brigades issued a statement on August 26, 2014 claiming responsibility for rocket attacks launched toward Ofakim, Kiryat Malakhi, Ashdod, Rehovot, Netivot, Tel Aviv, and Be'er Sheva.[72]

Hamas admittedly launched rocket and mortar barrages towards populated areas, though the group often defended its actions by claiming to have been targeting Israeli military forces. Nevertheless, most of the projectiles fired by Hamas were rockets or mortars that lacked guidance systems and thus could not have been directed at specific military objectives.[73] All the rockets used by Hamas were unguided projectiles, and not even well-trained militants have the accuracy

---

[68] Jefferis, J. (2016). *Hamas: Terrorism, Governance, and Its Future in Middle East Politics.* Santa Barbara, CA: Praeger Security International.

[69] https://unispal.un.org/DPA/DPR/UNISPAL.NSF/5ba47a5c6cef541b802563e000493b8c/d9b813ba823bf0 5585257e6c004e12ef?OpenDocument

[70] Israel Ministry of Foreign Affairs, Violations of the Law of Armed Conflict, War Crimes, and Crimes Against Humanity Committed by Hamas and Other Terrorist Organizations During Operation Protective Edge, no date, p. 4, http://mfa.gov.il/ProtectiveEdge/Documents/HamasCrimes.pdf (accessed 15 March 2015) (Israel Ministry of Foreign Affairs, Hamas' Violations of the Law). This figure likely includes those treated for shock or anxiety attacks.

[71] https://www.amnesty.ch/fr/pays/moyen-orient-afrique-du-nord/israel-et-territoires-occupes/docs/2015/des-groupes-palestiniens-ont-commis-des-crimes-de-guerre/rapport-unlawful-and-deadly-rocket-and-mortar-attacks-by-palestinian-armed-groups-during-the-2014-gaza-israel-conflict-64-pages-en-anglais

[72] https://unispal.un.org/DPA/DPR/UNISPAL.NSF/5ba47a5c6cef541b802563e000493b8c/d9b813ba823bf0 5585257e6c004e12ef?OpenDocument

[73] https://unispal.un.org/DPA/DPR/UNISPAL.NSF/5ba47a5c6cef541b802563e000493b8c/d9b813ba823bf0 5585257e6c004e12ef?OpenDocument

to hit a specific target with mortar rounds. For these reasons, a UN report from the commission of inquiry established pursuant to Human Rights Council resolution S-21/1 determined that the weapons used could not have been accurately aimed in a manner that distinguished between military objectives and civilian objects and were thus inherently indiscriminate because using them was likely to injure and kill civilians and damage civilian objects.[74] The report explicitly highlighted the terrorist nature of this lack of control: "The absence of any possible military advantage resulting from rockets that cannot be directed at a military objective, coupled with statements by Palestinian armed groups, strongly suggest that the primary purpose of the rocket attacks was to spread terror among the civilian population…"[75]

In addition to conducting indiscriminate rocket and mortar fire towards populated areas, Hamas further endangered Gazan civilians by using civilian sites to conduct military operations. Firstly, Hamas was found to have hidden rockets and other weapons in civilian spaces such as schools, hospitals, and churches. The aforementioned UN report found that Hamas frequently placed command and control centers and firing positions in residential buildings as well as stockpiled weapons and located tunnel entrances in prima facie civilian buildings. For example, the United Nations Relief and Works Agency for Palestine Refugees in the Near East (UNRWA) discovered weapons stored in three of its (vacant) schools, one of which was closely situated between two other UNRWA schools each containing 1,500 internally displaced persons.[76]

Hamas also used these civilian areas as bases from which to actually launch attacks. Israeli authorities claimed that the al-Wafa hospital in Shuja'iyyeh was used as a "command center, rocket-launching site, observation point, sniper's post, weapons storage facility, cover for tunnel infrastructure, and a general base for attacks against Israel."[77] Witness testimonies corroborate many of Israel's claims regarding Hamas' widespread use of civilian areas. A resident of the al-Karama neighborhood described a July Israeli air strike on his home which killed his parents and two of his nieces to Amnesty International: "That day, while I was resting, two Qassam rockets were fired from the right and left of the house, at the same time that the missiles from the plane hit us."[78] In an interview with CBN News, Archbishop Alexios confirmed that Hamas militants had used his church in Gaza City, which he had opened up to 2,000 Muslims escaping the conflict, as a compound from which to launch rockets into Israel.[79] Additionally, several international journalists reporting from Gaza City recorded footage of rockets being launched from areas populated by high numbers of civilians during the conflict. A France 24 correspondent was

---

[74] *Id.*

[75] *Id.*

[76] http://www.unrwa.org/newsroom/press-releases/unrwa-condemns-placement-rockets-second-time-one-its-schools

[77] http://embassies.gov.il/MFA/FOREIGNPOLICY/Terrorism/Pages/Hamas-uses-hospitals-and-ambulances-for-military-terrorist-purposes.aspx

[78] https://www.amnesty.ch/fr/pays/moyen-orient-afrique-du-nord/israel-et-territoires-occupes/docs/2015/des-groupes-palestiniens-ont-commis-des-crimes-de-guerre/rapport-unlawful-and-deadly-rocket-and-mortar-attacks-by-palestinian-armed-groups-during-the-2014-gaza-israel-conflict-64-pages-en-anglais

[79] http://www1.cbn.com/cbnnews/insideisrael/2014/August/Gaza-Bishop-Hamas-Used-Church-to-Fire-Rockets

reporting live from a civilian area in Gaza City when a rocket was launched nearby, and he subsequently broadcasted footage of the rocket launcher, located just 50m from a hotel frequented by international correspondents, 100m away from a UN building, and very near several civilian homes. His footage also reveals children playing next to the rocket launcher.[80] On August 4, a crew from NDTV, an Indian television network, filmed Hamas militants burying and rigging a rocket launcher in an open area directly next to the al-Mashtal hotel in Gaza City in an area surrounded by residential buildings. The crew then caught the rocket being launched the following morning.[81] Both Israeli monitoring authorities and non-biased witnesses throughout Gaza believe Hamas intentionally used civilian areas to fire rockets and mortars. In fact, despite the group's typical denials of these various reports, a senior Hamas official, Ghazi Hamad, even told the *Associated Press,* "The Israelis kept saying rockets were fired from schools or hospitals when in fact they were fired 200 or 300 meters away. Still, there were some mistakes made and they were quickly dealt with."[82]

### Hamas' Terror Tunnels from Gaza into Israel

The 2014 conflict itself led to a disturbing realization: Hamas had been constructing a massive underground tunnel system to terrorize and kill Israelis. This was far from the first time that Hamas had dug tunnels into Israeli territory – the infamous kidnapping of Israeli soldier Gilad Shalit in 2006 was also carried out by Hamas operatives who had travelled into Israel via tunnel.[83] Yet the sophistication of the tunnel network had surged since the terror organization had seized control of Gaza. In 2013, workers at Kibbutz Ein Hashlosha, a residential area near the Israeli-Gazan border, reported strange sounds coming from beneath their village. Upon investigation, Israeli authorities found a tunnel 50 feet underground, over a mile and a half long, an entry point in Khan Younis, and an exit in Ein Hashlosha.[84] Hamas had used about 500 tons of cement, earmarked for civilian infrastructure, in this colossal project. Its detection – and destruction – was mourned by senior Hamas officials. Confirming its purpose as a kidnapping vehicle, Hamas leader Khaled Mishal's deputy, Moussa Abu Marzouk, lamented its loss on his Facebook page. "The tunnel which was revealed was extremely costly in terms of money, effort, and blood," Abu Marzouk wrote.[85]

Prior to Operation Protective Edge, Hamas had constructed a sophisticated tunnel network "between posts, positions, mosques, training camps, and rocket launching sites."[86] All told, the

---

[80] https://www.amnesty.ch/fr/pays/moyen-orient-afrique-du-nord/israel-et-territoires-occupes/docs/2015/des-groupes-palestiniens-ont-commis-des-crimes-de-guerre/rapport-unlawful-and-deadly-rocket-and-mortar-attacks-by-palestinian-armed-groups-during-the-2014-gaza-israel-conflict-64-pages-en-anglais

[81] http://www.ndtv.com/world-news/ndtv-exclusive-how-hamas-assembles-and-fires-rockets-641680

[82] http://www.theatlantic.com/international/archive/2014/09/hamas-quietly-admits-it-fired-rockets-from-civilian-areas/380149/

[83] http://usatoday30.usatoday.com/news/world/2007-06-25-israeli-palestinian_N.htm

[84] http://www.timesofisrael.com/hamas-terror-tunnel-found-running-from-gaza-to-israel/

[85] http://www.timesofisrael.com/how-the-tunnels-in-gaza-are-dug-and-detected/

[86] http://www.vanityfair.com/news/politics/2014/10/gaza-tunnel-plot-israeli-intelligence

Israeli Defense Forces neutralized 32 tunnels in less than a month in 2014. According to the IDF, 14 of these tunnels had exits in Israel.[87] In 2013, the IDF claims to have discovered only three tunnels along the Gaza-Israel border, indicating a dedicated and intentional build-up of tunnel infrastructure by Hamas in the months leading up to the summer 2014 conflict.[88] A senior Israeli intelligence official alleged that Gazan leadership "invested…millions of dollars every year" – in an area known for its crippling poverty and unemployment – for the production of these highly sophisticated tunnels.[89]

As the dust settled after Operation Protective Edge, IDF spokesman Lt. Col. Peter Lerner asserted that Israel had averted a massive attack by targeting the tunnel network during the conflict. Before the June 2014 kidnapping of three Israeli teenagers sparked the conflict, and led to the discovery of Hamas' tunnel network, the organization had planned a "simultaneous, coordinated, surprise attack within Israel." According to Lerner, "200 terrorists armed to the teeth" were to move underground "toward civilian populations," in an attack to comprise 14 tunnels into Israel.[90] "With at least 10 men in each tunnel, they would infiltrate and inflict mass casualties."[91] The goal of the mission was two-fold: to massacre civilians for propaganda-production purposes, and to kidnap Israelis to be used in prisoner swaps.[92]

As recently as October 2020, Israeli engineers uncovered another Hamas attack tunnel dug from within the Gaza Strip into Israeli territory near civilian communities with the intention of crossing under the Gaza border with Israel to facilitate the covert entry of Hamas terrorists into Israel to carry out attacks.[93] This author has personally inspected several such Hamas attack tunnels dug from the Gaza Strip into Israel.

### *After Operation Protective Edge: Hamas' Terrorist Activities Continue*

Hamas continued to pursue terrorist activity after the 2014 Gaza conflict and the destruction of much of the group's tunnel and other attack infrastructure, including the July 2016 shooting attack that killed Rabbi Mark. That attack was part of a larger trend. In February 2016, senior Hamas official Mahmoud al-Zahar proclaimed the reconstruction of the tunnels into Israel at the funeral of a militant who had recently died in a tunnel's collapse.[94] Hamas also released a video encouraging suicide attacks, in a clip frighteningly reminiscent of its activities during the Second Intifada. The video dramatized a suicide bomber boarding an Israeli commuter bus,

---

[87] https://www.idfblog.com/2014/08/05/operation-protective-edge-numbers/

[88] https://www.idfblog.com/2014/03/21/idf-soldiers-unveil-terror-tunnel-gaza-2/

[89] https://www.idfblog.com/2014/02/03/terror-underground-hamas-digging-tunnels-building-rockets-gaza/

[90] http://www.vanityfair.com/news/politics/2014/10/gaza-tunnel-plot-israeli-intelligence

[91] http://www.vanityfair.com/news/politics/2014/10/gaza-tunnel-plot-israeli-intelligence

[92] http://www.vanityfair.com/news/politics/2014/10/gaza-tunnel-plot-israeli-intelligence

[93] Judah Ari Gross, "IDF: Gaza Attack Tunnel Found this Week was Dug by Hamas," Times of Israel, October 21, 2020, https://www.timesofisrael.com/idf-determines-gaza-attack-tunnel-was-dug-by-hamas-terror-group/

[94] http://www.timesofisrael.com/hamas-official-confirms-then-denies-tunnels-reach-into-israel/

proclaiming, "The intifada is not an intifada if the bus roof doesn't fly off."[95]

In April 2016, Israel discovered a cross-border tunnel in southern Israel, the first such discovery since Operation Protective Edge.[96]  May 2016 saw a renewal of Hamas rocket fire into Israel.  Against a backdrop of this renewed violence, Israel discovered another tunnel 90 feet below the earth in the Gazan-Israeli border area.[97]

On July 1, 2016, a Hamas operational cell killed Rabbi Mark, and wounded his wife and two children, in a roadside shooting attack.  Within the month, several of the Hamas operatives were tracked down and arrested, and a fourth was killed in a shootout.[98]

In October 2016, Israeli authorities arrested a Hamas operative who, at Hamas' direction, had been planning a number of terror attacks in and around Jerusalem, including a suicide bombing a bus.  Muhammad Fuaz Ibrahim Julani had received 7,000 shekels from his handlers for the attacks, and had begun constructing bombs to use in attacks to include a bombing at the Jerusalem Central Bus Station.[99]  Israeli authorities disrupted more Hamas attacks in December, seizing large quantities of weapons and ammunition from two Hamas cells in the West Bank.  One of the cells was directed by Ibrahim Abdallah Ghnimat, a Hamas militant serving a life prison in Israel for his roles in a mass attack in Tel Aviv and the kidnapping and murder of an Israeli soldier.[100]  When they were disrupted by Israeli authorities, the cells had been in the process of planning to kidnap and murder Israeli soldiers.[101]

Hamas put its full terrorist nature on display in its elevation of Yahya Sinwar to be its new political head in Gaza.  Sinwar, a longtime leader in the Qassem Brigades, was designated as a Specially Designated Global Terrorist (SDGT) by the U.S. State Department in 2015.[102]  He was released from Israeli prison in 2011 as part of the prisoner swap in exchange for the release of Israeli soldier Gilad Shalit.  At the time of his release, Sinwar had been serving four life sentences for the kidnapping and murder of two Israeli soldiers in 1988.[103]  In the designation press release,

---

[95] http://www.timesofisrael.com/hamas-calls-for-suicide-bombings-in-israelis-buses/

[96] https://www.nytimes.com/2016/04/19/world/middleeast/israelis-find-new-tunnel-from-gaza-into-israel.html?rref=collection%2Ftimestopic%2FHamas

[97] https://www.nytimes.com/2016/05/06/world/middleeast/israelis-find-second-tunnel-from-gaza-and-may-know-of-others.html?rref=collection%2Ftimestopic%2FHamas

[98] "Forces Apprehend Hamas Cell, Kill Terrorist Responsible for Rabbi Mark Murder," Israel Defense Forces, July 27, 2016, https://www.idf.il/en/articles/operations/forces-apprehend-hamas-cell-kill-terrorist-responsible-for-rabbi-mark-murder/

[99] http://www.jpost.com/Arab-Israeli-Conflict/Israel-thwarts-Hamas-plan-to-detonate-suicide-bomb-on-bus-in-Jerusalem-469919

[100] http://www.jpost.com/Annual-Conference/Hamas-kidnapping-shooting-attack-plot-foiled-by-Israel-474817

[101] http://www.jpost.com/Annual-Conference/Hamas-kidnapping-shooting-attack-plot-foiled-by-Israel-474817

[102] https://www.state.gov/j/ct/rls/other/des/266520.htm

[103] https://www.washingtonpost.com/world/middle_east/hamas-names-hard-liner-as-its-new-political-leader-in-gaza-/2017/02/13/b4e31518-f1f6-11e6-9fb1-

the U.S. Government described Sinwar as "one of the most senior and prominent prisoners" returned to Hamas in 2011. Sinwar has repeatedly "called on militants to capture more Israeli soldiers."[104] Analysts claim he will further link the supposedly separate political and military wings of Hamas; his brother Mohammed is the head of the Qassem Brigades. Sinwar is considered a hardliner even by Hamas standards; he is known for founding Munazzamat al Jihad w'al-Dawa [Majd], the Hamas body responsible for identifying – and killing – any and all Palestinians suspected of "collaboration" with Israel.[105] He famously rejected the deal that led to his release, saying that the over one thousand Hamas prisoners exchanged for Shalit was not enough.[106]

Hamas attacks in the West Bank have also been tied to the group's leadership in the Gaza Strip and its external leadership in Turkey. In October 2015, then-Israeli Defense Minister Moshe Yaalon noted that "the main orchestration, funding and training comes, generally, from [Hamas'] Gaza headquarters, which oversees West Bank attacks, and through [senior Hamas operational leader] Salah Arouri, who runs the organization's terrorist activities from his base in Istanbul."[107]

Hamas in Gaza has systematically leveraged the agencies and departments it controls to benefit not the people of Gaza but the Hamas movement and its militant agenda. For example, in 2008 the U.S. Department of the Treasury designated the Union of Good as a terrorist entity, describing it as "an organization created by Hamas leadership to transfer funds to the terrorist organization." According to information released by the Treasury Department, the Union of Good provided support to Hamas by sending funds to Hamas-controlled organizations in the West Bank and Gaza. "The primary purpose of this activity is to strengthen Hamas' political and military position in the West Bank and Gaza, including by: (i) diverting charitable donations to support Hamas members and the families of terrorist operatives; and (ii) dispensing social welfare and other charitable services on behalf of Hamas." The Union of Good facilitated the transfer of tens of millions of dollars a year to "Hamas- managed associations in the West Bank and Gaza Strip," Treasury added, noting further that "some of the funds transferred by the Union of Good have compensated Hamas terrorists by providing payments to the families of suicide bombers."[108]

Consider also the 2010 Treasury Department designation as terrorist entities of a bank and a television station, both set up by Hamas in the Gaza Strip. The Treasury Department targeted the Islamic National Bank (INB) of Gaza "for being controlled by Hamas, a Specially Designated Global Terrorist, and for providing financial services to Hamas members and employees, including members of the organization's military wing." Since it is not a recognized sovereign entity, Hamas' founding of a bank outside the bounds of international financial norms and procedures

---

2d8f3fc9c0ed_story.html?utm_term=.32d84d5403ce

[104] https://www.state.gov/j/ct/rls/other/des/266520.htm

[105] https://www.theguardian.com/world/2017/feb/13/hamas-elects-hardliner-yahya-sinwar-as-its-gaza-strip-chief

[106] https://www.theguardian.com/world/2017/feb/13/hamas-elects-hardliner-yahya-sinwar-as-its-gaza-strip-chief

[107] Yaakov Lapin, "Shin Bet: Hamas Suspects Arrested for Murder of Couple in Front of their Children," *Jerusalem Post*, October 5, 2015, https://www.jpost.com/arab-israeli-conflict/security-forces-arrest-palestinian-terror-cell-for-double-murder-419999

[108] https://www.treasury.gov/press-center/press-releases/Pages/hp1267.aspx

was especially disconcerting, especially to the legitimate Palestinian Monetary Authority of the Palestinian Authority which was (and still does) oversee financial regulation in the Gaza Strip.[109] The Treasury Department was very clear on its concerns:

> Hamas opened INB in Gaza City in April 2009 after more than two years of planning. Lacking a legal license from the Palestinian Monetary Authority (PMA), Hamas officials "authorized" the opening of the institution and provided $20 million of the initial capital. The INB operates outside the legitimate financial system and is not in compliance with Palestinian Authority (PA) banking or securities regulations. The PA, the PMA and the Palestinian Capital Market Authority have publicly declared the business illegal and have issued public warnings to citizens against doing business with INB or buying its shares.

> While posing as a legitimate financial institution, INB is providing Hamas with a means to receive and store large amounts of smuggled cash to use at the organization's discretion. In May 2009, Hamas's finance office in Gaza moved 1.1 million Euros to INB, with which it then paid the salaries of members of Hamas's military wing who held accounts there. Hamas has also opened thousands of accounts for its members at INB through which it pays salaries.

> The INB's board of directors and its senior management consist of high-ranking and prominent Hamas activists, including the chairman of the board of directors and chief executive officer, both of whom were appointed to their positions because of their connections with Hamas.[110]

At the same time it designated the Hamas bank as a terrorist entity, the Treasury Department made the same designation as to the Hamas financed and controlled Al Aqsa Television station. According to the Treasury Department, "Al-Aqsa is a primary Hamas media outlet and airs programs and music videos designed to recruit children to become Hamas armed fighters and suicide bombers upon reaching adulthood."[111]

Militancy and terrorism is central to the Hamas leadership in the Gaza Strip. In May 2014, Gaza's Finance Ministry indicated that Hamas' security services include approximately 25,000 employees, "and most of them belong to the Qassam Brigades," the group's elite terrorist wing. According to one account, two-thirds of Hamas policemen were serving as police officers by day and Qassam Brigade operatives by night as early as 2010.[112]

Negotiations on a reconciliation deal between Fatah and Hamas were challenged by Hamas' explicit commitment to continue battling Israel, and therefore how to deal with Hamas militants. In the spring of 2014 one Qassam Brigade official explained that under a new unity government, "these employees will take orders from the brigade's military leadership, not their

---

[109] https://www.treasury.gov/press-center/press-releases/Pages/tg594.aspx

[110] https://www.treasury.gov/press-center/press-releases/Pages/tg594.aspx

[111] https://www.treasury.gov/press-center/press-releases/Pages/tg594.aspx

[112] https://www.al-monitor.com/pulse/originals/2014/05/qassam-weapons-hamas-fatah-reconciliation.html

current manager at the Ministry of Interior."[113]

In this regard, Hamas was attempting to follow the well-worn and successful path of the militant Lebanese Shiite group Hezbollah. Following the 2007 takeover of Gaza, Qassam Brigade commanders reorganized their loosely structured underground militia into a semi-formal security service with weapons such as missiles and rockets. Hamas is now loath to relinquish these many capabilities and sought to negotiate an arrangement in which it retained its arsenal and independent "resistance" militia even as its members were to participate in the unity government -- similar to Lebanon, where Hezbollah ministers serve in government. "Hamas wants to avoid ministerial responsibility for civilian matters," one unnamed group official recently remarked, "but it wants to maintain its power as a popular-resistance group."[114]

Aside from overseeing and funding West Bank operations from the Gaza Strip, Hamas terrorist operations in Gaza included building attack tunnels into Israel[115] and also firing mortars, rockets and missiles at Israeli communities such as the barrage of rockets attacks Hamas and its allies fired, under Hamas command, at Israeli communities in early May 2019.[116]

Iran continues to send funds to Hamas in the Gaza Strip, often for the specific purpose of funding attacks. Such funds also underwrite the group's overall expenditures, freeing up other funds to finance the group's rocket production and tunnel excavation efforts. As recently as December 2020, Israel's Ministry of Defense issued a financial seizure order seizing $4 million Iran sent to Hamas in the Gaza Strip via a local money service business. The funds, the Defense Ministry stated, were intended to "develop Hamas' terrorist infrastructure, including the production of weapons."[117]

## VI.    Iran's Financial and Material Support for Hamas Prior to 2012

Since its formation, Hamas has received and continues to receive significant financial and other support from Iran, described by the CIA as "the foremost state sponsor of terrorism."[118] Indeed, there is general unanimity on this assessment. Then-British Prime Minister Tony Blair concluded in 2005 that Iran "certainly does sponsor terrorism. There is no doubt about that at

---

[113] http://www.timesofisrael.com/hamas-official-abbas-wont-control-our-forces/

[114] Jack Khoury, "Hamas Wants to Employ the 'Hezbollah Model'," Haaretz, May 19, 2014 http://www.haaretz.com/.premium-1.591501

[115] Terrence McCoy, "How Hamas Uses its Tunnels to Kill and Capture Israeli Soldiers," *Washington Post*, July 21, 2014, https://www.washingtonpost.com/news/morning-mix/wp/2014/07/21/how-hamas-uses-its-tunnels-to-kill-and-capture-israeli-soldiers/

[116] Isabel Kershner, "Gaza Militants Fire 250 Rockets, and Israel Responds with Airstrikes," *New York Times*, May 4, 2019, https://www.nytimes.com/2019/05/04/world/middleeast/gaza-rockets-israel.html

[117] Udi Shaham. "Benny Gantz Signs Order to Seize $4 Million Transferred from Iran to Hamas, The Jerusalem Post, December 22, 2020, https://www.jpost.com/israel-news/benny-gantz-signs-order-to-seize-4-million-transferred-from-iran-to-hamas-652904

[118] George Tenet, "External Threats to U.S. National Security," Testimony before the Senate Select Committee on Intelligence, February 6, 2002

all."[119]  Palestinian scholar Ziad Abu-Amr concurs, noting that "Iran also provides logistical support to Hamas and military training to its members."[120]  And according to Canadian intelligence, "Hamas has training camps in Iran, Lebanon, and Sudan.  Hamas camps in Lebanon are said to be under Iranian supervision."[121]

While estimates of Iran's financial assistance to Hamas vary, there is consensus that the sum is significant.  Dr. Colin Clarke notes in his 2015 book, *Terrorism, Inc.*, that while Hamas once received significant funding from Saudi Arabia, "much of this has been made up from Tehran, now a major state sponsor even though Iran is a Shia nation and Hamas is a Sunni militant group."[122] According to Israeli estimates, Iran contributes around $3 million a year in direct aid to Hamas.[123]  Canadian intelligence cites assessments that Iran transfers somewhere between $3 million to $18 million a year to Hamas.  According to the CSIS report, "in February 1999, it was reported that Palestinian police had discovered documents that attest to the transfer of $35 million to Hamas from the Iranian Intelligence Service (MOIS), money reportedly meant to finance terrorist activities against Israeli targets."[124]  Palestinian sources estimate Iranian assistance to Hamas "at tens of millions of dollars."[125]

Whatever the specific sum, it surely fluctuates given circumstances on the ground. Notwithstanding these fluctuations, there is no doubt that Iranian aid to Hamas has continued consistently over the years until today; Ahmed Yousef, a Hamas leader and former advisor to Palestinian Authority Prime Minister Haniyeh, confirmed this in January 2016, "the financial and military support Iran provides to the movement's military wing has never stopped, it has been reduced over the past five years."[126] "Iran has literally sent billions of dollars to terrorist groups around the world and is an open and proud supporter of Hamas," Joshua Gleis and Benedetta Berti write in *Hezbollah and Hamas: A Comparative Study*.[127]  Such support is necessary, Colin Clarke notes, to underwrite the costs of critical functions necessary for a militant terrorist group like

---

[119] "Blair Says Iran Must Not Hinder Peace in Middle East," AP, February 8, 2005

[120] Ziad Abu-Amr, *Islamic Fundamentalism in the West Bank and Gaza: Muslim Brotherhood and Islamic Jihad* (Bloomington, IN: Indiana University Press, 1994), p. 88

[121] "Terrorist Group Profiler," Canadian Secret Intelligence Service (CSIS), June 2002, Author's personal files; See also Stewart Bell, "Hamas May Have Chemical Weapons: CSIS Report Says Terror Group May be Experimenting," *National Post* (Canada), December 10, 2003

[122] Colin P. Clarke, *Terrorism, Inc.: The Financing of Terrorism, Insurgency, and Irregular Warfare* (Santa Barbara, CA: Praeger Security International, 2015), p. 101

[123] "The Financial Sources of the Hamas Terror Organization," Israel Foreign Ministry, July 30, 2003 http://www.israel-mfa.gov.il/mfa/go.asp?MFAH0nmu0

[124] "Terrorist Group Profiler," Canadian Secret Intelligence Service (CSIS), June 2002, Author's personal files; See also Stewart Bell, "Hamas May Have Chemical Weapons: CSIS Report Says Terror Group May be Experimenting," *National Post* (Canada), December 10, 2003

[125] Ziad Abu-Amr, *Islamic Fundamentalism in the West Bank and Gaza: Muslim Brotherhood and Islamic Jihad* (Bloomington, IN: Indiana University Press, 1994), p. 88

[126] Ahmad Abu Amer, "Will Iran deal mean more money for Hamas?," *Al Monitor*, January 27, 2016, http://www.al-monitor.com/pulse/originals/2016/01/gaza-hamas-resistance-iran-support.html

[127] Joshua L. Gleis and Benedetta Berti, *Hezbollah and Hamas: A Comparative Study* (Baltimore, MD: Johns Hopkins University Press, 2012), p. 156

Hamas. In the case of Hamas, he writes, the group's "generous operating budget" has enabled the group to grow "into a lethal hybrid group capable of attacking Israel kinetically, while also boasting robust levels of popular support amongst Palestinians and Muslims throughout the Middle East." Hamas is thus able to cover operational costs—weapons, intelligence, sanctuary, safe haven, operational space, and training—as well as long-term organizational costs, such as leadership, ideology, human resources and recruitment, media, propaganda, public relations and publicity.[128] Professor Eli Berman has studied the importance in particular of the ability of a group like Hamas to maintain a social service provision network to buy group loyalty and facilitate recruitment and "harvest" specific talent within its membership.[129]

Iranian aid takes on many forms, including funding and military training. Iranian funding for Hamas and other Palestinian terrorist groups increased just around the time Coalition forces deposed Iraq's Saddam Hussein, drying up the generous Iraqi grants to families of Palestinians killed, wounded or jailed in the course of attacking Israelis. Zeev Schiff, a highly respected and authoritative reporter, wrote in May 2004 that "Intelligence information also suggests that Iran is passing over millions of dollars to Palestinians via Hezbollah contacts. Iran, in effect, is a replacement for former Iraqi leader Saddam Hussein, who subsidized families of Palestinian suicide bombers or those injured in the fighting. In the [Palestinian] territories, the funding is being managed by various Islamic welfare organizations."[130]

Protective of its operational independence, Hamas was usually reticent to accept too much money from Iran for fear of being bound to the expectations and instructions of Tehran's Ayatollahs. Unlike Hezbollah and Palestinian Islamic Jihad, Iranian proxy groups heavily funded by Tehran and subordinate to Iranian dictates, Hamas has jealously guarded its independence. But the increase in Iranian funding for Hamas in May 2004 came just weeks after the assassination of Hamas leader Abdel Aziz al-Rantissi. Rantissi's death—itself coming on the heels of the assassination of Hamas leader Sheikh Ahmed Yassin—made Hamas look weak and left the organization with no clear leadership. In Damascus, Hamas leader Khaled Mishal reportedly sought increased funding from Iran and a direct channel to Iranian Revolutionary Guards Corp (IRGC) in an effort to contain the impact of the loss of Yassin and Rantisi and reinvigorate Hamas operational cells.

Hamas, like many other terrorist organizations, conceals its activities behind charitable, social, and political fronts. Hamas' infrastructure of social-welfare institutions, the backbone of its proselytizing efforts (dawa), generates both popular support for the organization and logistical support for its terrorist attacks.[131] According to the State Department, "Hamas has used its charities to strengthen its own standing among Palestinians at the expense of the Palestinian Authority."[132] Indeed, a report submitted to then-PA Chairman Yasser Arafat in June 2000

---

[128] Colin P. Clarke, *Terrorism, Inc.: The Financing of Terrorism, Insurgency, and Irregular Warfare* (Santa Barbara, CA: Praeger Security International, 2015), p. 102-111

[129] Eli Berman, *Radical, Religious and Violent: The New Economics of Terrorism* (Cambridge, MA: MIT Press, 2009), p. 138-140

[130] Zeev Schiff, "Iran and Hezbollah Trying to Undermine Renewed Peace Efforts," *Haaretz*, May 12, 2004

[131] Matthew Levitt, "Hamas from Cradle to Grave," *Middle East Quarterly*, Winter 2004

[132] Testimony of E. Anthony Wayne, Assistant Secretary of State for Economic and Business Affairs,

described a meeting in Damascus at which Iranian officials and Hamas leaders agreed "to use the dawa in the battle for public opinion."[133] According to a December 2000 Palestinian intelligence report confiscated by Israeli authorities, Iran had transferred $400,000 directly to Hamas's Qassam Brigades to specifically support "the Hamas military arm in Israel and encouraging suicide operations," and another $700,000 to Islamic organizations opposed to the PA.[134]

Palestinian leaders have good reason to resent Iranian influence and pressure on radical Palestinian groups. A confiscated Palestinian document reports on a May 19, 2000 meeting between the Iranian ambassador and Hamas, Islamic Jihad, and Hezbollah at the Iranian Embassy in Damascus. According to the report, "during the meeting the Iranian ambassador demanded that the above-mentioned persons carry out military operations in Palestine without taking responsibility for these operations."[135]

As part of its agenda to undermine prospects for Israeli-Palestinian peace, target Israel, and challenge the West, Iran actively trains Palestinian terrorist recruits, both directly and through Hezbollah, its primary terrorist proxy. Iran runs terrorist training camps of its own in Lebanon, aside from the Iranian-funded camps Hezbollah operates there. In August 2002, Tehran was reported to have financed camps operated under the direction of General Ali Reza Tamzar, commander of Islamic Revolutionary Guard Corps (IRGC) activity in Lebanon's Beka'a Valley.[136] While training terrorists in the Beka'a Valley, the IRGC and MOIS simultaneously run several terrorist camps in Iran.[137] Perhaps the best known case is that of Hassan Salamah, the Hamas commander who was the mastermind behind the string of suicide bus bombings carried out by Hamas in February and March 1996. Both in his statements to Israeli police and an interview on CBS's "*60 Minutes*," Salamah noted that after undergoing ideological indoctrination training in Sudan he was sent to Syria and from there transported to Iran on an Iranian aircraft to a base near Tehran. Osama Hamdan, Hamas's representative to Iran at the time, met Salamah in Tehran, after which Salamah underwent three months of military training at the hands of Iranian trainers.[138]

Iranian terrorist training aims to perpetuate the cycle of terrorism through a conscious effort to "train the trainer." Iranian agents train Lebanese Hezbollah operatives, for example, who then

---

Department of State, to the Senate Banking Committee, September 25, 2003

[133] Amos Harel, "'The PA Steals from Me, Hams Takes Care of Me,'" Ha'aretz, June 27, 2002

[134] "Iran as a State Sponsoring and Operating Terror," Special Information Bulletin, Intelligence and Terrorism Information Center at the Center for Special Studies, Israel, April 2003, available online at http://www.intelligence.org.il/eng/iran.htm

[135] "Iran as a State Sponsoring and Operating Terror," Special Information Bulletin, Intelligence and Terrorism

[136] "Iran Establishes Rocket Training Centers in Lebanon," Middle East Newsline, August 8, 2002

[137] The Beka'a Valley terrorist training program was apparently the result of a secret meeting in the Tehran suburb of Darjah on June 1, 2002. The meeting occurred just in advance of the previously mentioned two-day conference convened in Tehran (June 1–2) in support of the Palestinian intifada. See Blanford, "Report Claims Iran Running Beka'a Training Camp."

[138] Transcript of "Suicide Bomber: The Planning of the Bloodiest Suicide Bombing Campaign in Israel's History," *CBS 60 Minutes*, October 5, 1997

go on to train members of Hamas and other terrorist groups.[139] Speaking in 2008, a Hamas commander noted, "We have sent seven 'courses' of our fighters to Iran.... During each course, the group receives training that he will use to increase our capacity to fight."[140] Iran has sent terrorist training course material to Hamas in the Gaza Strip via email, so Hamas trainers can run its own training courses there using Iranian militant curricula, but the group also sends operatives to train in Iran with the intention that they will return and train others back in Gaza and the West Bank.

> Iran customarily trains hundreds of Hamas terrorist operatives in its training camps (as it has trained Hezbollah operatives as well). There are courses for infantry, guerilla warfare, sabotage and anti-tank operations. The instructors belong to the Iranian Revolutionary Guards, and some of the courses take place in Revolutionary Guards bases in Tehran. Their objective is to upgrade Hamas's operational capabilities. The operatives return to the Gaza Strip where they in turn instruct new Hamas recruits (emphasis added).[141]

Iranian involvement in the *Karine-A* weapons smuggling ship – intercepted by the Israeli Navy in the Red Sea in January 2003 – is also well documented. The *Karine-A* episode stood out not only due to the magnitude and audacity of the quantity of arms Iran attempted to smuggle (more than fifty tons of weapons valued at over $2 million were destined for Palestinian militants in this one plot), but due to the quality of these weapons as well which would have drastically shifted the balance of power between Israeli forces and Palestinian militant groups. While carried out by Hezbollah, the entire operation was financed by Iran and intended to benefit the Palestinian Authority and Palestinian militant groups like Hamas.[142]

Iran's provision of support to Hamas has continued over time. According to a 2010 U.S. Department of Defense report on Iran's military power, Iran provides Hezbollah and several Palestinian terrorist groups—including Hamas—"with funding, weapons, and training to oppose Israel and disrupt the Middle East Peace Process," noting that such assistance is smuggled into Gaza through tunnels in the Philadelphi corridor" (which runs along the Gaza-Egypt border).[143]

At times, Iran's support for Hamas has taken on a life of its own. Consider, for example, the case of U.S.-designated terrorist Muhammad Hisham Muhammad Isma'il Abu Ghazala, a Hamas operative with ties not only to Iran but to al Qaeda and Iraqi militants as well. The State Department described Abu Ghazala as an "improvised explosive device (IED) facilitator" and an operative who plays an "integral role in Hamas." But he was also wanted by Iraqi authorities—who put a $50,000 bounty

---

[139] Colin Clarke and Philip Smyth, "The Implications of Iran's Expanding Shi'a Foreign Fighter Network," CTC Sentinel, vol 10, issue 10, November 2017, https://ctc.usma.edu/the-implications-of-irans-expanding-shia-foreign-fighter-network/

[140] Marie Colvin, "HAMAS Wages Iran's Proxy War on Israel," Sunday Times, March 9, 2008, http://www.americantaskforce.org/daily_news_article/2008/03/10/1205185027

[141] "Iran Support of Hamas," Intelligence and Terrorism Information Center, January 12, 2008, https://www.terrorism-info.org.il/Data/pdf/PDF_09_019_2.pdf

[142] "Iran and Syria as Strategic Support for Palestinian Terrorism," (Report based on the interrogations of arrested Palestinian terrorists and captured Palestinian Authority documents), Israel Defense Forces, Military Intelligence, September 2002, available online at http://www.intelligence.org.il/eng

[143] Unclassified Report on Military Power of Iran, April 2010, U.S. Department of Defense, http://www.foxnews.com/projects/pdf/IranReportUnclassified.pdf

on his head—for "disseminating numerous remote detonation device designs used by former regime elements and terror organizations in Iraq."[144]

Not surprisingly, U.S courts have concluded that "Iran provides ongoing terrorist training and economic assistance to Hamas," and found that Iran has "provided material support and resources to Hamas and its operatives, for the specific purpose of carrying out acts of extrajudicial killing."[145]

## VII.    Iran's continued support for Hamas in the Wake of the Syrian War

Relations between Hamas and Iran became rocky over Hamas' decision not to back the regime of Bashar al-Assad in the Syrian civil war. For years, ever since Hamas leadership was kicked out of Amman, Jordan, in 1999, Hamas had maintained the headquarters of its external leadership in Damascus.[146] But in January 2012, Hamas leader Khaled Mishal abandoned the group's Damascus base.[147] By February 2012, Hamas deputy leader Mousa Abu Markzouk, now located in Egypt, commented that "The Iranians are not happy with our position on Syria, and when they are not happy, they don't deal with you in the same old way."[148]

And yet, Iranian funding for Hamas never completely stopped. And while the group's rift with Tehran may have seriously affected funding for Hamas' political activities, the group's military wing was not as badly affected. Moreover, by early 2014, relations between Hamas and Iran started to get back on track.[149]

The U.S. State Department's *Country Reports on Terrorism 2014* notes that Iran is not shy about its willingness to finance Hamas. "Since the conclusion of [Operation Protective Edge]," the report notes, "Iranian governmental officials have publicly stated their willingness to resume Iran's military support of Hamas." The report goes on to note that "historically, Hamas has received funding, weapons, and training from Iran."[150]

---

[144] "Terrorist Designation of HAMAS Operative Muhammad Hisham Muhammad Isma'il Abu Ghazala," U.S. Department of State, September 22, 2011, http://www.state.gov/r/pa/prs/ps/2011/09/173352.htm

[145] *Diana Campuzano et al v. The Islamic Republic of Iran*, United States District Court for the District of Columbia, Civil Action No.: 0C-2328 (RMU), January 2003

[146] See Matthew Levitt, *Hamas: Politics, Charity and Terrorism in the Service of Jihad* (Yale University Press, 2006), p. 49

[147] Fares Akram, "Hamas Leader Abandons Longtime Base in Damascus," *New York Times*, January 27, 2012, http://www.nytimes.com/2012/01/28/world/middleeast/khaled-meshal-the-leader-of-hamas-vacates-damascus.html

[148] "Hamas Political Leaders Leave Syria for Egypt and Qatar," *BBC News*, February 28, 2012, http://www.bbc.com/news/world-middle-east-17192278

[149] Harriet Sherwood, "Hamas and Iran Rebuild Ties Three Years after Falling Out over Syria," The Guardian, January 9, 2014, http://www.theguardian.com/world/2014/jan/09/hamas-iran-rebuild-ties-falling-out-syria

[150] "Country Reports on Terrorism 2014," United States Department of State, Bureau of Counterterrorism, Released June 2015, http://www.state.gov/documents/organization/239631.pdf

Iranian officials themselves admit Tehran continues to support Hamas. In March 2014, the head of the Iranian Shura Council, Ali Larijani, said: "Iran is supporting Hamas on the grounds that it is a resistance movement…Our relationship with [Hamas] is good and has returned to what it was. We have no problems with [Hamas]."[151] Similarly, in August 2014, Mohsen Rezaei, Secretary of the Expediency Discernment Council and former commander of the Revolutionary Guards, was quoted as saying, "Palestinian resistance missiles are the blessings of Iran's transfer of technology…I've requested [President] Rouhani to provide air defense systems to Gaza so that Palestinians can defend themselves against invading planes."[152] In August 2014, as the conflict between Hamas and Israel escalated, Brigadier General Mohammad Reza Naqdi, commander of Iran's volunteer Basij force, confirmed to Fars News Agency that, "Much of the arms Hamas deployed 'were the products of the Islamic Republic of Iran.'"[153]

Officials from the Hamas government in Gaza have also gone on record about the resumption of their strategic relations with Tehran. In January 2014, Taher al-Nounou, aid to Gaza's Prime Minister Ismail Haniyeh, said that "Relations between us are now almost back to how they were before [the crisis over Syria]. We believe we will soon be back at that point."[154] Another Hamas official, Bassem Naim, noted that ties with Iran had never been fully cut off: "Ties had never been conclusively severed, but recently there have been a number of meetings that brought new blood back into our relationship with Iran."[155]

According to a November 2015 Congressional Research Service report on Iran's foreign policy, "Successive annual State Department reports on terrorism have stated that Iran gives Hamas funds, weapons, and training." That funding, the report notes, has ranged over time from as high as near $300 million per year mark to significantly lower sums during times when Iran-Hamas relations stagnated. "Since the 2014 Hamas-Israel conflict," the report continues, "Iran has apparently sought to rebuild the relationship with Hamas by providing missile technology that Hamas used to construct its own rockets and by helping it rebuild tunnels destroyed in the conflict with Israel."[156]

Such conclusions are supported by evidence that became public in several prominent cases. Take for instance the weapons shipment intercepted by the Israeli Navy on March 5, 2014. The *Klos-C*, a commercial ship flying a Panamanian flag, was intercepted in the Red Sea off the Eritrean coast. According to the Israeli Ministry of Foreign Affairs, when the Israeli Navy boarded the ship and examined its cargo, they found a variety of weapons, including: 40 M-302 surface to

---

[151] http://www.al-monitor.com/pulse/originals/2014/03/iran-hamas-finance-economy-resistance-axis-gaza.html

[152] http://www.timesofisrael.com/iran-says-it-gave-hamas-rocket-technology/

[153] http://freebeacon.com/national-security/iran-begins-arming-palestinian-terrorists/

[154] Harriet Sherwood, "Hamas and Iran Rebuild Ties Three Years after Falling Out over Syria," The Guardian, January 9, 2014, http://www.theguardian.com/world/2014/jan/09/hamas-iran-rebuild-ties-falling-out-syria

[155] Harriet Sherwood, "Hamas and Iran Rebuild Ties Three Years after Falling Out over Syria," The Guardian, January 9, 2014, http://www.theguardian.com/world/2014/jan/09/hamas-iran-rebuild-ties-falling-out-syria

[156] https://www.fas.org/sgp/crs/mideast/R44017.pdf

surface rockets manufactured in Syria, with a range of 90-200 km; 181 122mm mortar shells; and 400,000 rounds of assault rifle ammunition.[157]

According to the Israeli foreign ministry, "the missiles and weapons found on the ship were loaded and concealed by Iran, without the knowledge of either the crew or the operating company."[158] The weapons were first hidden in shipping containers in Iran with, with Iranian authenticity seals, including seals from the Iranian postal company. The weapons were hidden behind cement bags, which were also clearly marked as coming from Iran.[159] Speaking just hours after the Israeli Navy captured the ship, Israeli President Peres issued a statement specifically linking the weapons shipment to Hamas. "The capture of the ship carrying arms to Hamas was a brilliant military operation and an extremely important act," Peres stated. "We can see the quality and courage of those who took part and we are proud of them. It is also an important message to the world, beginning with Iran. Iran must stop bluffing."[160]

Hamas would also sometimes bluff, such as when its operatives would maintain that Iran had cut off all funding for the group. Consider the case of Mahmoud Toameh, a top-ranking Hamas overseas operative and member of Hamas' economic council, who was arrested trying to enter Israel in June 2014. Under questioning, Toameh claimed that Iran had been the primary funder of Hamas until the two had a falling out over the war in Syria, where Iran supported the Assad regime and Hamas did not.[161] The falling out is true, and it surely impacted the level of funding Iran provided Hamas. But Iran's funding to Hamas never completely ceased. In the words of Alex Vatanka, a senior fellow at the Middle East Institute, and Mohammed Najib, a Palestinian journalist: "In reality, Tehran never entirely cut Hamas loose after the debacle over Syria."[162] Citing a senior PA official, Vatanka and Najib explained: "Hamas' political contacts with Iran were largely frozen but the military relationship has continued throughout. Tehran never shut the door to the radical line of Hamas leaders, including Mahmoud al-Zahar in Gaza, and Imad al-Alami, the former representative to Iran."[163]

---

[157] "Missile Shipment from Iran to Gaza intercepted," Israel Ministry of Foreign Affairs, March 5, 2014, http://mfa.gov.il/MFA/PressRoom/2014/Pages/Missile-shipment-from-Iran-to-Gaza-intercepted-5-Mar-2014.aspx

[158] "Missile Shipment from Iran to Gaza intercepted," Israel Ministry of Foreign Affairs, March 5, 2014, http://mfa.gov.il/MFA/PressRoom/2014/Pages/Missile-shipment-from-Iran-to-Gaza-intercepted-5-Mar-2014.aspx

[159] "IDF Releases photos of Iranian weapon shipment," Israel Ministry of Foreign Affairs, March 10, 2014, http://mfa.gov.il/MFA/PressRoom/2014/Pages/IDF-releases-photos-of-Iranian-weapon-shipment-10-March-2014.aspx

[160] "Seizure of an Iranian arms ship in the Red Sea," Israel Ministry of Foreign Affairs, March 5, 2014, http://mfa.gov.il/MFA/PressRoom/2014/Pages/Seizure-of-an-Iranian-arms-ship-in-the-Red-Sea-5-Mar-2014.aspx

[161] Gavriel Fiske, "'Hamas pays hundreds of youths to harass Jews at Temple Mount'," Times of Israel, May 29, 2014, http://www.timesofisrael.com/top-hamas-moneyman-spills-in-shin-bet-interrogation/ and "Arrested a Hamas activist Mahmoud Tuame abroad," Israeli Security Agency, May 29, 2014, https://www.shabak.gov.il/publications/publications/Pages/NewItem290514.aspx (In Hebrew)

[162] Alex Vatanka and Mohammed Najib, "War in Gaza: A chance for Iran, Hamas to turn a page?," CNN, August 1, 2014, http://www.cnn.com/2014/08/01/opinion/mideast-iran-vatanka-najib/

[163] Alex Vatanka and Mohammed Najib, "War in Gaza: A chance for Iran, Hamas to turn a page?," CNN,

With some Iranian funding drying up, Hamas did rely more on funding networks in the Gulf and in Europe.[164]  But it is now clear that Iranian funding never did come to a full stop, certainly not for Hamas's military wing.  Indeed, according to the State Department's annual money laundering and financial crimes report, in 2013 Iran continued "to provide material support, including resources, guidance, and financial assistance to multiple terrorist organizations that undermine the stability of the Middle East and Central Asia, such as Hamas, Lebanese Hezbollah, the Taliban, and Iraqi Shia militias."[165]  Such support continued in 2014, according to the next year's report.  "Hamas, Lebanese Hezbollah, and the Palestinian Islamic Jihad (PIJ) maintain representative offices in Tehran," the State Department report noted, "in part to help coordinate Iranian financing and training."[166]  In a section of the report on actions taken against Iran under U.S. Executive Orders, the report noted actions taken against Iran's Martrys Foundation, "an Iranian parastatal organization that channels financial support from Iran to several terrorist organizations in the Levant," including Hamas.[167]  In a July 2014 letter, the commander of Iran's Islamic Revolutionary Guard Corps Qods Force, Qassem Suleimani, referred to Hamas leaders as "my dear brothers" and noted Iran's ongoing support for the group.[168]

Other cases clearly underscore the conclusion that Iran continued to finance Hamas, even after the disagreement between the two over Syria in 2012.  A particularly clear cut case came with the September 2015 U.S. Treasury Department designation of Mahir Jawad Yunis Salah, a Hamas financier and dual British-Jordanian citizen who served as the head of the Hamas finance committee.  "Since at least 2013," the Treasury Department reported, "Salah has led the Hamas Finance Committee in Saudi Arabia, the largest center of Hamas's financial activity."  As head of the Hamas Finance Committee, the Treasury Department explained, Salah oversaw the transfer of tens of millions of dollars from Iran to Saudi Arabia to fund the Izz al-Din al-Qassam Brigades and Hamas activity in Gaza.  Salah was in a position to know, since as of late 2014 he managed several front companies in Saudi Arabia that conducted money laundering activities for Hamas.[169]

August 1, 2014,  http://www.cnn.com/2014/08/01/opinion/mideast-iran-vatanka-najib/

[164] Matthew Levitt, "Kidnapped Israeli Teens Compel Scrutiny of Hamas's International Finances: Going After the 'Hamas HW in Europe'," The New Republic, June 24, 2014, https://newrepublic.com/article/118349/kidnapped-israeli-teens-cause-scrutiny-hamas-international-finance

[165] International Narcotics Control Strategy Report, Vol II: Money Laundering and Financial Crimes, United States Department of State, Bureau for International Narcotics and Law Enforcement Affairs, March 2014, http://www.state.gov/j/inl/rls/nrcrpt/2014/vol2/index.htm

[166] International Narcotics Control Strategy Report, Vol II: Money Laundering and Financial Crimes, United States Department of State, Bureau for International Narcotics and Law Enforcement Affairs, March 2015, http://www.state.gov/documents/organization/239561.pdf

[167] International Narcotics Control Strategy Report, Vol II: Money Laundering and Financial Crimes, United States Department of State, Bureau for International Narcotics and Law Enforcement Affairs, March 2015, http://www.state.gov/documents/organization/239561.pdf

[168] Jonathan Schanzer, "Hamas's Benefactors: A Network of Terror," Testimony before the House Committee on Foreign Affairs, September 9, 2014, https://www.fdd.org/analysis/2014/09/12/hamass-benefactors-a-network-of-terror-2/

[169] "Treasury Sanctions Major Hamas Leaders, Financial Facilitators and a Front Company," United States

Also in September 2015, media reports revealed that over the previous two months "Iran has sent suitcases of cash—literally—to Hamas's military wing in Gaza." In retaliation for Hamas political leader Khaled Mishal's summer 2015 visit to Saudi Arabia (Iran's Sunni geo-political rival in the region), Iran bypassed Mishal and the Hamas political leadership and sent couriers to deliver the suitcases "directly to the leaders of the group's military wing in the Gaza Strip."[170]

From time to time, Hamas political leaders continue to insist the group has received no support from Iran in years. In early February 2016, an audio recording of Mousa Abu Marzouk was leaked to the press in which Marzouk accused Iranian leaders of lying about their support for Hamas and insisting the group received no such support since 2009 (although the break over Syria came in 2011).[171] But other Hamas leaders quickly contradicted Marzouk's statement. Hamas leader Khalil Abu Leila dismissed Marzouk's comment and stressed that Iran still supports Hamas. "We appreciate Iran for the support it has provided for the resistance," he added.[172] Hamas leader Osama Hamdan similarly highlighted Hamas's "good relations" with Iran.[173] And an Iranian official took the opportunity of his weekly press conference to make clear that Iran still funds Hamas and other Palestinian "resistance movements" as a principled position because fighting Israel is Iranian state policy.[174]

By August 2017, newly elected Hamas leader in Gaza, Yihye Sinwar, stated that Iran was once more "the largest backer financially and militarily" of the Hamas military wing.[175]

Iranian state sponsorship of terrorism is so ingrained in the country's national priorities that Tehran proactively uses key banks to facilitate the financing of illicit activities such as its support for terrorism, weapons procurement, and its nuclear program. The Central Bank of Iran (Bank Merkazi), Bank Melli, and Bank Saderat have all been tied to financing Hamas, either directly or by virtue of providing financial services to Iran's Islamic Revolutionary Guard Corps

---

Department of Treasury, September 10, 2015, https://www.treasury.gov/press-center/press-releases/Pages/jl0159.aspx

[170] Avi Issacharoff, "Boosted by Nuke Deal, Iran Ups Funding to Hezbollah, Hamas," *The Times of Israel*, September 21, 2015, http://www.timesofisrael.com/boosted-by-nuke-deal-iran-ups-funding-to-hezbollah-hamas/

[171] Khaled Abu Toameh, "Senior Hamas Official: Everything Tehran Says to Us is a Lie," *The Jerusalem Post*, February 1, 2016, http://www.jpost.com/Middle-East/Iran/Senior-Hamas-official-Everything-Tehran-says-to-us-is-a-lie-443442

[172] "Hamas Figure Appreciates Iran's Continued Support," *Tasnim News*, February 1, 2016, http://www.tasnimnews.com/en/news/2016/02/01/988005/hamas-figure-appreciates-iran-s-continued-support

[173] "Hamas: We Maintain Good Relations with Iran," *Al Resalah*, January 14, 2016 http://english.alresalah.ps/en/post.php?id=4781

[174] "Iran: We Still Fund Hamas, because Fighting Israel is our Policy," *The Times of Israel*, February 8, 2016 http://www.timesofisrael.com/iran-we-still-fund-hamas-as-fighting-israel-is-our-policy/

[175] "Hamas Leader in Gaza: Ties with Iran now 'Fantastic;' We're Preparing for Battle for Palestine," *Times of Israel*, August 28, 2017, https://www.timesofisrael.com/hamas-leader-in-gaza-ties-with-iran-now-fantastic-were-preparing-battle-for-palestine/

(IRGC) Qods Force and Hezbollah, which in turn pass on funds to Hamas.

Bank Merkazi was designated by the U.S. Treasury Department in 2019 "for its financial support to the IRGC and Hizballah."[176]  Several Bank Merkazi officials, including the Governor of the Central Bank, have been designated for the same reason.[177]  The Treasury Department noted the following, including specific reference to the bank's material support and financing for the IRGC Qods Force which, in turn, finances Hamas :

> OFAC is designating the CBI today for having materially assisted, sponsored, or provided financial, material, or technological support for, or goods or services to, the IRGC-QF and Hizballah.

> The IRGC-QF, which was designated pursuant to E.O. 13224 on October 25, 2007, is a branch of the IRGC responsible for external operations and has provided material support to numerous terrorist groups, including the Taliban, Hizballah, HAMAS, and the Palestinian Islamic Jihad, making it a key component of Iran's destabilizing regional activities.[178]

Similarly, when the U.S. Treasury first took action against Bank Saderat in September 2006, cutting the bank off from access to the U.S. financial system by denying it access to the so-called "U-turn" transaction, it noted that "the bank is used by the Government of Iran to transfer money to terrorist organizations," including Hamas.[179]

A year later, when the U.S. Treasury Department designated Bank Saderat for its support of terrorism in October 2007 it specifically noted the bank's facilitating Iranian financing of Hamas. According to the Treasury fact sheet about the designation, Bank Saderat "has been used by the Government of Iran to channel funds to terrorist organizations, including Hizballah, and EU-designated terrorist groups Hamas, PFLP-GC, and Palestinian Islamic Jihad."[180]  In fact, the Treasury Department noted that as of early 2005, "Hamas had substantial assets deposited in Bank Saderat and, in the past year, Bank Saderat had transferred several million dollars to Hamas."[181] On top of that, Iran's closest terrorist proxy, Hezbollah, also used Bank Saderat to send significant amount of funds on to Hamas.  According to Treasury, "Hizballah has used Bank Saderat to send money to other terrorist organizations, including millions of dollars on occasion, to support the

---

[176] "Treasury Sanctions Iran's Central Bank and National Development Fund," U.S. Department of the Treasury, September 20, 2019, https://home.treasury.gov/news/press-releases/sm780

[177] "Treasury Targets Iran's Central Bank Governor and an Iraqi Bank Moving Millions of Dollars for IRGC-Qods Force," U.S. Department of the Treasury, May 15, 2018, https://home.treasury.gov/news/press-releases/sm0385

[178] "Treasury Sanctions Iran's Central Bank and National Development Fund," U.S. Department of the Treasury, September 20, 2019, https://home.treasury.gov/news/press-releases/sm780

[179] "Treasury Cuts Iran's Bank Saderat Off from U.S. Financial System," U.S. Department of the Treasury, September 8, 2006, https://www.treasury.gov/press-center/press-releases/Pages/hp87.aspx

[180] "Fact Sheet: Designation of Iranian Entities and Individuals for Proliferation Activities and Support for Terrorism," U.S. Department of the Treasury, October 25, 2007, https://www.treasury.gov/press-center/press-releases/pages/hp644.aspx

[181] Ibid.

activities of Hamas."[182]

Bank Melli has also been tied to Iran's financing of terrorism, including Hamas. Bank Melli was designated, under counter-proliferation authorities, the same day as Bank Saderat. At the time, the Treasury Department noted Bank Melli's extensive financial ties to Iran's IRGC and Qods Force.

> Bank Melli also provides banking services to the IRGC and the Qods Force. Entities owned or controlled by the IRGC or the Qods Force use Bank Melli for a variety of financial services. From 2002-2006, Bank Melli was used to send at least $100 million to the Qods Force. When handling financial transactions on behalf of the IRGC, Bank Melli has employed deceptive banking practices to obscure its involvement from the international banking system."[183]

In that same fact sheet, the U.S. Treasury Department explained its designation of the Qods Force as a terrorist entity, specifically noting it's support for Hamas, among other Iranian sponsored terrorist groups.[184] Israeli scholar Shimon Shapira wrote in 2008 that "Tehran transfers most of the financial aid to Hamas and the Palestinian Islamic Jihad through Bank Melli branches in Damascus and Amman."[185]

Iranian support for Hamas continued right around the time Hamas operatives murdered Rabbi Marks in Jul7 2016. For example, the U.S. Treasury Department would later declassify information revealing that in 2016 a senior Iranian Islamic Revolutionary Guard Corps-Qods Force commander, Muhammad Said Izadi, was sending millions of dollars to Hamas:

> As of late 2016, Izadi required a HAMAS Political Officer member to get permission from three senior HAMAS leaders in order to receive money directly from him. The HAMAS Political Office member stated Izadi would be sending $1 million dollars in addition to Izadi's regular allocation, and an additional $1 million dollars earmarked for the HAMAS Political Office member.[186]

From 2012 through 2016, Hamas finance operatives in Lebanon helped facilitated the flow of funds from Iran's IRGC, through Lebanese Hezbollah, to Hamas. Consider the case of Beirut-based Mohammad Sarur, who is tied to both Hezbollah and Hamas. According to the U.S. Treasury Department:

> Sarur served as a middle-man between the IRGC-QF and HAMAS and worked with Hizballah operatives to ensure funds were provided to the Izz-Al-Din Al-Qassam Brigades. In 2011 and

---

[182] Ibid.

[183] "Fact Sheet: Designation of Iranian Entities and Individuals for Proliferation Activities and Support for Terrorism," U.S. Department of the Treasury, October 25, 2007, https://www.treasury.gov/press-center/press-releases/pages/hp644.aspx

[184] Ibid.

[185] Shimon Shapira, "Iranian State Banks and International Terror," *Jerusalem Post*, February 18, 2008, https://www.pressreader.com/israel/jerusalem-post/20080218/281758444982417

[186] "Treasury Targets Wide Range of Terrorists and their Supporters using Enhanced Counterterrorism Sanctions Authorities," U.S. Department of the Treasury, September 10, 2019, https://home.treasury.gov/news/press-releases/sm772

extending through 2016, Sarur worked for Hizballah's Bayt al-Mal. To transfer funds to HAMAS in Gaza, Sarur coordinated transfers through an individual who served as a Gaza-based HAMAS financial facilitator and money smuggling operations officer.[187]

As of early 2016, the deputy chief of Hamas, Saleh al-Arouri, was also involved in making sure such funds reached Hamas in the Gaza Strip, according to the Treasury Department.[188]

The U.S. Treasury Department also made public information about Hamas external leadership in Turkey overseeing a budget of tens of millions of dollars a year for Hamas. Some of this money was specifically intended to support Hamas terrorist operations in the West Bank. The head of the Hamas finance office based in Turkey, Zaher Jabarin, was in charge of this effort:

> In recent years, Jabarin has promoted HAMAS's terrorist activities in the West Bank and Gaza targeting Israel by transferring hundreds of thousands of U.S. dollars in the West Bank to finance HAMAS's terrorist activity. In addition, Jabarin tries to promote business activity and investments to generate revenue for HAMAS.[189]

In November 2018, the U.S. Treasury Department exposed a massive illicit financing network through which Iran worked with Russian companies to provide funds to the regime of Bashar al-Assad in Syria as well as to Hezbollah and Hamas. As part of the scheme, Iran's Central Bank tried to conceal its activities by making payments to Mir Business Bank, which Treasury noted was itself previously designated and is "a wholly-owned subsidiary of Iran's Bank Melli, which was designated for acting as conduit for payments to IRGC-QF."[190]

## VIII.    The Importance of Iranian Funding for Hamas Operations

The cost of running Hamas encompasses interdependent but separate operational, political, and social-service expenses. Without the significant funding it needs to carry out its terrorist, political, and social activities—which are interdependent and mutually reinforcing endeavors—Hamas could not function. Iran, as detailed above, plays a critical role in funding, providing material support, arming, and training Hamas operatives.

Iranian funding goes a long way towards helping Hamas bear the significant financial burden of underwriting its operations. Operational costs include entities like weapons and ammunition, explosive precursors, chemicals for bombs and poisoning, safe houses, communications, travel, transportation, bribes, intelligence payments, and training. They are contingent on political and social-service costs. These expenditures comprise propaganda, print collateral, and political campaigns in the political realm and salaries, overhead, payments to

---

[187] "Treasury Targets Facilitators Moving Millions to Hamas in Gaza," August 29, 2019, https://home.treasury.gov/news/press-releases/sm761

[188] "Treasury Targets Facilitators Moving Millions to Hamas in Gaza," August 29, 2019, https://home.treasury.gov/news/press-releases/sm761

[189] "Treasury Targets Wide Range of Terrorists and their Supporters using Enhanced Counterterrorism Sanctions Authorities," U.S. Department of the Treasury, September 10, 2019, https://home.treasury.gov/news/press-releases/sm772

[190] "Treasury Designates Illicit Russian-Iran Oil Network Supporting the Assad Regime, Hizballah, and Hamas," U.S. Department of the Treasury, November 20, 2018, https://home.treasury.gov/news/press-releases/sm553

orphans and widows, education, health, and food in the social welfare service domain. These social-service costs are far more expensive than purely operational costs, accounting for large-scale and long-term infrastructure investments. This infrastructure forms the foundation not only for Hamas' social welfare but its political, guerilla, and terrorist activities as well. And, money being fungible, the funds raised by and for this social-service infrastructure benefit individuals, organizations, and activities throughout Hamas and its component parts.

Speaking before a gathering of G-7 finance ministers in February 2005, U.S. Treasury Undersecretary John Taylor highlighted the critical role that combating terror-financing plays in undermining terrorist groups' long-term capabilities. "By breaking the financial backbone of terrorist groups and insurgents," he said, "we can encumber and thwart their short-term ambitions while rupturing their long-term agendas. Choking off funds that aid terrorists can lead to the ultimate ruin of terrorist organizations."[191]

While it is true that any given terrorist attack may be relatively inexpensive, the actual funding of discrete operations accounts for a small fraction of a terrorist group's expenses. Bullets and bombs are cheap, and a suicide bombing can cost as little as a few thousand or even a few hundred dollars. But this manner of accounting neglects to account for the high cost of maintaining the financial and logistical support network that terrorists carrying out such attacks must draw upon time and again. Terrorist organizations incur many long-term costs, including renting safe houses, buying loyalties, maintaining the physical infrastructure of their networks, paying member salaries, printing posters and banners, and other costs. As a U.S. General Accounting Office report found, the cost of funding an actual operation accounts for "a small portion of the assets that terrorist organizations require for their support infrastructure such as indoctrination, recruitment, training, logistical support, the dissemination of propaganda, and other material support." When we fail to account for more than just bullets and explosives, we may well come to the mistaken conclusion that terrorism is an inexpensive business. Such an assumption may lead even concerned observers to conclude that most of the massive funds raised by Hamas go toward its political and public-service projects; in fact the social and political wings of Hamas play essential--and expensive--roles in maintaining the group's operational terrorist capacity.[192]

Estimates of Hamas' total annual budget range from $30 million to $90 million a year. According to FBI testimony before Congress in 2003, the U.S. government believes that Hamas' annual budget is at least $50 million. Hamas receives an estimated $25 million to $30 million of foreign funding through its charitable *dawa* network each year. This money goes to terror activities, social welfare, and ambiguously overlapping areas such as money paid to the families of suicide bombers. According to the Jordanian General Intelligence Directorate, it costs $2.8 million per month, or $33.6 million a year, just to run Hamas activities in the Palestinian territories. Israeli Shin Bet experts believe that this figure accounts merely for the money passing through Jordan, and that the total figure from all sources is much higher.[193]

---

[191] Matthew Levitt, *Hamas: Politics, Charity, and Terrorism in the Service of Jihad*, (New Haven: Yale University Press), 53.

[192] Matthew Levitt, *Hamas: Politics, Charity, and Terrorism in the Service of Jihad*, (New Haven: Yale University Press), 54.

[193] Matthew Levitt, *Hamas: Politics, Charity, and Terrorism in the Service of Jihad*, (New Haven: Yale University Press), 54.

There is a range of opinion regarding what constitutes the cost of a Palestinian terror attack. In a 2002 interview, Salah Shehada, the founder of Hamas' Izz al-Din al-Qassam Brigades, claimed an operation could cost from $3,500 to $50,000. A Hezbollah member has put the figure of a terror attack at $665–$1,105 (3,000–5,000 NIS). Another terrorist from Palestinian Islamic Jihad, Ahmad Sari Hussein, received $2,210 (10,000 NIS) for his terrorist activity, while Wael Ghanam, a Tanzim activist from the Tulkarem refugee camp, said he received $7,000 to manufacture explosive charges. Others have claimed that a suicide bombing mission could be set up for as little as $150, consisting essentially of a bomb of chemicals (sugar or fertilizer), a battery, a light switch, wire, and a belt. Still others figure the cost of each bomb belt at $1,500 to $4,300.[194]

Operation Defensive Shield, a large-scale military operation carried out by the IDF in April 2002 against Palestinian targets in the West Bank, uncovered useful information about the cost of a representative attack. On November 27, 2001, a joint Palestinian Islamic Jihad–Fatah/al-Aqsa Martyrs Brigades shooting attack was carried out at the central bus station in Afula, a city in northern Israel. Two Israeli civilians were killed and forty-eight wounded. According to a letter from one Islamic Jihad operative to another that was seized by Israeli soldiers, money earmarked for this attack was transferred from the Islamic Jihad headquarters in Damascus. The document states that "the remainder of the action's expenses" was a sum of $31,000. Another example revealing the broader costs of a terrorist attack comes from a bombing on July 31, 2002, at Jerusalem's Hebrew University, an attack that murdered seven civilians, including five Americans, and wounded eighty-six others. At a mall rally in Amman, Jordan, leaders of the Jordanian Islamic Action Front (IAF) honored the suicide bombing and asserted that the attack cost $50,000.[195]

While some terrorism experts claim that suicide bombers are the most cost-effective weapons available to terrorists, maintaining an infrastructure with the ability to deliver an unremitting campaign of such suicide attacks remains costly. While suicide bombers do make ultimate "smart bombs"--able to make calculated decisions and make undercover corrections en route to their targets--they are not inexpensive to deploy. To be accurate, financial estimates of terrorist attacks should also account for the costs of establishing and maintaining logistical support networks, such as recruitment and bomb making. The more money you have, the smoother your particular terrorism machinery operates. Moreover, Hamas and other Palestinian groups invest money in aggressive intelligence collection--primarily bribing officials--in an effort to penetrate the Palestinian Authority or other targets. For example, a Palestinian intelligence document dated February 2002 details the activities of Hamas and Islamic Jihad cells in the Jenin area and openly concedes that both groups "have penetrated into the security apparatuses in Jenin, including the General Intelligence, through money payments." In one instance, for the sum of $1,500 to $3,000, Hamas and Islamic Jihad obtained intelligence from officers affiliated with the Palestinian General and Preventive Intelligence services, including advance warning of pending arrests.[196]

---

[194] Matthew Levitt, *Hamas: Politics, Charity, and Terrorism in the Service of Jihad*, (New Haven: Yale University Press), 54-55.

[195] Matthew Levitt, *Hamas: Politics, Charity, and Terrorism in the Service of Jihad*, (New Haven: Yale University Press), 55.

[196] Matthew Levitt, *Hamas: Politics, Charity, and Terrorism in the Service of Jihad*, (New Haven: Yale University Press), 55-56.

For illustrative purposes, here is how one Hezbollah member itemized the expenses for a typical Palestinian terrorist operation:

- M-16 A2 assault rifle: $6,642 (30,000 NIS)
- M-16 A1 assault rifle: $4,428–$5,313 (20,000–24,000 NIS)
- AK-47 assault rifle: $1,550–$2,210 (7,000–10,000 NIS)
- Sanobal (locally made) rifle: $1,105 (5,000 NIS)
- Handgun: $1,439–$1,771 (6,500–8,000 NIS)
- Bullets for AK-47: $2.20 (10 NIS) each
- Bullets for Sanobal gun or rifle: $0.55 (2.5 NIS) each
- Bullets for M-16: $0.44 (2 NIS) each
- Stolen vehicle or a vehicle without licenses: $656–$1,550 (3,000–7,000 NIS)
- A cellular phone chip: $11 (50 NIS)

In other words, the costs for operations can add up quickly, and the larger costs of running an organization the size of Hamas, including its political and social-service wings—which provide both direct and indirect support for operations—are much larger still and accumulate all that much faster. Iranian support for Hamas, therefore, is critical both to run an organization like Hamas and to finance individual attacks. Even shooting attacks cost significant sums of money, including the purchase of weapons and ammunition, procurement of vehicles and safe houses, and the larger underlying costs of receiving the necessary training and operational support to carry out even an operation like a roadside shootings.

According to the US State Department, Iranian state sponsorship of Hamas is critical not only in terms of providing the material and funds with which to carry out terrorist operations, but also the rhetorical support necessary to keep up the pace of such operations:

> During 2003, Iran maintained a high-profile role in encouraging anti-Israeli activity, both rhetorically and operationally. Supreme Leader Khamenei praised Palestinian resistance operations, and President Khatami reiterated Iran's support for the "wronged people of Palestine" and their struggles. Matching this rhetoric with action, Iran provided Lebanese Hizballah and Palestinian rejectionist groups—notably HAMAS, the Palestine Islamic Jihad, and the Popular Front for the Liberation of Palestine–General Command—with funding, safe haven, training, and weapons. Iran hosted a conference in August 2003 on the Palestinian intifadah, at which an Iranian official suggested that the continued success of the Palestinian resistance depended on suicide operations.[197]

This support proved effective, by the standards of Hamas's operational tempo. As the same State Department report noted:

> HAMAS was particularly active, carrying out more than 150 attacks, including shootings, suicide bombings, and standoff mortar-and-rocket attacks against civilian and military targets. The group was responsible for one of the deadliest attacks of the year—the suicide bombing in June on a Jerusalem bus that killed 17 people and wounded 84. Although HAMAS continues to focus on conducting antiIsraeli attacks, it also claimed responsibility for the suicide bombing at a restaurant

---

[197] *Patterns of Global Terrorism 2003*, U.S. State Department, "Overview of State Sponsored Terrorism," http://www.state.gov/documents/organization/31944.pdf

adjacent to the US Embassy in Tel Aviv, demonstrating its willingness to attack targets in areas frequented by foreigners.[198]

In fact, according to the Israeli government report dated April 2004, Iran has also been involved in actually directing terrorist attacks targeting Israel. From early 2002 to April 2004, the report recorded, Iran directed twenty-one attacks carried out by the Fatah organization's Tanzim militant wing, which left fifty-one Israelis dead and 216 wounded. During this time period, the report added, Hamas operated more independently from Iran than the Tanzim, but continued to receive "financial support, training and professional guidance from the Iranians." In fact, the report added, "the connections between the Hamas and Iran have grown stronger since the start of the Al Aqsa Intifada, and the Hamas even have a representative in Iran."[199]

This relationship has continued over time. According to a 2010 U.S. Department of Defense report on Iran's military power, Iran provides Hezbollah and several Palestinian terrorist groups—including Hamas—"with funding, weapons, and training to oppose Israel and disrupt the Middle East Peace Process." Iran's support for Hamas and other Palestinian terrorist groups, the Defense Department report added, "produced improvements in the groups' capabilities and increased the threat to Israeli and U.S. interests in the region." Citing one specific example the report noted that "Iranian training and material support assisted Hamas in the development of the Qassam rocket, extending the range to 40km." More generally, it noted that "Iran continues to supply weapons, money, and weapons components to Palestinian extremist groups that are then smuggled into Gaza through tunnels in the Philadelphi corridor" (which runs along the Gaza-Egypt border).[200]

Iran's critical support of Hamas has also been noted by Human Rights Watch:

Iran has also reportedly provided training and other forms of support to Hamas. In a recently published interview, Hassan Salameh, a Hamas member from Gaza serving forty-six consecutive life sentences in Israel for his role in the 1996 suicide bombings, said that after he fled to Sudan via Jordan in 1993, "the organization arranged a training camp for us and flew us to Syria and then to Iran." In June 2002, the regional press reported high-level meetings of Iranian, Hamas and Islamic Jihad officials in Iran, and noted that Iranian authorities had decided to increase the financial aid given to Hamas and Islamic Jihad.[201]

According to a study released by the U.S. Institute for Peace, not only has Iran provided key aid to Hamas, but Hamas has publicly thanked Iran for said support:

Iran reportedly provided military aid and training for dozens of men in Hamas' military wing, the Izz ad-Din al Qassam Brigades. Iran also allegedly supplied much of the military equipment that Hamas used against Israel in the December 2008 Gaza war. Hamas leader

---

[198] *Patterns of Global Terrorism 2003*, U.S. State Department, "Middle East Overview," http://www.state.gov/documents/organization/31942.pdf
[199] *Iranian Activity for the Instigation of the Palestinian Intifada*, Israeli government report, April 2004
[200] Unclassified Report on Military Power of Iran, April 2010, U.S. Department of Defense, http://www.foxnews.com/projects/pdf/IranReportUnclassified.pdf
[201] Erased in a Moment: Suicide Bombing Attacks Against Israeli Civilians, Human Rights Watch, October 2002, p. 108, http://www.hrw.org/reports/2002/isrl-pa/ISRAELPA1002.pdf

Khaled Mashaal visited Tehran in February 2009, after the war ended, to thank Iran for its help during the conflict, citing Iran as a "partner in victory."[202]

Indeed, Hamas leaders are often rather blunt about the support the group receives from Iran. The Congressional Research Service (CRS) notes the comments of Hamas Secretary General Khaled Mishal to al Jazeera TV in December 2009; "During a December 2009 visit to Tehran, Hamas politburo chief Khaled Meshaal said, 'Other Arab and Islamic states also support us ... but the Iranian backing is in the lead, and therefore we highly appreciate and thank Iran for this.'" What's more, the CRS report adds, Iranian support has a direct impact on Hamas' military and political activities: "Possible Iranian-supported smuggling of weapons, cash, and other contraband into the Gaza Strip, along with Iranian training for Gaza-based Hamas militants (who are able to travel to and from Iran and Lebanon after using the Gaza-Sinai tunnels), is believed to reinforce both Hamas's ability to maintain order and control over Gaza and its population, and Palestinian militants' ability to fire mortars and rockets into Israel."[203]

In December 2014, Hamas marked its 27th anniversary with rallies and marches featuring Hamas leaders and Izz a-Din al-Qassam Brigades operatives. Qassam Brigades spokesman Abu Ubeida made it a point to single out Iran for special thanks:

> Since Allah graced us with this development [of the Al-Qassam Brigades], and with this victory and this humiliation of the enemy, we have only to thank those whom Allah enlisted to take part in this development... first and foremost the Islamic Republic of Iran, which did not withhold from us funds, weapons and other [forms of aid] and helped us in our resistance by supplying us with missiles that pulverized the Zionist strongholds during the attacks and battles we waged against the occupier, and also supplied us with quality anti-tank missiles that crushed the legendary Zionist Merkava [tank].[204]

In a video posted by Hezbollah's al-Manar television station, Hamas leader Khaled Mishal publicly acknowledged: "Some of our weapons are manufactured in Gaza and some our brought from those who support us. Iran has a role in arms and financial support."[205]

One of the most critical ways Iran supports Hamas is by providing the terrorist group with rockets, like Katyusha rockets and the Iranian Fajr-5 (which has a range of some 25 miles),[206] and by providing the technological know-how so Hamas can produce its own mortars and rockets in Gaza, including the Qassam 1, Qassam 2, Qassam 3, and M75 rockets.[207]

[202] Rachel Brandenburg, "Iran and the Palestinians," *The Iran Primer*, U.S. Institute for Peace, http://iranprimer.usip.org/resource/iran-and-palestinians

[203] Jim Zanotti, "Hamas: Background and Issues for Congress," Congressional Research Service, December 2010, https://fas.org/sgp/crs/mideast/R41514.pdf

[204] "Hamas Senior Officials At Movement's 27th Anniversary Celebrations: We Will Not Recognize Zionist Entity Or Be Satisfied With A Palestinian State Within 1967 Borders; We Thank Iran For Supplying Us With Weapons, Missiles," Special Dispatch No. 5905, Middle East Media Research Institute (MEMRI), December 16, 2014, http://www.memri.org/report/en/0/0/0/0/0/0/8336.htm

[205] "Palestinians to Respect Truce if Israel Does—Mishaal," Reuters, November 21, 2012; see video here: https://www.youtube.com/watch?v=TQd87Ch1Ic8

[206] "The Growing Reach of Hamas's Rockets," New York Times, July 13, 2014, https://www.nytimes.com/interactive/2014/07/13/world/middleeast/the-growing-reach-of-hamas-rockets.html?_r=0

[207] James Zanotti, "Israel and Hamas: Another Round of Conflict," CRS Insight, Congressional Research Service, July

**IX.    Hamas and the Barrage of Rocket Attacks in Early May 2019**

Over the weekend (Saturday-Sunday) of May 4-5, 2019, Hamas and Palestinian Islamic Jihad (PIJ) fired over 600 mortars and rockets into Israel from the Gaza Strip targeting Israeli civilian communities and hitting homes, a factory, a hospital, and a kindergarten, among other targets, according to the Israeli Foreign Ministry.[208]  According to the Israel Defense Forces, the total number of projectiles fired at Israel was 690.[209]  Several Israelis were killed in these bombardments, including Mr. Pinches Przewozman.  Among the fatalities were several Arab victims of the Hamas and PIJ attacks as well, including an Israeli-Arab Bedouin working in an Israeli factory and a pregnant Palestinian woman and her 14-month old child who were hit by a rocket that was shot at Israel but fell short and killed the woman and her child in Gaza.[210]

It is clear that Hamas and PIJ—both Iranian terrorist proxy groups that enjoy Iran's material support—fired these rockets.  For example, Human Rights Watch notes that Hamas and PIJ coordinated their military operations out of a "Joint Operations Room of Resistance Factions."[211]  In a statement issued by PIJ in the name of this joint operational command, this joint Hamas-PIJ militant command acknowledged bombing Israeli civilian communities.  According to the statement: "The Joint Chamber of the Palestinian Resistance Factions announced its responsibility for bombing the sites of the Zionist enemy and its usurps in the Gaza environs from Saturday morning, 29 Shaaban 1440 AH, corresponding to 04/05-2019 AD, until 06:00 PM, with dozens of missile bursts."[212]

The statement went on to list some of these missile barrages:

At 08:50 pm, the Joint Chamber announced targeting Ashkelon, Ofakim, and Kiryat Gat with rocket-propelled grenades, in response to the occupation's targeting of residential buildings, adding that, "If the enemy persists, we will expand our response to Ashdod and Beersheba."

At exactly 10:51 pm, the joint room of the resistance factions announced the expansion of its response to the aggression and its bombardment of Ashdod with a number of rocket-propelled grenades.

Within the framework of expanding the bombing circle, the joint room, at 11:25 pm, targeted the occupied city of Beersheba, with bursts of rockets.

---

15, 2014, https://fas.org/sgp/crs/mideast/IN10104.html

[208] "Weekend of Rockets over Israel," Israel Ministry of Foreign Affairs, May 5, 2019, https://mfa.gov.il/MFA/ForeignPolicy/Terrorism/Pages/Weekend-of-rockets-over-Israel-5-May-2019.aspx

[209] "48 Hours of Terror from Gaza," Israel Defense Forces, May 7, 2019, https://www.idf.il/en/articles/hamas/48-hours-of-terror-from-gaza/

[210] "Gaza: Unlawful Attacks in May Fighting," Human Rights Watch, July 12, 2019, https://www.hrw.org/news/2019/06/12/gaza-unlawful-attacks-may-fighting#

[211] "Gaza: Unlawful Attacks in May Fighting," Human Rights Watch, July 12, 2019, https://www.hrw.org/news/2019/06/12/gaza-unlawful-attacks-may-fighting#

[212] "Updated…What is Issued by the Joint Chamber of Palestinian Resistance Factions," The Military Wing of the Islamic Jihad Movement in Palestine, May 4, 2019, Original in Arabic, https://tinyurl.com/y9sz8ov2

### Sunday 5-5-2019 AD

At exactly 01:32 am on Sunday 5-5-2019 AD, the joint room confirmed that due to the enemy's insistence on targeting safe houses, the resistance decided to respond to the occupation's crimes in an unprecedented way.

At 02:11 am, the joint room launched a large missile strike on Ashkelon with 50 missiles, in response to the occupation's crimes and its persistence in targeting safe houses.

At 02:36 AM, the joint room announced that it was studying to expand the bombing range beyond 40 km during the coming hours if the aggression continued.

At exactly 1:15 p.m., the joint room, Beer Sheva and Ashkelon, was bombed with dozens of missiles in response to the bombing of safe houses, warning the enemy that continuing this policy means that the next is greater.

And within the framework of the joint room operations to respond to the aggression ... the resistance targets at 02:27 pm a Zionist military vehicle in the northern Gaza Strip with a developed guided missile and directly hits it.

Within the framework of the Joint Chamber's operations to respond to the aggression, the Al-Quds Brigades and Al-Qassam Brigades targeted at 03:25 pm, a Zionist troop carrier in the eastern central governorate with a Kornet missile.

At exactly 03:48 pm, the joint room bombed Ofakim with a rocket burst, in response to the aggression.

At 07:36 PM, the joint room announced the bombing of occupied Ashdod with a large number of missiles in response to the aggression and targeting the safe and residential buildings.

### Monday 5-6-2019 AD

At exactly 01:05 in the morning, the Joint Room: The battle will not stop before the occupation responds to the demands of our people, and we will not allow the settlers to leave the shelters as long as the enemy's leadership denies their understandings with the resistance.[213]

This Hamas-PIJ joint operations room had been in the works for almost a year, following an earlier barrage of rocket attacks in June 2018, when the two coordinated rocket attacks targeting Israel.[214] By November 2018, this joint operations room was established, led by Hamas and PIJ. The Joint Operations Room published a flier featuring pictures of rockets flying and destroying targets, reading: "The Death is Coming" in both Hebrew and Arabic.[215]

---

[213] "Updated...What is Issued by the Joint Chamber of Palestinian Resistance Factions," The Military Wing of the Islamic Jihad Movement in Palestine, May 4, 2019, Original in Arabic, https://tinyurl.com/y9sz8ov2
[214] Adnan Abu Amer, "Are Palestinian Armed Factions Forming Joint Army?" Al Monitor, June 10, 2018, https://www.al-monitor.com/pulse/originals/2018/06/hamas-islamic-jihad-armed-factions-joint-operations-israel.html
[215] Pinchas Inbari, "A 'Joint Operations Room' in Gaza—the New Factor in the Balance of Power in Gaza," Jerusalem

More broadly, Hamas security services patrol the Gaza Strip and work to control when other militant groups fire rockets at Gaza. By virtue of being the governing entity in Gaza, and since the Israel Defense Forces typically target Hamas in its reprisal strikes, Hamas established an anti-rocket patrol unit to prevent rockets from being fired at Israel at times when such activities might conflict with Hamas interests. Therefore, even when Hamas does not fire rockets itself, it bears responsibility for rockets it proactively allows other groups to fire at Israel. Note, for example, that Hamas deployed its anti-rocket forces to prevent other groups from firing rockets at Israel many times, including in 2011,[216] 2013,[217] and 2014.[218]

Israeli authorities quickly and publicly linked these rocket attacks to Hamas, noting that this round of violence was sparked by incidents surrounding Hamas-organized protests at the Gaza border fence:

> Hamas is the culprit responsible for this recent round of escalation, triggered when a Palestinian sniper shot and wounded two Israeli soldiers at the Gaza border during a Hamas-organized riot on Friday. When the terror organization called for thousands of Gazans to riot near the fence with Israel, it was planning for events to turn violent.[219]

Following these rocket attacks, the U.N. Secretary General's spokesman issued a statement noting that the Secretary General "condemns in the strongest terms the launching of rockets from Gaza into Israel, particularly the targeting of civilian population centres."[220] Hamas, in response, condemned the U.N. Secretary General's condemnation, conceding that the Hamas "resistance factions" fired rockets at Israel, but claiming this was only done in self-defense.[221]

## X. Conclusion

Iranian funding of Hamas has proven critical to the group's ongoing ability to carry out attacks. Iranian funding for Hamas terrorism continued even after Hamas broke with the Assad regime in Damascus, which upset Assad's ally, Iran. By 2019, when Mr. Pinches Przewozman was killed by a rocket fired from Hamas-controlled Gaza by militants from the Hamas-PIJ Joint

---

Center for Public Affairs, November 15, 2018, https://jcpa.org/a-joint-operations-room-in-gaza-the-new-factor-in-the-balance-of-power-in-gaza/

[216] Ibrahim Barzak, "Hamas Forces Deploy to Try to Stop Group's Rocket Fire," Associated Press, January 14, 2011, https://www.inquirer.com/philly/news/nation_world/20110114_Hamas_forces_deploy_to_try_to_stop_groups_rocket_fire.html?outputType=amp

[217] Avi Isaacharoff, "Hamas Deploys 600-Strong Force to Prevent Rocket Fire at Israel," Time of Israel, June 17, 2013, https://www.timesofisrael.com/hamas-establishes-special-force-to-prevent-rocket-fire/

[218] "Hamas Deploys Forces Near Gaza—Israel Border to Stop Rocket Fire," Haaretz, January 21, 2014, https://www.haaretz.com/hamas-deploys-forces-to-stop-rocket-fire-1.5313754

[219] "Weekend of Rockets over Israel," Israel Ministry of Foreign Affairs, May 5, 2019, https://mfa.gov.il/MFA/ForeignPolicy/Terrorism/Pages/Weekend-of-rockets-over-Israel-5-May-2019.aspx

[220] "Statement Attributable to the Spokesman for the Secretary-General on the Situation in Gaza," United Nations Secretary General, May 5, 2019, https://www.un.org/sg/en/content/sg/statement/2019-05-05/statement-attributable-the-spokesman-for-the-secretary-general-the-situation-gaza

[221] Hamas Statement, May 6, 2019, https://hamas.ps/en/post/2077/Hamas-comments-on-UN-issued-statement-regarding-latest-Israeli-aggression-against-Gaza

Operations center, Iran was providing Hamas many millions of dollars—some of it to specifically finance Hamas attacks. The history of Iranian funding of Hamas has sustained the group over time and built up the group's terrorist capabilities, and Iranian terrorist training—including train the trainer programs—aim to insure that Hamas continues to be able to carry out attacks.

Hamas does, in fact, continue to carry out attacks targeting civilians, and continues to promote such terrorist activity. In one video, produced in early 2017, Hamas threatens to kill Israelis: "we will eat you, Zionists, without salt," adding, "ooooh...Zionist, a rocket will get you where you live."[222]

. Hamas remains an internationally recognized terrorist group and is so designated (in whole or in part) by the United States, European Union, United Kingdom, Canada, Australia, Israel and more.

For decades, Iran, a U.S.-designated State Sponsor of Terrorism, has provided a wide range of material support to Hamas, without which Hamas could never have become the capable and deadly terrorist organization it is today.


Dr. Matthew Levitt                                             12/29/2020
                                                              Date

---

[222] http://www.jpost.com/Arab-Israeli-Conflict/New-Hamas-music-video-threatens-to-rain-down-rockets-on-Israel-486917