# EXHIBIT P

**CONDITIONALLY FILED UNDER SEAL**