IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAIM DOV PRZEWOZMAN; THE ESTATE OF PINCHES MENACHEM PRZEWOZMAN; HADASSAH PRZEWOZMAN, individually and as parent and natural guardian of Y.P., a minor and P.P., a minor; CHAYA RACHEL PRZEWOZMAN, individually and as parent and natural guardian of A.M.P., a minor and F.P., a minor; SARA PRZEWOZMAN-ROZENBAUM; YAFA PRZEWOZMAN; and, TZVI YOSEF PRZEWOZMAN <br><br> Plaintiffs, <br><br> vs <br><br> ISLAMIC REPUBLIC OF IRAN; THE IRANIAN MINISTRY OF INFORMATION AND SECURITY; and, THE ISLAMIC REVOLUTIONARY GUARD CORPS <br><br> Defendants. | CIVIL ACTION <br><br> NO. 1:12-cv-01496 |

## AFFIDAVIT OF CHAIM DOV PRZEWOZMAN

COMES NOW the affiant, Chaim Dov Przewozman, duly affirmed according to law, deposes and testifies as follows:

1. I am more than 18 years of age and competent to testify in court to the matters stated below. The statements made in this Affidavit are based on my personal knowledge unless otherwise indicated.

2. I am a citizen of the United States of America, the natural father of decedent, Pinches Menachem Przewozman and Administrator of the Estate of Pinches Menachem Przewozman.

3. Pinches was my second oldest child and my first born son. He was very close to my wife and I and to all of his siblings. Growing up he was the life of the home, encouraging family gatherings and planning family trips.

4. Pinches was married when he was almost twenty years old. He moved to Ashdod with his wife to continue his Talmudic studies and started his own family but he and

1

his family always came home to celebrate all the major holidays with us. Passover had just ended prior to the attack and Pinches had been home with us and helped prepare all our meals.

5. Pinches came to the house the day before he was killed because it was the Sabbath. We walked together to the Synagogue and he escorted me home after services. There was an attack on Ashdod that evening and my wife and I saw the missiles that were fired.

6. On the afternoon of May 5, 2019, I arrived home after evening services and received a call from a friend who told me that Pinches was injured in a missile attack and that I should go to Assuta Hospital. My brother-in-law went with my wife and me to the hospital. During the ride to the hospital all I could think about was my son and seeing him again. Two of my brothers called me while I was on my way to the hospital to see how I was. I later learned that they knew at that time that Pinches was killed but did not tell me. I had asked a member of the community if I could make a blessing on the water and was told that it was ok so I assumed that Pinches was alive. It was not until I called the Kav Mayda until I understood the gravity of Pinches injuries. I immediately told my wife and told her to expect the worst. When we arrived at the hospital, a medic informed us that Pinches was killed instantly.

7. Our community made all the funeral arrangements for us and Pinches was buried the following day at Har Menuchot in Jerusalem. We have never been the same since the life of our family was taken from us that day.

I DECLARE, VERIFY AND STATE UNDER PENALTY OF PERJURY that the foregoing is true and correct.

DATED this ___8th___ day of ___August___ 2021.

_____
Chaim Dov Przewozman