IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAIM DOV PRZEWOZMAN; THE ESTATE OF PINCHES MENACHEM PRZEWOZMAN; HADASSAH PRZEWOZMAN, individually and as parent and natural guardian of Y.P., a minor and P.P., a minor; CHAYA RACHEL PRZEWOZMAN, individually and as parent and natural guardian of A.M.P., a minor and F.P., a minor; SARA PRZEWOZMAN-ROZENBAUM; YAFA PRZEWOZMAN; and, TZVI YOSEF PRZEWOZMAN <br><br> Plaintiffs, <br><br> vs <br><br> ISLAMIC REPUBLIC OF IRAN; THE IRANIAN MINISTRY OF INFORMATION AND SECURITY; and, THE ISLAMIC REVOLUTIONARY GUARD CORPS <br><br> Defendants. | CIVIL ACTION <br><br> NO. 1:12-cv-01496 |

## AFFIDAVIT OF CHAYA ROCHEL PRZEWOZMAN

COMES NOW the affiant, Chaya Rochel Przewozman, duly affirmed according to law, deposes and testifies as follows:

1. I am more than 18 years of age and competent to testify in court to the matters stated below. The statements made in this Affidavit are based on my personal knowledge unless otherwise indicated.

2. I am the mother of decedent, Pinches Menachem Przewozman, who was a citizen of the United States of America.

3. Pinches was married and raising a young family in Ashdad at the time of the attack. He was still very close to our family and would come home regularly, especially during the holidays. He was recently home for Passover that had end the week before he was killed.

4. I last saw my son on May 4, 2019 when he a come to attend services with my husband at the synagogue for the Sabbath. There were several missiles fired at Ashdad that evening that my husband and I could see so I spent the evening praying. Pinches had called us

1

several times during his bus ride back to Ashdad so that we knew he was ok. I did not know at that time that those calls would be the last time I got to speak with my son.

5. My nightmare began the following day when my husband received a call from a friend who told him that Pinches was injured in a missile attack and that we should go to Assuta Hospital. During the ride to the hospital all I could do was to pray and hope to see that Pinches was going to be ok. My husband called the Kav Mayda and learned that there were severe injuries as result of the recent attack. He told me to expect the worst and I was stricken with such sorrow I immediately began to scream and cry hysterically. At the hospital, our worst fears came true when we were told that Pinches was dead.

6. My life has never been the same since my first born son was taken from me.

I DECLARE, VERIFY AND STATE UNDER PENALTY OF PERJURY that the foregoing is true and correct.

DATED this ___8th___ day of ___August___ 2021.

_____C. R. Prew_____
Chaya Rochel Przewozman