IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAIM DOV PRZEWOZMAN; THE ESTATE OF PINCHES MENACHEM PRZEWOZMAN; HADASSAH PRZEWOZMAN, individually and as parent and natural guardian of Y.P., a minor and P.P., a minor; CHAYA RACHEL PRZEWOZMAN, individually and as parent and natural guardian of A.M.P., a minor and F.P., a minor; SARA PRZEWOZMAN-ROZENBAUM; YAFA PRZEWOZMAN; and, TZVI YOSEF PRZEWOZMAN<br><br>Plaintiffs,<br><br>vs<br><br>ISLAMIC REPUBLIC OF IRAN; THE IRANIAN MINISTRY OF INFORMATION AND SECURITY; and, THE ISLAMIC REVOLUTIONARY GUARD CORPS<br><br>Defendants. | CIVIL ACTION<br><br>NO. 1:12-cv-01496 |

## AFFIDAVIT OF SARA PRZEWOZMAN-ROZENBAUM

COMES NOW the affiant, Sara Przewozman-Rozenbaum, duly affirmed according to law, deposes and testifies as follows:

1. I am more than 18 years of age and competent to testify in court to the matters stated below. The statements made in this Affidavit are based on my personal knowledge unless otherwise indicated.

2. I am a citizen of the United States of America and the sister of decedent, Pinches Menachem Przewozman.

3. On the afternoon of May 5, 2019, I was at home with my young child when I received a call from my mother who told me that my brother, Pinches, was injured during a rocket attack. At that time I did not know the severity of Pinches' injuries or whether he was dead or alive. I started crying and my mother said she was going to send my younger sister, Fruma, to stay with me.

4. My husband called me, heard me crying and asked what was wrong so I told

1

him that Pinches was injured and I did not know how he was. My husband then told me that he also heard that Pinches was injured in the attack. I gathered my things and went to my parents' home as I understood that Pinches had died. I later spoke to my father who confirmed that Pinches was killed.

5. Our family was always very close and Pinches brought us much joy to our lives. Our family has never been the same following the May 5, 2019 terrorist attack when Pinches was taken from us.

I DECLARE, VERIFY AND STATE UNDER PENALTY OF PERJURY that the foregoing is true and correct.

DATED this  8th  day of  AUGUST  2021.

_Sara Przewozman-Rozenbaum_
Sara Przewozman-Rozenbaum

2