## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAIM DOV PRZEWOZMAN; THE ESTATE OF PINCHES MENACHEM PRZEWOZMAN; HADASSAH PRZEWOZMAN, individually and as parent and natural guardian of Y.P., a minor and P.P., a minor; CHAYA RACHEL PRZEWOZMAN, individually and as parent and natural guardian of A.M.P., a minor and F.P., a minor; SARA PRZEWOZMAN-ROZENBAUM; YAFA PRZEWOZMAN; and, TZVI YOSEF PRZEWOZMAN<br><br>Plaintiffs,<br><br>vs<br><br>ISLAMIC REPUBLIC OF IRAN; THE IRANIAN MINISTRY OF INFORMATION AND SECURITY; and, THE ISLAMIC REVOLUTIONARY GUARD CORPS<br><br>Defendants. | CIVIL ACTION<br><br>NO. 1:12-cv-01496 |

### AFFIDAVIT OF YAFA PRZEWOZMAN

COMES NOW the affiant, Yafa Przewozman, duly affirmed according to law, deposes and testifies as follows:

1.     I am more than 18 years of age and competent to testify in court to the matters stated below. The statements made in this Affidavit are based on my personal knowledge unless otherwise indicated.

2.     I am a citizen of the United States of America and the sister of decedent, Pinches Menachem Przewozman.

3.     On the afternoon of May 5, 2019, I was at school in Jerusalem when I received a call that my brother, Pinches, was injured during a rocket attack. I was told to leave school and return home to Beit Shemesh. During the ride home, I was discussing the indecent with the people I was traveling with but I did not know the details of what occurred or of Pinches' injuries. No

one told me the truth about what had happened.

4.     When I arrived home, there were many people in and around my parent's home. My aunt was with my parents and she came over and told me that Pinches' had died.

5.     I went to the cemetery with my family for Pinches funeral but I was in such shock that it did not even feel real. I was very close with my brother and I cannot even put into words the loss that I have felt since he was killed.


I DECLARE, VERIFY AND STATE UNDER PENALTY OF PERJURY that the foregoing is true and correct.

DATED this ____8th____ day of __August__ 2021.


_____
Yafa Przewozman

2