IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAIM DOV PRZEWOZMAN; THE ESTATE OF PINCHES MENACHEM PRZEWOZMAN; HADASSAH PRZEWOZMAN, individually and as parent and natural guardian of Y.P., a minor and P.P., a minor; CHAYA RACHEL PRZEWOZMAN, individually and as parent and natural guardian of A.M.P., a minor and F.P., a minor; SARA PRZEWOZMAN-ROZENBAUM; YAFA PRZEWOZMAN; and, TZVI YOSEF PRZEWOZMAN<br><br>Plaintiffs,<br><br>vs<br><br>ISLAMIC REPUBLIC OF IRAN; THE IRANIAN MINISTRY OF INFORMATION AND SECURITY; and, THE ISLAMIC REVOLUTIONARY GUARD CORPS<br><br>Defendants. | CIVIL ACTION<br><br>NO. 1:12-cv-01496 |

### AFFIDAVIT OF ZVI YOSEF PRZEWOZMAN

COMES NOW the affiant, Zvi Yosef Przewozman, duly affirmed according to law, deposes and testifies as follows:

1. I am more than 18 years of age and competent to testify in court to the matters stated below. The statements made in this Affidavit are based on my personal knowledge unless otherwise indicated.

2. I am a citizen of the United States of America and the brother of decedent, Pinches Menachem Przewozman.

3. On the afternoon of May 5, 2019, I was studying at my yeshiva in Beit Shemesh. Several students were talking about the rocket attack in Ashod. I went to the mashgiach who told me that young men were injured in the attack but I was not told that Pinches was injured. I met my younger brother, Avrohom, at another mashgiach's home where they were also talking about the rocket attack. I realized that Pinches was the injured person but I was told that he was alive so I went home to pray with my family. Avrohom started to go back to the

1

Yeshiva. I saw a friend on the street who noticed that Avrohom was going back to the Yeshiva and told me not to let Avrohom go back. While traveling home all I could do was pray and look forward to seeing Pinches.

4.  When Avrohom and I arrived home, there were many people at the house praying. That is when we learned that Pinches had died. There were so many people at the house I did not even get to see my parents until I was at the cemetery for Pinches' burial.

5.  I was very close to my older brother and would often look to him for guidance in my studies. Our family is no longer complete since Pinches was taken from us and I miss him and think about him everday.

I DECLARE, VERIFY AND STATE UNDER PENALTY OF PERJURY that the foregoing is true and correct.

DATED this __8th__ day of __August__ 2021.

_Z. Y. P._
Zvi Yosef Przewozman