Er UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAIM DOV PRZEWOZMAN, et al.,  )<br>                                                          )<br>        **Plaintiffs,**                           )<br>                                                          )    Civil Action No. 19-2601<br>    v.                                                 )<br>                                                          )<br>ISLAMIC REPUBLIC OF IRAN, et al.  )<br>                                                          )<br>        **Defendants.**                       )<br>                                                          ) | |

**NOTICE OF FILING REDACTED VERSIONS OF EXHIBITS I, J, K, L, M, N, O and P TO PLAINTIFFS' RENEWED MOTION FOR DEFAULT JUDGMENT WHICH WERE FILED UNDER SEAL**

PLEASE TAKE NOTICE that Plaintiffs are filing redacted, non-confidential versions of Exhibits I, J, K, L, M, N, O and P to their Motion for Default Judgment, originally filed on December 24, 2023.

        Respectfully submitted,

        /s/ David J. Dickens
        David J. Dickens, Esq.
        D.C. Bar No. 1003499
        The Miller Firm LLC
        108 Railroad Avenue
        Orange, VA 22960
        Tel: (540) 672-4224

        *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of January 2024, a true and correct copy of the foregoing Notice of Filing Redacted Versions of Exhibits I, J, K, L, M, N, O and P to Plaintiffs' Renewed Motion for Default Judgment was filed electronically with the Clerk of Court using the CM/ECF system which will send a notification of such filing on all counsel of record.

/s/ David J. Dickens
David J. Dickens