

# Compressed Transcript of the Testimony of
## CHAIM DOV PRZEWOZMAN, 8/30/21

**Case:** Przewozman, et al., v. Islamic Republic of Iran, et al.

Summit Court Reporting, Inc.
Phone: 215.985.2400
Fax: 215.985.2420
Email: depo@summitreporting.com
Internet: www.summitreporting.com

Page 1

```
        IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLUMBIA
CHAIM DOV                    :
PRZEWOZMAN, et al.,          :
                             :
      Plaintiffs,            :
                             :  CIVIL ACTION
   vs.                       :
                             :  No.: 1:12-cv-01496
ISLAMIC REPUBLIC OF          :
IRAN; THE IRANIAN            :
MINISTRY OF                  :
INFORMATION AND              :
SECURITY; and THE            :
ISLAMIC                      :
REVOLUTIONARY GUARD          :
CORPS,                       :
                             :
      Defendants.
                     - - -

     Remote videotaped video conference deposition
of CHAIM DOV PRZEWOZMAN, taken on Monday, August
30, 2021, beginning at approximately 1:28 p.m.,
before Donna M. Ray, Certified Court Reporter, and
Notary Public in and of the State of New Jersey.
                     - - -

          SUMMIT COURT REPORTING, INC.
       Certified Court Reporters & Videographers
          1500 Walnut Street, Suite 1610
          Philadelphia, Pennsylvania  19102
       424 Fleming Pike, Hammonton, New Jersey  08037
       (215) 985-2400 * (609) 567-3315 * (800) 447-8648
                 www.summitreporting.com
```

Page 2

```
 1   APPEARANCES:
 2
     THE ROTHENBERG LAW FIRM, LLP
 3   BY:  RANDI ROTHENBERG MARLIN, ESQUIRE
     17 Main Street
 4   Monsey, New York  10952
     (845) 790-1200
 5   Randi@injurylawyer.com
     -- Representing the Plaintiffs
 6
 7   THE ROTHENBERG LAW FIRM, LLP
     BY:  DANIEL BREEN, ESQUIRE
 8   1420 Walnut Street, 2nd Floor
     Philadelphia, Pennsylvania  19102
 9   (215) 732-7000
     dbreen@injurylawyer.com
10   -- Representing the Plaintiffs
11
12   ALSO PRESENT:
13   Ruchie Avital - Interpreter
     Daniel Hornung - Video Technician
```

Page 3

```
 1                  INDEX
 2   WITNESS                              PAGE
 3   CHAIM DOV PRZEWOZMAN
 4   EXAMINATION
 5     BY:  Ms. Marlin                      6
 6
 7                  EXHIBITS
 8   NUMBER       DESCRIPTION              PAGE
 9      (No Exhibits Marked.)
```

Page 4

```
 1        THE COURT REPORTER:  The attorneys
 2   participating in this deposition
 3   acknowledge that I am not physically
 4   present in the deposition room and that I
 5   will be reporting this deposition
 6   remotely.
 7        They further acknowledge that, in
 8   lieu of an oath administered in person,
 9   the witness will verbally declare his
10   testimony in this matter is under penalty
11   of perjury when the oath is administered
12   via video teleconference.
13        Counsel, if you could please state
14   your name and indicate your agreement on
15   the record.
16        MS. MARLIN:  Randi Rothenberg
17   Marlin, and I agree with that statement.
18                   - - -
19        RUCHIE AVITAL, The Interpreter,
20   after having been duly affirmed,
21   interpreted the testimony as follows:
22                   - - -
23        CHAIM DOV PRZEWOZMAN, after having
24   been duly affirmed, was examined and
25   testified as follows:
```

Page 5

1     - - -
2     MS. MARLIN: I'm Randi Rothenberg
3  Marlin, an attorney duly licensed in the
4  State of New York. I'm counsel to the
5  Rothenberg Law Firm.
6     Today is Monday, August 30, 2021.
7  We are doing a videotaped deposition of
8  Chaim Dov Przewozman. This is before the
9  court -- it is in the United States
10 District Court for the District of
11 Columbia under the following caption:
12 Chaim Dov Przewozman; The Estate of
13 Pinches Menachem Przewozman; Hadassah
14 Przewozman, individually and as parent and
15 natural guardian of Y.P., a minor and
16 P.P., a minor; Chaya Rachel Przewozman,
17 individually and as parent and natural
18 guardian of A.M.P., a minor and F.P., a
19 minor; Sara Przewozman Rozenbaum; Yafa
20 Przewozman Schechter; and Tzvi Yosef
21 Przewozman, Plaintiffs, against the
22 Islamic Republic of Iran; The Iranian
23 Ministry of Information and Security; and
24 The Islamic Revolutionary Guard Corps,
25 Defendants. I represent the plaintiffs.

Page 6

1     This is the video deposition of
2  Chaim Dov Przewozman. I will be asking
3  questions in English. The witness
4  understands English, but he will answer in
5  Hebrew. It will be interpreted by Ruchie
6  Avital.
7  BY MS. MARLIN:
8     Q. Please state your full name.
9     A. Chaim Dov Przewozman.
10    Q. What is your date of birth?
11    A.
12    Q. Where do you live?
13    A.
14    Q. Are you a citizen of the United States?
15    A. Yes.
16    Q. Are you married?
17    A. Yes.
18    Q. Who is your wife?
19    A. Chaya Rachel Przewozman. Maiden name
20 Friedman.
21    Q. What is your title? Are you a rabbi?
22    A. I'm the rabbi and a director of a kollel.
23    Q. What do you do for a living?
24    A. During the day I am the head or director
25 of a kollel. I prepare lessons. I give classes.

Page 7

1  I prepare tests and I'm in charge of the academic
2  side of the organization.
3     Q. Can you explain what a kollel is?
4     A. A kollel is a place where married men
5  acquire knowledge, internal learning in learning of
6  the Talmud and Jewish law and where they can
7  advance in the learning of the Talmud and Jewish
8  law.
9     Q. Back in 2019, besides running this kollel
10 program, what else -- what, if anything, else did
11 you do?
12    MS. MARLIN: I'm sorry. I think the
13 witness is going to answer in Hebrew.
14    THE WITNESS: I was involved in real
15 estate in providing consultation and
16 brokerage and short-term investments and
17 in identifying opportunities that
18 interested me in this area and provided me
19 with income.
20 BY MS. MARLIN:
21    Q. Do you still do that today?
22    A. No. After my son -- what happened to my
23 son, I just didn't have the mental energy anymore
24 or the interest or I wasn't -- and it just didn't
25 interest me anymore. I didn't feel like doing it

Page 8

1  anymore, and I -- all my activities were slowed
2  down in the kollel as well.
3     Q. In the kollel, you said you were -- you
4  were the director of different programs.
5     Did you ever write as well?
6     A. Yes. I used to write, basically,
7  textbooks for study. I would write them and
8  disseminate them and print them at least once a
9  year, sometimes more. It involved preparing the
10 academic material for publication and publishing
11 it. I just -- since what happened to my son, I
12 completely stopped.
13    Q. Just to clarify, some of the works you
14 wrote were published and used by the kollel?
15    A. Yes.
16    Q. Rabbi, you said you were married to Chaya
17 Rachel; is that right?
18    A. I am still married to her.
19    Q. Do you have any children?
20    A. Yes.
21    Q. Can you please name your children, and, if
22 you can, give their ages?
23    A. So my children are Sara, who is the
24 oldest. She is married to Rozenbaum. So her name
25 is Sara Rozenbaum, and she is 26. The second is

Page 9

 1  Pinches, who should be 24 today.  He was 21 and a
 2  half when he was killed.  The third is Yafa, now
 3  Schechter.  She is 22.  The fourth is Tzvi Yosef.
 4  He's 20.  The fifth is Avrohom Mordchy.  He's 17.
 5  And the sixth is Fruma.  She is 12.
 6      Q.  How old are you, Rabbi?
 7      A.  Forty-seven.
 8      Q.  And how old were you in May of 2019?
 9      A.  Forty-five.
10      Q.  I'm going to bring you back to Sunday, May
11  5, 2019.
12          Where were you in the late afternoon to
13  early evening?
14      A.  That day in the afternoon I was in the
15  synagogue where I pray.  We said the afternoon
16  prayers.  And I came home from the synagogue after
17  the afternoon prayers and I heard that there were
18  sirens and air raid alerts in Ashdod, and I was --
19  I kept up to date on what was happening.  And you
20  could actually hear the booms from quite far away.
21          And when I came home, I saw my wife
22  praying out of a psalm -- a book of psalms.  And
23  just unconnected to anything with us, she was
24  praying for the welfare of the Jewish people.  And
25  then she prepared dinner and we sat down to eat.

Page 10

 1  She served the meal.
 2          When we sat down to eat, my phone rang and
 3  it was a friend of mine on the line.  And he said
 4  something happened in Ashdod.  A rocket fell there
 5  and your son was near the place where the rocket
 6  fell and you really ought to come to Ashdod.
 7          At first it sounded like it was like he
 8  was in shock or just maybe slightly injured.  We
 9  didn't know what happened to him.  And then the
10  phone -- we started getting some more phone calls.
11  My brother-in-law, my wife's brother, called and we
12  started to understand that it was a bit more
13  complicated.  So we started to prepare to go to
14  Ashdod, and we thought we would order a taxi, but
15  then my brother-in-law who has a car said he'd
16  drive us there.  And then another brother-in-law
17  came and then a sister, and we started to realize
18  that we weren't going to hear good news.
19          So while we were driving everybody was
20  quiet.  And I started getting phone calls from my
21  brother, from my mother, but no one was willing to
22  say anything.  And I asked, what do you know?  What
23  happened to him?  And no one was willing to tell us
24  what happened.
25          So I tried to get some more information,

Page 11

 1  and I called a special dedicated phone line for
 2  news and they give news updates.  And they said
 3  that a rocket had fallen in Ashdod and that a
 4  married yeshiva student had been injured and that
 5  he had died.  And that's when I realized that it
 6  was my son, and we started to cry, my wife and I.
 7          So we arrived at Assuta Hospital and
 8  members of the staff were waiting for us outside
 9  along with the hospital rabbi, and we started
10  getting -- we kept getting calls with people
11  telling us that we should come as quickly as
12  possible to the hospital.  And then we entered the
13  hospital.
14      Q.  What did you see when you got -- rather,
15  who did you see when you got to the hospital?
16      A.  When we entered the hospital, I have to
17  say that my memory is a little blurred, and I don't
18  remember everything that happened.  I do remember
19  some things.  For example, friends of mine from
20  Ashdod and Beit Shemesh were waiting for us outside
21  the hospital because they had heard what had
22  happened.
23          So my wife also had her sister and her
24  brother there to support her and the rabbi of the
25  hospital came also to help us.  And I don't

Page 12

 1  recall -- he told us that our son was in a certain
 2  room.  And I don't recall exactly the order of how
 3  things happened, but he said we could go in and see
 4  him.  So we entered the room and my son was lying
 5  on a hospital gurney and he was inside a -- you
 6  know, this bag that ZAKA, this organization that
 7  handles the bodies of people who are killed in such
 8  cases, and they opened up the part where his head
 9  was so we could see his face.  And his face was
10  whole, very pale, but it affected me very strongly
11  to see that his body was whole and had not been --
12  they didn't let us see the rest of his body, but it
13  appeared that his body was whole.
14      Q.  Do you recall what you did next?  Do you
15  remember what happened next or what you did next
16  after you saw your son's body?
17      A.  I don't recall the exact order in which
18  things happened, but I realized that we had to
19  organize the funeral, and we had to decide where he
20  was going to be buried and where the ceremony was
21  going to be held.  And it was very difficult.  We
22  had to make the decisions very, very quickly.
23          I never thought I would have to deal with
24  such matters, but I realized that I have to make
25  the decisions and function at that moment and make

Page 13

1  the phone calls and organize the funeral so that it
2  would be done in the best way possible.
3      Q.  Where was your son buried?
4      A.  He was buried in the cemetery in
5  Jerusalem. I felt very strongly drawn to that
6  cemetery because my grandmother on my mother's side
7  is buried there and a lot of important rabbis from
8  previous generations, people that I admire very
9  much were buried there. And I asked the burial
10 society in Jerusalem if it were possible that he be
11 buried there and that he be buried in the plots set
12 aside for rabbis.
13     Q.  So you went from the hospital in Ashdod.
14         When did you travel from the hospital in
15 Ashdod to Jerusalem?
16     A.  So from the hospital my son was taken in
17 an ambulance from the hospital in Ashdod, and I was
18 with him together in the ambulance. We were on the
19 way to the funeral in Jerusalem. We decided that
20 the service would be held and the eulogies would be
21 held in the study hall of the GUR Hasidic Sect, and
22 it was very important to me that the rabbi of GUR
23 participate. And he also wanted to participate.
24 It's on Jeremiah Street in Jerusalem. And we held
25 the eulogies there. It was very late at night. It

Page 14

1  was 10:00 or 10:30 at night, and it was also during
2  -- the security situation was still going on. And
3  so we didn't want the service to take too long.
4         And on the way from the hospital to
5  Jerusalem we set up a meeting point with the
6  vehicle of the burial society, and my son's body
7  was moved from the ambulance to the van of the
8  burial society at this prearranged meeting place.
9  And from there we went to Jeremiah Street in
10 Jerusalem. There were many people waiting outside,
11 although it was late and the security situation,
12 and there we held the eulogies and from there we
13 went to the cemetery in Jerusalem.
14     Q.  So just to clarify, your son was buried
15 the same night -- the funeral was held the same
16 night that he was killed; is that right?
17     A.  Yes. The burial which followed the
18 ceremony and the funeral procession was already
19 after midnight. I would say about 12:40, close to
20 1:00 in the morning, when it was over.
21     Q.  The funeral started the -- Sunday, the
22 same day your son was killed, but it went into the
23 next day; is that right?
24     A.  Yes. That's correct.
25     Q.  What happened after the funeral and the

Page 15

1  burial? What did you do?
2      A.  So we had to decide where we were going to
3  sit Shiva. My son had lived in Ashdod, and we
4  wanted to sit Shiva together with Hadassah. It was
5  very important to us. It was also very important
6  to her that we sit together. The only question was
7  where. And because of what happened, she very much
8  needed her parent's support.
9         So we decided together that we would sit
10 Shiva in her parent's home in Ashdod. So we had to
11 get organized to get all our things over there so
12 that we could all sit Shiva together there in her
13 parent's home.
14     Q.  Can you explain what the Shiva period was
15 like, the mourning period rather?
16     A.  It was a very, very difficult time. We
17 sat from morning until night and all kinds of
18 different people came. People we knew and people
19 we didn't know. Officials. The president of the
20 country came. The US Ambassador, David Friedman,
21 came to visit us. All kinds of different people.
22 Doctors from the hospital who had treated my son,
23 politicians, religious leaders. Really all kinds
24 of different people.
25        And we really felt that people wanted to

Page 16

1  be with us and share our pain and offer us support.
2  And, of course, close friends and family came. And
3  I shared my feelings and I talked about my son and
4  we cried and we mourned, and it was -- it was
5  filled with pain. It was a difficult time.
6      Q.  How did you feel when you saw -- first saw
7  Hadassah after your son was killed and spending
8  time with her?
9      A.  It was very, very difficult. I -- I
10 realized that her life -- her life had been
11 destroyed, had been changed forever, and I tried to
12 speak to her warmly to encourage her and speak to
13 her from -- to understand her pain and communicate
14 with her. It was very difficult to see her in that
15 state, and, of course, to see my grandson, ▓▓▓▓▓
16 who became an orphan. And he's just about a year
17 old. I really tried to give her whatever I could
18 to offer her some kind of comfort.
19     Q.  How did your son's death affect you at the
20 time, your son's killing? I'm sorry. How did you
21 feel after your son died? How did it affect your
22 life after this mourning period?
23     A.  I never understood before what it would
24 mean to lose a son, and I don't understand how it's
25 possible to have such a terrible pain in the human

Page 17

1  heart. It's a completely different world of very,
2  very profound pain. It feels like a part of my
3  body is buried in the earth. I can't explain it
4  and I couldn't have understood it before it
5  happened to me.
6      I remember when I was a child there was a
7  woman whose son had died and every time somebody
8  spoke to her about something she would say did it
9  happen before he died or did it happen after, and
10 it always seemed very strange to me. I didn't
11 understand, but I understand now. My life has been
12 -- is now divided into two parts, before and after,
13 and after it's a completely different life. I
14 couldn't have understood before, and I don't think
15 anyone can understand unless they go through it.
16 And I hope no one else ever has to go through it.
17     Q. If you can, how would you describe
18 yourself before Pinches was killed? What kind of
19 person were you?
20     A. You know, I was just an ordinary person.
21 I know there are all kinds of people, but I was,
22 basically, a happy person. I liked to participate
23 in other people's joys and celebrations and I was
24 active. I was a self-starter. I was good natured.
25 I was usually in a good mood. I loved my kids very

Page 18

1  much. I liked to, you know, put effort into
2  raising them, and I loved my community. I liked to
3  give of myself to the community and be active, but
4  that's over.
5      Q. Have you found any ways or methods or
6  habits to help you cope with your son's death?
7      A. So I consulted with people who experienced
8  similar things, especially during the Shiva.
9  People came. People told me about what they had
10 gone through.
11     Q. I'm sorry. Where is the rabbi? Okay.
12     A. I wanted to hear about their experiences,
13 how they had dealt with this terrible thing, and I
14 tried to come up with some kind of method that
15 would help me, but I couldn't find anything. And I
16 actually had to force myself to get back into my
17 routine and do things.
18     I sought professional help, and I'm still
19 getting professional help. I had a series of
20 sessions with a professional, with a clinical
21 therapist, and for the first six months I was
22 completely out of the picture. I just didn't do
23 anything and I couldn't concentrate on anything. I
24 tried to go to the kollel for a few hours, but I
25 wasn't able to concentrate and learn when I was

Page 19

1  there or do anything.
2      Q. Besides consulting a therapist to help you
3  cope and to being in therapy, is there anything
4  else that you take or do that helps you cope?
5      A. It's still very difficult and there are
6  certain periods when I get especially upset, for
7  example, if I hear on the news that something
8  similar has happened to someone else. For example,
9  if I read in the newspaper that two children were
10 killed, that completely puts me out of action.
11     I take a medication Assival, which I have
12 a prescription for from the doctor. I take it two
13 or three times a week.
14         MS. MARLIN: Can you interpret what
15     Assival means or spell it.
16         THE INTERPRETER: A-S-S-I-V-A-L.
17         MS. MARLIN: Okay.
18         THE WITNESS: I take it two or three
19 times a week. Although in the beginning I
20 took it much more.
21     I'm still trying. And I've heard
22 from people -- some people say that over
23 time the pain fades somewhat. I really
24 hope that's true, but at this point all I
25 can say is that the pain has become an

Page 20

1  integral part of me, of my personality.
2      I feel things differently today. I
3  -- I'm less able to feel emotion. I'm
4  less able to feel joy, to feel love. I
5  just -- I can't -- I can't find myself in
6  these emotions anymore of joy and things
7  like that.
8  BY MS. MARLIN:
9      Q. What type of medication is Assival?
10     A. A kind of sedative. It also helps me
11 sleep and it calms me down a bit. I think it's
12 called Valium in English.
13     Q. Besides the therapy and the medication
14 you've described, are there any other habits that
15 you've -- good or bad that you've taken on since
16 your son's death?
17     A. There are certain things that are related.
18 For example, I never smoked before and now I try to
19 calm myself down from time to time with a
20 cigarette. There are things that I loved doing
21 before but that I don't find any satisfaction in
22 now. For example, as I mentioned earlier, I used
23 to write those books for the students and I gained
24 a great deal of satisfaction and fulfillment from
25 that. I felt that I was realizing my potential by

Page 21

1  doing that, but I'm unable to do that anymore.
2        Now I write -- I write different things.
3  I write things that are more personal, more having
4  to do with how I'm feeling.  I've written a few
5  articles that were published in the newspaper.  I
6  also sent things to my friends.  I really -- I
7  really try -- I'm trying to go back to the type of
8  writing that I did before that gave me so much
9  satisfaction, but for the time being I'm channeling
10 the writing to more -- post personal and emotional
11 texts.
12     Q.  What was your relationship like with
13 Pinches growing up and then right before his death?
14     A.  So when Pinches was born -- he's my oldest
15 son.  There is a daughter before, but he's my
16 oldest son.  He was born 24 years ago in Bikur
17 Cholim Hospital in Jerusalem.  And I felt such
18 tremendous joy when he was born when I was told
19 that he was a boy.  I'd never before felt anything
20 quite like it.  My heart was overflowing with joy
21 at that moment, and I felt so -- such love for him.
22        And I put a great deal of effort and joy
23 into his education.  I -- we wanted always to give
24 him the very, very best, and during the Shiva the
25 teachers from the school he had gone to when he was

Page 22

1  a boy told me that they remember how we practically
2  laid down on the road in front of the school so
3  that he would have the very best of everything and
4  that he would develop as much as possible.  We
5  loved him very, very much.  We had a wonderful
6  relationship with him.
7        And I can say that during the period
8  before he was killed, in the years before during
9  the time that he wanted to get married and when
10 there was the wedding and afterwards -- I don't
11 know if you can quite understand what I'm talking
12 about, but when he was looking for his match, we
13 helped him.  And he -- he completely trusted us and
14 relied on our opinion.  He told us I want to know
15 what you think.  I want -- it was very, very
16 important for him to hear what I and his mother had
17 to say, what our opinion was, and there was a lot
18 of mutual trust, a mutual love between us.  He was
19 very devoted to us and we were very, very close.
20 We helped him as much as we could, and we did it
21 with all our heart.
22     Q.  When was the last time you saw Pinches
23 before he was killed?
24     A.  So the last time -- the last time I saw
25 him was on Shabbat.  Just two weeks before what

Page 23

1  happened to him happened was Passover and he would
2  always come and spend part of the holiday, which is
3  seven days long, with us.  And he would come for
4  two or three days.  And every year he would always
5  come to help prepare.  He loved to help and he
6  would come for a whole day or two days before the
7  holiday even after he was married to help with the
8  cooking.  He would stand in the kitchen and cook
9  for as long as it took to make sure that all the
10 food was prepared for the holiday.
11       And then, of course, during the holiday
12 itself he came with his wife, Hadassah, and their
13 son, ▓▓▓▓▓ and that was the last time my wife saw
14 him.  But I saw him the Shabbat after Passover.  I
15 was visiting my mother in Ashdod.  My mother lives
16 in Ashdod.  I didn't mention earlier that while we
17 was sitting Shiva, I didn't go back home to Beit
18 Shemesh to sleep.  I spent the night with -- I
19 stayed over at my mother's place in Ashdod, and
20 she, of course, was part of the Shiva and sat with
21 us during the Shiva.
22       And on the Shabbat after Passover we were
23 in Ashdod, and we -- we -- I walked to -- we were
24 staying with my mother, my wife and I.  And I
25 walked to the synagogue where my son prayed, and he

Page 24

1  came towards me to meet me part of the way.  And
2  they had recently moved into their new apartment,
3  which we, of course, helped them to buy.  And I'll
4  maybe talk about that later.  And I saw him on that
5  Shabbat in the synagogue and I met his friends.
6  And they were very excited to meet Pinches' father,
7  and they told me how much they loved him and how
8  much -- and what a good friend he was and how
9  strongly connected he was to all of them.  And I
10 was filled with such joy and pleasure to hear and I
11 was so proud of him to hear about the -- about
12 everything that was going on in his life and that
13 he was actually realizing everything -- all our
14 aspirations for him.  He was at such a wonderful
15 time in his life.  He was at the height of his
16 blossoming.  And that was the last time I saw him.
17 It was on that Friday night on that Shabbat.
18     Q.  Just to clarify, is it -- the interpreter
19 just said Friday night.
20       Was it Friday night of -- your son was
21 killed on Sunday, May 5th.  This was the Saturday
22 or the Friday night before?  When was it?
23         MS. MARLIN:  I'm sorry for
24     interrupting.  Ruchie, could you interpret
25     a little more simultaneously.

Case 1:19-cv-02601-RDM   Document 51-1   Filed 01/15/24   Page 8 of 18

Przewozman, et al., v. Islamic Republic of Iran, et al.                    CHAIM DOV PRZEWOZMAN, 8/30/21

Page 25

1  THE INTERPRETER: Yes.
2  THE WITNESS: So he was killed on
3  Sunday and the rocket fire started on
4  Saturday. And I was -- we were staying at
5  my mother's place for Shabbat which starts
6  on Friday night. And I went to see him on
7  Friday night before the rocket fire
8  started and before the sirens and alarms
9  and so on started.
10  And at that time I didn't understand
11  what it meant, that there were sirens and
12  there was rocket fire. I never realized
13  how terrifying it was. Of course, I
14  learned the hard way afterwards what it
15  meant. And the plan was at the next day
16  on Saturday night my wife and I would go
17  to visit them in their new apartment,
18  which they had moved into just a few weeks
19  before Passover in neighborhood three in
20  Ashdod, but after the rocket fire started,
21  we, of course, cancelled that plan. We
22  were very excited to see them in their new
23  home, which we'd helped them with, but
24  that whole plan didn't take place.
25  BY MS. MARLIN:

Page 26

1  Q. When did you last speak -- after you saw
2  Pinches Friday night, when did you next speak to
3  him?
4  A. So on Saturday night we spoke on the
5  phone, and we told him that we couldn't come, that
6  the plans would have to be cancelled. And I think
7  he called me also on -- while we were driving home
8  on the way home because the -- there were other
9  alarms going on, and we were still driving in an
10  area where there were -- which was still in the
11  range of the rocket fire.
12  So he called to make sure we were okay.
13  In Beit Shemesh there were no rockets, but he just
14  wanted to make sure we were out of the range of the
15  rocket fire. So we spoke on the phone on the way
16  home. I don't remember if we spoke on Sunday as
17  well.
18  Q. You said you and your wife helped your son
19  with his apartment.
20  What did you mean?
21  A. So it's quite a difficult task to buy an
22  apartment. It's very, very expensive and it was
23  very important for us that he owned -- that they
24  owned their own apartment. And we did whatever we
25  could to help them buy an apartment, although it

Page 27

1  involves a great deal of money. And we put down, I
2  think, 260,000 shekels, and after that more, and
3  her parents, Hadassah's parents, also pitched in
4  and together we helped them buy an apartment.
5  And I recall now that some time before
6  Passover they suddenly got a notice that they had
7  to make a very large payment to the municipality.
8  It was something that was completely unexpected.
9  We didn't know it was going to happen. I think it
10  was 23,000 plus change shekels. Some kind of tax.
11  MS. MARLIN: I'm sorry. Ruchie, I'm
12  going to stop you there. Ask him if it's
13  23,000 or 34,000. I just heard a
14  different number.
15  THE INTERPRETER: He said both. And
16  he said 23. He corrected himself
17  afterwards. Okay.
18  THE WITNESS: It was 34,000 -- no.
19  Now that I remember, it was 23,000, and it
20  was some kind of tax they had to pay to
21  the city. And it was
22  completely unexpected and it was very
23  difficult to come up with the money, but I
24  told him don't worry. I will pay it for
25  you.

Page 28

1  And we also helped him get loans and
2  a mortgage for the house, and I even paid
3  his mortgage in the beginning because I
4  wanted him to have the best advantage in
5  starting out in life so that he could
6  continue his studies uninterrupted. He
7  was very advanced in his studies. He was
8  doing very, very well. He was studying to
9  be a rabbinical judge, and I wanted to
10  give him a very strong foundation so that
11  he could be as successful as possible in
12  life and -- even if I have to pay a lot of
13  money to do that.
14  BY MS. MARLIN:
15  Q. You said earlier that you didn't know what
16  sirens were until that -- that weekend in Ashdod.
17  You said you learned the hard way what sirens are.
18  Can you explain what you meant by that and
19  how you feel about sirens now?
20  A. You know, everyone knows that when you
21  hear an air raid siren that you have to go to a
22  safe place, and I knew that, of course, before just
23  like everybody else. And I did the same as
24  everybody -- as everybody else did, but I wasn't
25  aware of that terrible fear. And I wasn't fully

Page 29

1  cognizant of the fact that it can cost people's
2  lives. And now when I hear about a siren, I
3  just -- my heart. I can feel it palpitating. I
4  just panic. I'm -- I'm filled with anxiety and
5  with fear. It's completely different from before.
6      You know, like, for example, yesterday I
7  was driving somewhere. I was going somewhere in
8  the car and I was on a phone call and it was a long
9  phone call. And when I hung up, I suddenly saw on
10 the screen that I had five unanswered calls, and
11 one of the calls was from that same friend who had
12 called me the night my son was killed to tell me
13 the news. And I just felt my heart bursting out of
14 my chest. I just start worrying like this can
15 happen to one of my kids or somebody in my family.
16 And any time there is a sense of uncertainty, I
17 immediately associate it with those terrible
18 moments when I heard that news that night when my
19 life was turned completely upside down.
20     And even a phone call or hearing about an
21 air raid siren, I immediately think about my kids.
22 Are they all okay? And I think this is probably
23 something that will be part of my life for the rest
24 of my life. I hope that I'll manage to deal with
25 it and it will improve.

Page 30

1      Q.  How did Pinches' killing affect your wife?
2          MS. MARLIN:  And again -- I'm sorry.
3  Ruchie, can you interpret more
4  simultaneously. I know it's hard to, but
5  just a little more.
6          THE INTERPRETER:  I can't do it
7  simultaneously because then you won't hear
8  him. I won't hear him.
9          MS. MARLIN:  I'm sorry. Not
10 simultaneously, but just more frequently.
11         THE INTERPRETER:  I can't interrupt
12 him when he's in the middle of an
13 emotional --
14         MS. MARLIN:  Okay. I feel like
15 we're missing a little bit. Okay.
16         THE INTERPRETER:  I have it all
17 down.
18         THE WITNESS:  My wife's life has
19 also changed I think more than my life
20 even. She took it very, very badly. She
21 took it very, very badly and everything
22 that is connected to her relationship with
23 the kids, with me, with warmth, with
24 emotion. She used to be very, very agile.
25 Very, very quick on her feet. She would

Page 31

1  get a lot of things done in a very short
2  time. And she was very much -- everything
3  was in control.
4      It's very different now. I spoke
5  about, you know, in the home and her
6  relationship with me and with the
7  children, but there are other areas as
8  well. For example, her relationships with
9  her friends. You know, maybe when she
10 testifies here she won't want me to say
11 things that are very personal or maybe she
12 will want to say it for herself, but I can
13 say that she is very, very much damaged
14 emotionally by -- by our son's death.
15 BY MS. MARLIN:
16     Q.  When you say "damaged," what do you mean
17 by -- how can -- what do you mean by it damaged her
18 relationship with your children?
19     A.  I don't want to say that she -- you know,
20 that she loves the children less. Of course, every
21 mother and grandmother loves her children and
22 grandchildren, but she gets less emotional when
23 they come. She is less able to show warmth. There
24 is something that is extinguished. The light has
25 gone out in her eyes in her feelings.

Page 32

1      It's harder for her to express how she
2  feels, and I don't want to expand on this more. I
3  think it's not my role to talk about her. I think
4  she can talk about herself.
5      Q.  If you know -- again, Rabbi, sometimes
6  people see things -- you can see things in others
7  that they don't necessarily see in themselves. So
8  I was wondering -- and she's not going to hear
9  this. I'm not asking you to say anything against
10 your wife. Just perhaps you may see things in how
11 she copes that she herself doesn't see.
12     A.  I think I explained it very clearly. I
13 explained things have changed. Her life has
14 completely changed. She used to be a very happy
15 person. She used to be very emotional, very
16 loving, very warm and supportive with the children
17 and the grandchildren, and now it's different.
18     She doesn't have the patience that she had
19 before, and the same is true with me and also in
20 our marital life. Everything that has to do with
21 normal emotional life is just different. It
22 functions differently. It's like the light has
23 gone out, and that's the situation now.
24     Q.  Thank you. If you know and you can
25 describe, how has Pinches' death affected each of

Page 33

1  your children starting with Sara?
2        MS. MARLIN: I'm sorry. Ruchie, can
3  you please --
4        THE WITNESS: I can only tell you
5  what I see, and I'm sure I don't see
6  everything, and that's also true because
7  I'm less functional than I was before.
8  I'm less aware of what is happening than
9  before.
10       So Sara -- she is a very, very
11 emotional person. She takes things very
12 much to heart, and I would say that she
13 has a wound. I can't put my finger on a
14 specific thing that has been damaged, but
15 I know that there's a lot that is going on
16 there. And I can see with all of them,
17 they all carry this pain, this loss of a
18 brother.
19       I know they're all affected. The
20 way they function in their lives has been
21 affected. They look at life differently.
22 They -- they just look at all the
23 proportions in life differently. They
24 have a different perspective on life.
25 When you lose someone so important to you

Page 34

1  in a moment, you just don't think other
2  things are important anymore, and that --
3  that's not good. It gets in the way of
4  your normal -- normal life, and that's
5  true for all the children. It's true for
6  Sara and for Yafa and the others.
7  BY MS. MARLIN:
8     Q.   If you know -- I'm going to go through
9  each one of your children if I can continue.
10       If you know, how did Pinches' death -- I
11 know you spoke generally, and, of course, it
12 affects each of your children, but how did Pinches'
13 death affect Yafa in particular, if you know?
14    A.   So with Yafa, she was in the middle of
15 studying graphics, if I'm not mistaken, and she
16 was -- she lost that. She was unable to continue
17 and she got another job that's less fulfilling and
18 less interesting. And she just found that she was
19 unable to make the demands of herself to complete
20 her studies.
21       And also, in general, emotionally to lose
22 a brother is a very, very difficult and significant
23 thing, and I'm sure with her also it causes an
24 emotional barrier.
25    Q.   How about Tzvi? If you know, how did

Page 35

1  Pinches' killing effect Tzvi?
2     A.   So with Tzvi, he's the next boy after
3  Pinches, and he was his role model. He was -- he
4  was his support. And I recall that after Pinches
5  was killed, Tzvi wrote an article a few pages long
6  about how -- about his feelings. And it was just
7  so filled with pain and emotion. And then I
8  realized just how difficult it must be for him. I
9  think the article was published a few weeks later
10 after Pinches was killed, and, you know, it's very
11 difficult to put your finger on where each of the
12 children is effected, but for all of them it takes
13 a lot of their emotional strength to deal with it.
14       And, you know, of course, with a brother
15 that you're so close to, that's, of course, to be
16 expected, and especially with a brother who's so --
17 you know, an older brother who is so beloved and so
18 supportive, and that he admired. I know it's very,
19 very difficult for him.
20    Q.   How about for your youngest son
21 ▇▇▇▇▇▇▇▇▇? How did Pinches's killing affect him, if
22 you know?
23    A.   Okay. ▇▇▇▇▇▇▇▇▇▇▇▇▇ was quite young
24 when Pinches was killed. He was a young teenager
25 just starting his teen years, and I recall that

Page 36

1  during the entire Shiva he was constantly comparing
2  himself to the stories he heard about Pinches to
3  see if he was like Pinches. And he changed
4  afterwards. And I think I could say that he is
5  kind of imitating Pinches. He wants to be like, as
6  much as possible, to resemble his brother, and this
7  is a very, very sensitive age. It's when a child's
8  personality is formed. So an event of this kind of
9  losing a brother, that can have a long term effect
10 on his personality.
11       And when I think now about Tzvi Yosef and
12 ▇▇▇▇▇▇▇▇▇▇▇▇▇, you know, before what happened to
13 Pinches I was very much -- you know, as far as
14 their education was concerned, I was very much on
15 the top of things. I was constantly in contact
16 with their teachers and the principal and always
17 offering to help and to find out -- you know, just
18 as I did with Pinches. And after what happened to
19 Pinches, I find it very, very difficult to do that,
20 and it's difficult for me to continue on in the
21 same way that I did before to put the same kind of
22 effort and investment as I did earlier. And I --
23 and I know, I understand, that this is coming at
24 the expense of their development, and I'm trying,
25 but it's really hard for me to be the same way as I

Case 1:19-cv-02601-RDM   Document 51-1   Filed 01/15/24   Page 11 of 18

Przewozman, et al., v. Islamic Republic of Iran, et al.                CHAIM DOV PRZEWOZMAN, 8/30/21

Page 37

1  was before.  You know, when a person puts a lot of
2  effort into something and just when he thinks it's
3  going to, you know, show results and come to
4  fruition and, boom, it all blows up in his face,
5  it's difficult to put that same effort again into
6  something else.  I can't tell you exactly why that
7  is, but it is that way.  And I understand that it
8  has affected my ability to be the kind of devoted
9  father that I was before, and it hurts me.  And
10 it's very difficult for me to be that kind of
11 father again.
12     Q.  You just said you're not a devoted father.
13 How do you think your parenting as a
14 result of Pinches' killing affected your youngest
15 daughter Fruma?
16     A.  She was quite young.  She was only ten
17 when it happened, and I remember thinking as soon
18 as we heard that something had happened in
19 Ashdod -- I didn't yet know that Pinches had been
20 killed, but I knew that something serious had
21 happened.  And the first thought that came into my
22 mind was how is [redacted] going to deal with this
23 because she is a very sensitive girl and she was
24 very young at the time.
25     And it was very difficult to see -- to see

Page 38

1  her suffering.  It's very difficult for her.  She
2  doesn't want to visit in Ashdod.  And when we go
3  there to visit my mother, she is afraid to go out
4  into the street.  She won't go out alone at all.
5  And I think the whole -- she has a lot of fears --
6  other fears as well.  And I think -- you know,
7  although I can't, you know, make the direct
8  connection, it's pretty clear to me that this is a
9  result of what happened with Pinches.
10     And also the matter of what I said earlier
11 of my not putting in the same effort into keeping
12 up with their education as I used to before.  I'm
13 sure -- I try.  I try as best as I can to be a good
14 father, and I know that they all see the difference
15 from what the situation was before Pinches died.
16 You know, it's Tzvi Yosef and [redacted] and
17 Fruma, and it affects them.
18     Q.  You said -- just a little earlier when you
19 were talking about your youngest son [redacted]
20 [redacted], you said that he's trying to take on
21 Pinches Menachem's personality.
22     To the extent you know, did Avrohom
23 Mordchy's personality change at all after Pinches'
24 death?
25     A.  Yes.  I see changes in his personality and

Page 39

1  his behavior, and he's also kind of adopted things
2  that Pinches did.  For example, you know, Pinches
3  liked to put a lot of effort into things.  So he
4  also does that.
5     And I can give you another example.  There
6  was a certain salad that Pinches loved very much
7  and he always used to make when he came on Shabbat,
8  and now [redacted] makes that salad for
9  Shabbat.  I see things in his personality.  I see
10 that he is trying to imitate Pinches and be as much
11 as possible like him.
12     Q.  As you sit here today on Monday, August
13 30th, 2021, do you still feel the effects of
14 Pinches Menachem's death on you?
15     A.  Absolutely.  Of course.  I can give you an
16 example.  Just this morning I had difficulty
17 getting out of the house on time to get to the
18 kollel.  Perhaps it was because I knew we were
19 going to have this discussion today.
20     Or even yesterday I heard about somebody
21 that died and that upset me also.  You know, it's
22 difficult to say what exactly causes what, but I
23 can tell you that every single day it affects me.
24 I'm much less functional than I was in the past and
25 I'm much less happy than I was in the past, and I

Page 40

1  can only hope that one day my life will go back
2  somehow to be what it was before.
3     MS. MARLIN:  Thank you very much,
4  Rabbi.
5          - - -
6     (Whereupon, the proceedings
7  concluded at approximately 3:09 p.m.)
8          - - -

Case 1:19-cv-02601-RDM    Document 51-1    Filed 01/15/24    Page 12 of 18

Przewozman, et al., v. Islamic Republic of Iran, et al.                CHAIM DOV PRZEWOZMAN, 8/30/21

```
                                     Page 41
 1              CERTIFICATE
 2      I, Donna M. Ray, a Certified Court Reporter,
 3  hereby certify that the testimony and the
 4  proceedings in the foregoing matter taken on the
 5  date hereinbefore stated are contained fully and
 6  accurately in the stenographic notes taken by me
 7  and constitutes a true and correct transcript of
 8  the same.
 9
10
11         _____
12         DONNA M. RAY,
13         Certified Court Reporter, and
14         Notary Public for the State of
15         New Jersey.
16
17     (The foregoing certification of this
18  transcript does not apply to any reproduction of
19  the same by any means unless under the direct
20  control and/or direction of the certifying
21  shorthand reporter.)
22
23
24
25
```

11 (Page 41)

## A

A-S-S-I-V-A-L 19:16
A.M.P 5:18
ability 37:8
able 18:25 20:3,4 31:23
Absolutely 39:15
academic 7:1 8:10
accurately 41:6
acknowledge 4:3,7
acquire 7:5
action 1:5 19:10
active 17:24 18:3
activities 8:1
administered 4:8 4:11
admire 13:8
admired 35:18
adopted 39:1
advance 7:7
advanced 28:7
advantage 28:4
affect 16:19,21 30:1 34:13 35:21
affirmed 4:20,24
afraid 38:3
afternoon 9:12,14 9:15,17
age 36:7
ages 8:22
agile 30:24
ago 21:16
agree 4:17
agreement 4:14
air 9:18 28:21 29:21
al 1:3
alarms 25:8 26:9
alerts 9:18
Ambassador 15:20
ambulance 13:17 13:18 14:7
and/or 41:20
answer 6:4 7:13
anxiety 29:4
anymore 7:23,25 8:1 20:6 21:1 34:2
apartment 24:2 25:17 26:19,22,24 26:25 27:4
APPEARANCES 2:1
appeared 12:13
apply 41:18
approximately 1:16 40:7
area 7:18 26:10
areas 31:7
arrived 11:7
article 35:5,9
articles 21:5
Ashdod 9:18 10:4,6 10:14 11:3,20 13:13,15,17 15:3 15:10 23:15,16,19 23:23 25:20 28:16 37:19 38:2
aside 13:12
asked 10:22 13:9
asking 6:2 32:9
aspirations 24:14
Assival 19:11,15 20:9
associate 29:17
Assuta 11:7
attorney 5:3
attorneys 4:1
August 1:15 5:6 39:12
Avital 2:13 4:19 6:6 ▓▓▓▓ 9:4 35:20 35:23 36:12 38:16 38:19,22 39:8
aware 28:25 33:8

## B

back 7:9 9:10 18:16 21:7 23:17 40:1
bad 20:15
badly 30:20,21
bag 12:6
barrier 34:24
basically 8:6 17:22
beginning 1:16 19:19 28:3
behavior 39:1
Beit 6:13 11:20 23:17 26:13
beloved 35:17
best 13:2 21:24 22:3 28:4 38:13
Bikur 21:16
birth 6:10
bit 10:12 20:11 30:15
blossoming 24:16
blows 37:4
blurred 11:17
bodies 12:7
body 12:11,12,13 12:16 14:6 17:3
book 9:22
books 20:23
boom 37:4
booms 9:20
born 21:14,16,18
boy 21:19 22:1 35:2
BREEN 2:7
bring 9:10
brokerage 7:16
brother 10:11,21 11:24 33:18 34:22 35:14,16,17 36:6 36:9
brother-in-law 10:11,15,16
burial 13:9 14:6,8 14:17 15:1
buried 12:20 13:3,4 13:7,9,11,11 14:14 17:3
bursting 29:13
buy 24:3 26:21,25 27:4

## C

call 29:8,9,20
called 10:11 11:1 20:12 26:7,12 29:12
calls 10:10,20 11:10 13:1 29:10 29:11
calm 20:19
calms 20:11
cancelled 25:21 26:6
caption 5:11
car 10:15 29:8
carry 33:17
cases 12:8
causes 34:23 39:22
celebrations 17:23
cemetery 13:4,6 14:13
ceremony 12:20 14:18
certain 12:1 19:6 20:17 39:6
CERTIFICATE 41:1
certification 41:17
Certified 1:17,21 41:2,13
certify 41:3
certifying 41:20
Chaim 1:3,15 3:3 4:23 5:8,12 6:2,9
change 27:10 38:23
changed 16:11 30:19 32:13,14 36:3
changes 38:25
channeling 21:9
charge 7:1
Chaya 5:16 6:19 8:16
chest 29:14
child 17:6
child's 36:7
children 8:19,21,23 19:9 31:7,18,20 31:21 32:16 33:1 34:5,9,12 35:12
Cholim 21:17
cigarette 20:20
citizen 6:14
city 27:21
CIVIL 1:5
clarify 8:13 14:14 24:18
classes 6:25
clear 38:8
clearly 32:12
clinical 18:20
close 14:19 16:2 22:19 35:15
cognizant 29:1
Columbia 1:2 5:11
come 10:6 11:11 18:14 23:2,3,5,6 26:5 27:23 31:23 37:3
comfort 16:18
coming 36:23
communicate 16:13
community 18:2,3
comparing 36:1
complete 34:19
completely 8:12 17:1,13 18:22 19:10 22:13 27:8 27:22 29:5,19 32:14
complicated 10:13
concentrate 18:23 18:25
concerned 36:14
concluded 40:7
conference 1:14
connected 24:9 30:22
connection 38:8
constantly 36:1,15
constitutes 41:7
consultation 7:15
consulted 18:7
consulting 19:2
contact 36:15
contained 41:5
continue 28:6 34:9 34:16 36:20
control 31:3 41:20
cook 23:8
cooking 23:8
cope 18:6 19:3,4
copes 32:11
Corps 1:10 5:24
correct 14:24 41:7
corrected 27:16
cost 29:1
counsel 4:13 5:4
country 15:20
course 16:2,15 23:11,20 24:3 25:13,21 28:22 31:20 34:11 35:14 35:15 39:15
court 1:1,17,21,21 4:1 5:9,10 41:2,13
cried 16:4
cry 11:6

## D

damaged 31:13,16 31:17 33:14
Daniel 2:7,13
date 6:10 9:19 41:5
daughter 21:15 37:15
David 15:20
day 6:24 9:14 14:22 14:23 23:6 25:15 39:23 40:1
days 23:3,4,6
dbreen@injuryla... 2:9
deal 12:23 20:24 21:22 27:1 29:24 35:13 37:22
dealt 18:13
death 16:19 18:6 20:16 21:13 31:14 32:25 34:10,13 38:24 39:14
decide 12:19 15:2
decided 13:19 15:9
decisions 12:22,25
declare 4:9
dedicated 11:1

Page 42

**Defendants** 1:11
  5:25
**demands** 34:19
**deposition** 1:14 4:2
  4:4,5 5:7 6:1
**describe** 17:17
  32:25
**described** 20:14
**DESCRIPTION** 3:8
**destroyed** 16:11
**develop** 22:4
**development** 36:24
**devoted** 22:19 37:8
  37:12
**died** 11:5 16:21
  17:7,9 38:15
  39:21
**difference** 38:14
**different** 8:4 15:18
  15:21,24 17:1,13
  21:2 27:14 29:5
  31:4 32:17,21
  33:24
**differently** 20:2
  32:22 33:21,23
**difficult** 12:21
  15:16 16:5,9,14
  19:5 26:21 27:23
  34:22 35:8,11,19
  36:19,20 37:5,10
  37:25 38:1 39:22
**difficulty** 39:16
**dinner** 9:25
**direct** 38:7 41:19
**direction** 41:20
**director** 6:22,24 8:4
**discussion** 39:19
**disseminate** 8:8
**District** 1:1,2 5:10
  5:10
**divided** 17:12
**doctor** 19:12
**Doctors** 15:22
**doing** 5:7 7:25
  20:20 21:1 28:8
**Donna** 1:17 41:2,12
**Dov** 1:3,15 3:3 4:23
  5:8,12 6:2,9
**drawn** 13:5
**drive** 10:16
**driving** 10:19 26:7
  26:9 29:7
**duly** 4:20,24 5:3

         **E**
**earlier** 20:22 23:16

28:15 36:22 38:10
  38:18
**early** 9:13
**earth** 17:3
**eat** 9:25 10:2
**education** 21:23
  36:14 38:12
**effect** 35:1 36:9
**effected** 35:12
**effects** 39:13
**effort** 18:1 21:22
  36:22 37:2,5
  38:11 39:3
**emotion** 20:3 30:24
  35:7
**emotional** 21:10
  30:13 31:22 32:15
  32:21 33:11 34:24
  35:13
**emotionally** 31:14
  34:21
**emotions** 20:6
**encourage** 16:12
**energy** 7:23
**English** 6:3,4 20:12
**entered** 11:12,16
  12:4
**entire** 36:1
**especially** 18:8
  19:6 35:16
**ESQUIRE** 2:3,7
**estate** 5:12 7:15
**et** 1:3
**eulogies** 13:20,25
  14:12
**evening** 9:13
**event** 36:8
**everybody** 10:19
  28:23,24,24
**exact** 12:17
**exactly** 12:2 37:6
  39:22
**EXAMINATION** 3:4
**examined** 4:24
**example** 11:19 19:7
  19:8 20:18,22
  29:6 31:8 39:2,5
  39:16
**excited** 24:6 25:22
**Exhibits** 3:7,9
**expand** 32:2
**expected** 35:16
**expense** 36:24
**expensive** 26:22
**experienced** 18:7
**experiences** 18:12

**explain** 7:3 15:14
  17:3 28:18
**explained** 32:12,13
**express** 32:1
**extent** 38:22
**extinguished** 31:24
**eyes** 31:25

         **F**
**F.P** 5:18
**face** 12:9,9 37:4
**fact** 29:1
**fades** 19:23
**fallen** 11:3
**family** 16:2 29:15
**far** 9:20 36:13
**father** 24:6 37:9,11
  37:12 38:14
**fear** 28:25 29:5
**fears** 38:5,6
**feel** 7:25 16:6,21
  20:2,3,4,4 28:19
  29:3 30:14 39:13
**feeling** 21:4
**feelings** 16:3 31:25
  35:6
**feels** 17:2 32:2
**feet** 30:25
**fell** 10:4,6
**felt** 13:5 15:25
  20:25 21:17,19,21
  29:13
**fifth** 9:4
**filled** 16:5 24:10
  29:4 35:7
**find** 18:15 20:5,21
  36:17,19
**finger** 33:13 35:11
**fire** 25:3,7,12,20
  26:11,15
**Firm** 2:2,7 5:5
**first** 10:7 16:6 18:21
  37:21
**five** 29:10
**Fleming** 1:23
**Floor** 2:8
**followed** 14:17
**following** 5:11
**follows** 4:21,25
**food** 23:10
**force** 18:16
**foregoing** 41:4,17
**forever** 16:11
**formed** 36:8
**Forty-five** 9:9
**Forty-seven** 9:7

**found** 18:5 34:18
**foundation** 28:10
**fourth** 9:3
**frequently** 30:10
**Friday** 24:17,19,20
  24:22 25:6,7 26:2
**Friedman** 6:20
  15:20
**friend** 10:3 24:8
  29:11
**friends** 11:19 16:2
  21:6 24:5 31:9
**front** 22:2
**fruition** 37:4
■■■■■■ 9:5 37:15,22
  38:17
**fulfilling** 34:17
**fulfillment** 20:24
**full** 6:8
**fully** 28:25 41:5
**function** 12:25
  33:20
**functional** 33:7
  39:24
**functions** 32:22
**funeral** 12:19 13:1
  13:19 14:15,18,21
  14:25
**further** 4:7

         **G**
**gained** 20:23
**general** 34:21
**generally** 34:11
**generations** 13:8
**getting** 10:10,20
  11:10,10 18:19
  39:17
**girl** 37:23
**give** 6:25 8:22 11:2
  16:17 18:3 21:23
  28:10 39:5,15
**go** 10:13 12:3 17:15
  17:16 18:24 21:7
  23:17 25:16 28:21
  34:8 38:2,3,4 40:1
**going** 7:13 9:10
  10:18 12:20,21
  14:2 15:2 24:12
  26:9 27:9,12 29:7
  32:8 33:15 34:8
  37:3,22 39:19
**good** 10:18 17:24
  17:25 20:15 24:8
  34:3 38:13
**grandchildren**

31:22 32:17
**grandmother** 13:6
  31:21
**grandson** 16:15
**graphics** 34:15
**great** 20:24 21:22
  27:1
**growing** 21:13
**Guard** 1:9 5:24
**guardian** 5:15,18
**GUR** 13:21,22
**gurney** 12:5

         **H**
**habits** 18:6 20:14
**Hadassah** 5:13
  15:4 16:7 23:12
**Hadassah's** 27:3
**half** 9:2
**hall** 13:21
**Hammonton** 1:23
**handles** 12:7
**happen** 17:9,9 27:9
  29:15
**happened** 7:22
  8:11 10:4,9,23,24
  11:18,22 12:3,15
  12:18 14:25 15:7
  17:5 19:8 23:1,1
  36:12,18 37:17,18
  37:21 38:9
**happening** 9:19
  33:8
**happy** 17:22 32:14
  39:25
**hard** 25:14 28:17
  30:4 36:25
**harder** 32:1
**Hasidic** 13:21
**head** 6:24 12:8
**hear** 9:20 10:18
  18:12 19:7 22:16
  24:10,11 28:21
  29:2 30:7,8 32:8
**heard** 9:17 11:21
  19:21 27:13 29:18
  36:2 37:18 39:20
**hearing** 29:20
**heart** 17:1 21:20
  22:21 29:3,13
  33:12
**Hebrew** 6:5 7:13
**height** 24:15
**held** 12:21 13:20,21
  13:24 14:12,15
**help** 11:25 18:6,15

18:18,19 19:2
 23:5,5,7 26:25
 36:17
**helped** 22:13,20
 24:3 25:23 26:18
 27:4 28:1
**helps** 19:4 20:10
**hereinbefore** 41:5
**holiday** 23:2,7,10
 23:11
**home** 9:16,21 15:10
 15:13 23:17 25:23
 26:7,8,16 31:5
**hope** 17:16 19:24
 29:24 40:1
**Hornung** 2:13
**hospital** 11:7,9,12
 11:13,15,16,21,25
 12:5 13:13,14,16
 13:17 14:4 15:22
 21:17
**hours** 18:24
**house** 28:2 39:17
**human** 16:25
**hung** 29:9
**hurts** 37:9

**I**

**identifying** 7:17
**imitate** 39:10
**imitating** 36:5
**immediately** 29:17
 29:21
**important** 13:7,22
 15:5,5 22:16
 26:23 33:25 34:2
**improve** 29:25
**income** 7:19
**INDEX** 3:1
**indicate** 4:14
**individually** 5:14,17
**information** 1:8
 5:23 10:25
**injured** 10:8 11:4
**inside** 12:5
**integral** 20:1
**interest** 7:24,25
**interested** 7:18
**interesting** 34:18
**internal** 7:5
**interpret** 19:14
 24:24 30:3
**interpreted** 4:21 6:5
**interpreter** 2:13
 4:19 19:16 24:18
 25:1 27:15 30:6

30:11,16
**interrupt** 30:11
**interrupting** 24:24
**investment** 36:22
**investments** 7:16
**involved** 7:14 8:9
**involves** 27:1
**Iran** 1:7 5:22
**Iranian** 1:7 5:22
**Islamic** 1:6,9 5:22
 5:24
**Israel** 6:13

**J**

**Jeremiah** 13:24
 14:9
**Jersey** 1:18,23
 41:15
**Jerusalem** 13:5,10
 13:15,19,24 14:5
 14:10,13 21:17
**Jewish** 7:6,7 9:24
**job** 34:17
**joy** 20:4,6 21:18,20
 21:22 24:10
**joys** 17:23
**judge** 28:9

**K**

**keeping** 38:11
**kept** 9:19 11:10
**kids** 17:25 29:15,21
 30:23
**killed** 9:2 12:7
 14:16,22 16:7
 17:18 19:10 22:8
 22:23 24:21 25:2
 29:12 35:5,10,24
 37:20
**killing** 16:20 30:1
 35:1,21 37:14
**kind** 16:18 17:18
 18:14 20:10 27:10
 27:20 36:5,8,21
 37:8,10 39:1
**kinds** 15:17,21,23
 17:21
**kitchen** 23:8
**knew** 15:18 28:22
 37:20 39:18
**know** 10:9,22 12:6
 15:19 17:20,21
 18:1 22:11,14
 27:9 28:15,20
 29:6 30:4 31:5,9
 31:19 32:5,24

33:15,19 34:8,10
 34:11,13,25 35:10
 35:14,17,18,22
 36:12,13,17,23
 37:1,3,19 38:6,7
 38:14,16,22 39:2
 39:21
**knowledge** 7:5
**knows** 28:20
**kollel** 6:22,25 7:3,4
 7:9 8:2,3,14 18:24
 39:18

**L**

**laid** 22:2
**large** 27:7
**late** 9:12 13:25
 14:11
**law** 2:2,7 5:5 7:6,8
**leaders** 15:23
**learn** 18:25
**learned** 25:14 28:17
**learning** 7:5,5,7
**lessons** 6:25
**licensed** 5:3
**lieu** 4:8
**life** 16:10,10,22
 17:11,13 24:12,15
 28:5,12 29:19,23
 29:24 30:18,19
 32:13,20,21 33:21
 33:23,24 34:4
 40:1
**light** 31:24 32:22
**liked** 17:22 18:1,2
 39:3
**line** 10:3 11:1
**little** 11:17 24:25
 30:5,15 38:18
**live** 6:12
**lived** 15:3
**lives** 23:15 29:2
 33:20
**living** 6:23
**LLP** 2:2,7
**loans** 28:1
**long** 14:3 23:3,9
 29:8 35:5 36:9
**look** 33:21,22
**looking** 22:12
**lose** 16:24 33:25
 34:21
**losing** 36:9
**loss** 33:17
**lost** 34:16
**lot** 13:7 22:17 28:12

31:1 33:15 35:13
 37:1 38:5 39:3
**love** 20:4 21:21
 22:18
**loved** 17:25 18:2
 20:20 22:5 23:5
 24:7 39:6
**loves** 31:20,21
**loving** 32:16
**lying** 12:4

**M**

**M** 1:17 41:2,12
**Maiden** 6:19
**Main** 2:3
**manage** 29:24
**marital** 32:20
**Marked** 3:9
**Marlin** 2:3 3:5 4:16
 4:17 5:2,3 6:7
 7:12,20 19:14,17
 20:8 24:23 25:25
 27:11 28:14 30:2
 30:9,14 31:15
 33:2 34:7 40:3
**married** 6:16 7:4
 8:16,18,24 11:4
 22:9 23:7
**match** 22:12
**material** 8:10
**matter** 4:10 38:10
 41:4
**matters** 12:24
**meal** 10:1
**mean** 16:24 26:20
 31:16,17
**means** 19:15 41:19
**meant** 25:11,15
 28:18
**medication** 19:11
 20:9,13
**meet** 24:1,6
**meeting** 14:5,8
**members** 11:8
**memory** 11:17
**men** 7:4
**Menachem** 5:13
**Menachem's** 38:21
 39:14
**mental** 7:23
**mention** 23:16
**mentioned** 20:22
**met** 24:5
**method** 18:14
**methods** 18:5
**middle** 30:12 34:14

**midnight** 14:19
**mind** 37:22
**mine** 10:3 11:19
**Ministry** 1:7 5:23
**minor** 5:15,16,18
 5:19
**missing** 30:15
**mistaken** 34:15
**model** 35:3
**moment** 12:25
 21:21 34:1
**moments** 29:18
**Monday** 1:15 5:6
 39:12
**money** 27:1,23
 28:13
**Monsey** 2:4
**months** 18:21
**mood** 17:25
**Mordchy** 9:4 35:21
 35:23 36:12 38:16
 38:20 39:8
**Mordchy's** 38:23
**morning** 14:20
 15:17 39:16
**mortgage** 28:2,3
**mother** 10:21 22:16
 23:15,15,24 31:21
 38:3
**mother's** 13:6
 23:19 25:5
**mourned** 16:4
**mourning** 15:15
 16:22
**moved** 14:7 24:2
 25:18
**municipality** 27:7
**mutual** 22:18,18

**N**

**name** 4:14 6:8,19
 8:21,24
**natural** 5:15,17
**natured** 17:24
**near** 10:5
**necessarily** 32:7
**needed** 15:8
**neighborhood**
 25:19
**never** 12:23 16:23
 20:18 21:19 25:12
**new** 1:18,23 2:4 5:4
 24:2 25:17,22
 41:15
**news** 10:18 11:2,2
 19:7 29:13,18

**newspaper** 19:9 21:5
**night** 13:25 14:1,15 14:16 15:17 23:18 24:17,19,20,22 25:6,7,16 26:2,4 29:12,18
**normal** 32:21 34:4 34:4
**Notary** 1:18 41:14
**notes** 41:6
**notice** 27:6
**number** 3:8 27:14

**O**

**oath** 4:8,11
**offer** 16:1,18
**offering** 36:17
**Officials** 15:19
**okay** 18:11 19:17 26:12 27:17 29:22 30:14,15 35:23
**old** 9:6,8 16:17
**older** 35:17
**oldest** 8:24 21:14 21:16
**once** 8:8
**opened** 12:8
**opinion** 22:14,17
**opportunities** 7:17
**order** 10:14 12:2,17
**ordinary** 17:20
**organization** 7:2 12:6
**organize** 12:19 13:1
**organized** 15:11
**orphan** 16:16
**ought** 10:6
**outside** 11:8,20 14:10
**overflowing** 21:20
**owned** 26:23,24

**P**

**p.m** 1:16 40:7
**P.P** 5:16
**PAGE** 3:2,8
**pages** 35:5
**paid** 28:2
**pain** 16:1,5,13,25 17:2 19:23,25 33:17 35:7
**pale** 12:10
**palpitating** 29:3
**panic** 29:4
**parent** 5:14,17

**parent's** 15:8,10,13
**parenting** 37:13
**parents** 27:3,3
**part** 12:8 17:2 20:1 23:2,20 24:1 29:23
**participate** 13:23 13:23 17:22
**participating** 4:2
**particular** 34:13
**parts** 17:12
**Passover** 23:1,14 23:22 25:19 27:6
**patience** 32:18
**pay** 27:20,24 28:12
**payment** 27:7
**penalty** 4:10
**Pennsylvania** 1:22 2:8
**people** 9:24 11:10 12:7 13:8 14:10 15:18,18,18,21,24 15:25 17:21 18:7 18:9,9 19:22,22 32:6
**people's** 17:23 29:1
**period** 15:14,15 16:22 22:7
**periods** 19:6
**perjury** 4:11
**person** 4:8 17:19 17:20,22 32:15 33:11 37:1
**personal** 21:3,10 31:11
**personality** 20:1 36:8,10 38:21,23 38:25 39:9
**perspective** 33:24
**Philadelphia** 1:22 2:8
**phone** 10:2,10,10 10:20 11:1 13:1 26:5,15 29:8,9,20
**physically** 4:3
**picture** 18:22
**Pike** 1:23
**Pinches** 5:13 9:1 17:18 21:13,14 22:22 26:2 35:3,4 35:10,24 36:2,3,5 36:13,18,19 37:19 38:9,15,21 39:2,2 39:6,10,14
**Pinches'** 24:6 30:1 32:25 34:10,12

35:1 37:14 38:23
**Pinches's** 35:21
**pitched** 27:3
**place** 7:4 10:5 14:8 23:19 25:5,24 28:22
**plaintiffs** 1:4 2:5,10 5:21,25
**plan** 25:15,21,24
**plans** 26:6
**please** 4:13 6:8 8:21 33:3
**pleasure** 24:10
**plots** 13:11
**plus** 27:10
**point** 14:5 19:24
**politicians** 15:23
**possible** 11:12 13:2 13:10 16:25 22:4 28:11 36:6 39:11
**post** 21:10
**potential** 20:25
**practically** 22:1
**pray** 9:15
**prayed** 23:25
**prayers** 9:16,17
**praying** 9:22,24
**prearranged** 14:8
**prepare** 6:25 7:1 10:13 23:5
**prepared** 9:25 23:10
**preparing** 8:9
**prescription** 19:12
**present** 2:12 4:4
**president** 15:19
**pretty** 38:8
**previous** 13:8
**principal** 36:16
**print** 8:8
**probably** 29:22
**proceedings** 40:6 41:4
**procession** 14:18
**professional** 18:18 18:19,20
**profound** 17:2
**program** 7:10
**programs** 8:4
**proportions** 33:23
**proud** 24:11
**provided** 7:18
**providing** 7:15
**Przewozman** 1:3 1:15 3:3 4:23 5:8 5:12,13,14,16,19

5:20,21 6:2,9,19
**psalm** 9:22
**psalms** 9:22
**Public** 1:18 41:14
**publication** 8:10
**published** 8:14 21:5 35:9
**publishing** 8:10
**put** 18:1 21:22 27:1 33:13 35:11 36:21 37:5 39:3
**puts** 19:10 37:1
**putting** 38:11

**Q**

**question** 15:6
**questions** 6:3
**quick** 30:25
**quickly** 11:11 12:22
**quiet** 10:20
**quite** 9:20 21:20 22:11 26:21 35:23 37:16

**R**

**rabbi** 6:21,22 8:16 9:6 11:9,24 13:22 18:11 32:5 40:4
**rabbinical** 28:9
**rabbis** 13:7,12
**Rachel** 5:16 6:19 8:17
**raid** 9:18 28:21 29:21
**raising** 18:2
**Randi** 2:3 4:16 5:2
**Randi@injurylaw...** 2:5
**rang** 10:2
**range** 26:11,14
**Ray** 1:17 41:2,12
**read** 19:9
**real** 7:14
**realize** 10:17
**realized** 11:5 12:18 12:24 16:10 25:12 35:8
**realizing** 20:25 24:13
**really** 10:6 15:23,25 16:17 19:23 21:6 21:7 36:25
**recall** 12:1,2,14,17 27:5 35:4,25
**record** 4:15
**related** 20:17

**relationship** 21:12 22:6 30:22 31:6 31:18
**relationships** 31:8
**relied** 22:14
**religious** 15:23
**remember** 11:18,18 12:15 17:6 22:1 26:16 27:19 37:17
**Remote** 1:14
**remotely** 4:6
**reporter** 1:17 4:1 41:2,13,21
**Reporters** 1:21
**reporting** 1:21 4:5
**represent** 5:25
**Representing** 2:5 2:10
**reproduction** 41:18
**Republic** 1:6 5:22
**resemble** 36:6
**rest** 12:12 29:23
**result** 37:14 38:9
**results** 37:3
**Revolutionary** 1:9 5:24
**right** 8:17 14:16,23 21:13
**road** 22:2
**rocket** 10:4,5 11:3 25:3,7,12,20 26:11,15
**rockets** 26:13
**role** 32:3 35:3
**room** 4:4 12:2,4
**Rothenberg** 2:2,3,7 4:16 5:2,5
**routine** 18:17
**Rozenbaum** 5:19 8:24,25
**Ruchie** 2:13 4:19 6:5 24:24 27:11 30:3 33:2
**running** 7:9

**S**

**safe** 28:22
**salad** 39:6,8
**Sara** 5:19 8:23,25 33:1,10 34:6
**sat** 9:25 10:2 15:17 23:20
**satisfaction** 20:21 20:24 21:9
**Saturday** 24:21 25:4,16 26:4

saw 9:21 12:16
 16:6,6 22:22,24
 23:13,14 24:4,16
 26:1 29:9
Schechter 5:20 9:3
school 21:25 22:2
screen 29:10
second 8:25
Sect 13:21
security 1:8 5:23
 14:2,11
sedative 20:10
see 11:14,15 12:3,9
 12:11,12 16:14,15
 25:6,22 32:6,6,7
 32:10,11 33:5,5
 33:16 36:3 37:25
 37:25 38:14,25
 39:9,9
self-starter 17:24
sense 29:16
sensitive 36:7
 37:23
sent 21:6
series 18:19
serious 37:20
served 10:1
service 13:20 14:3
sessions 18:20
set 13:11 14:5
seven 23:3
Shabbat 22:25
 23:14,22 24:5,17
 25:5 39:7,9
share 16:1
shared 16:3
shekels 27:2,10
Shemesh 6:13
 11:20 23:18 26:13
Shiva 15:3,4,10,12
 15:14 18:8 21:24
 23:17,20,21 36:1
shock 10:8
short 31:1
short-term 7:16
shorthand 41:21
show 31:23 37:3
side 7:2 13:6
significant 34:22
similar 18:8 19:8
simultaneously
 24:25 30:4,7,10
single 39:23
siren 28:21 29:2,21
sirens 9:18 25:8,11
 28:16,17,19

sister 10:17 11:23
sit 15:3,4,6,9,12
 39:12
sitting 23:17
situation 14:2,11
 32:23 38:15
six 18:21
sixth 9:5
sleep 20:11 23:18
slightly 10:8
slowed 8:1
smoked 20:18
society 13:10 14:6
 14:8
somebody 17:7
 29:15 39:20
somewhat 19:23
son 7:22,23 8:11
 10:5 11:6 12:1,4
 13:3,16 14:14,22
 15:3,22 16:3,7,21
 16:24 17:7 21:15
 21:16 23:13,25
 24:20 26:18 29:12
 35:20 38:19
son's 12:16 14:6
 16:19,20 18:6
 20:16 31:14
soon 37:17
sorry 7:12 16:20
 18:11 24:23 27:11
 30:2,9 33:2
sought 18:18
sounded 10:7
speak 16:12,12
 26:1,2
special 11:1
specific 33:14
spell 19:15
spend 23:2
spending 16:7
spent 23:18
spoke 17:8 26:4,15
 26:16 31:4 34:11
staff 11:8
stand 23:8
start 29:14
started 10:10,12,13
 10:17,20 11:6,9
 14:21 25:3,8,9,20
starting 28:5 33:1
 35:25
starts 25:5
state 1:18 4:13 5:4
 6:8 16:15 41:14
stated 41:5

statement 4:17
States 1:1 5:9 6:14
stayed 23:19
staying 23:24 25:4
stenographic 41:6
stop 27:12
stopped 8:12
stories 36:2
strange 17:10
street 1:22 2:3,8
 13:24 14:9 38:4
strength 35:13
strong 28:10
strongly 12:10 13:5
 24:9
student 11:4
students 20:23
studies 28:6,7
 34:20
study 8:7 13:21
studying 28:8
 34:15
successful 28:11
suddenly 27:6 29:9
suffering 38:1
Suite 1:22
SUMMIT 1:21
Sunday 9:10 14:21
 24:21 25:3 26:16
support 11:24 15:8
 16:1 35:4
supportive 32:16
 35:18
sure 23:9 26:12,14
 33:5 34:23 38:13
synagogue 9:15,16
 23:25 24:5

——— T ———

take 14:3 19:4,11
 19:12,18 25:24
 38:20
taken 1:15 13:16
 20:15 41:4,6
takes 33:11 35:12
talk 24:4 32:3,4
talked 16:3
talking 22:11 38:19
Talmud 7:6,7
task 26:21
tax 27:10,20
taxi 10:14
teachers 21:25
 36:16
Technician 2:13
teen 35:25

teenager 35:24
teleconference
 4:12
tell 10:23 29:12
 33:4 37:6 39:23
telling 11:11
ten 37:16
term 36:9
terrible 16:25 18:13
 28:25 29:17
terrifying 25:13
testified 4:25
testifies 31:10
testimony 4:10,21
 41:3
tests 7:1
textbooks 8:7
texts 21:11
Thank 32:24 40:3
therapist 18:21
 19:2
therapy 19:3 20:13
thing 18:13 33:14
 34:23
things 11:19 12:3
 12:18 15:11 18:8
 18:17 20:2,6,17
 20:20 21:2,3,6
 31:1,11 32:6,6,10
 32:13 33:11 34:2
 36:15 39:1,3,9
think 7:12 17:14
 20:11 22:15 26:6
 27:2,9 29:21,22
 30:19 32:3,3,12
 34:1 35:9 36:4,11
 37:13 38:5,6
thinking 37:17
thinks 37:2
third 9:2
thought 10:14
 12:23 37:21
three 19:13,18 23:4
 25:19
time 15:16 16:5,8
 16:20 17:7 19:23
 20:19,19 21:9
 22:9,22,24
 23:13 24:15,16
 25:10 27:5 29:16
 31:2 37:24 39:17
times 19:13,19
title 6:21
today 5:6 7:21 9:1
 20:2 39:12,19
told 12:1 18:9 21:18

 22:1,14 24:7 26:5
 27:24
top 36:15
transcript 41:7,18
travel 13:14
treated 15:22
tremendous 21:18
tried 10:25 16:11,17
 18:14,24
true 19:24 32:19
 33:6 34:5,5 41:7
trust 22:18
trusted 22:13
try 20:18 21:7 38:13
 38:13
trying 19:21 21:7
 36:24 38:20 39:10
turned 29:19
two 17:12 19:9,12
 19:18 22:25 23:4
 23:6
type 20:9 21:7
Tzvi 5:20 9:3 34:25
 35:1,2,5 36:11
 38:16

——— U ———

unable 21:1 34:16
 34:19
unanswered 29:10
uncertainty 29:16
unconnected 9:23
understand 10:12
 16:13,24 17:11,11
 17:15 22:11 25:10
 36:23 37:7
understands 6:4
understood 16:23
 17:4,14
unexpected 27:8
 27:22
uninterrupted 28:6
United 1:1 5:9 6:14
updates 11:2
upset 19:6 39:21
upside 29:19
usually 17:25

——— V ———

Valium 20:12
van 14:7
vehicle 14:6
verbally 4:9
video 1:14 2:13
 4:12 6:1
Videographers

1:21
**videotaped** 1:14
  5:7
**visit** 15:21 25:17
  38:2,3
**visiting** 23:15
**vs** 1:5

### W
**waiting** 11:8,20
  14:10
**walked** 23:23,25
**Walnut** 1:22 2:8
**want** 14:3 22:14,15
  31:10,12,19 32:2
  38:2
**wanted** 13:23 15:4
  15:25 18:12 21:23
  22:9 26:14 28:4,9
**wants** 36:5
**warm** 32:16
**warmly** 16:12
**warmth** 30:23
  31:23
**wasn't** 7:24 18:25
  28:24,25
**way** 13:2,19 14:4
  24:1 25:14 26:8
  26:15 28:17 33:20
  34:3 36:21,25
  37:7
**ways** 18:5
**we're** 30:15
**wedding** 22:10
**week** 19:13,19
**weekend** 28:16
**weeks** 22:25 25:18
  35:9
**welfare** 9:24
**went** 13:13 14:9,13
  14:22 25:6
**weren't** 10:18
**wife** 6:18 9:21 11:6
  11:23 23:12,13,24
  25:16 26:18 30:1
  32:10
**wife's** 10:11 30:18
**willing** 10:21,23
**witness** 3:2 4:9 6:3
  7:13,14 19:18
  25:2 27:18 30:18
  33:4
**woman** 17:7
**wonderful** 22:5
  24:14
**wondering** 32:8

**works** 8:13
**world** 17:1
**worry** 27:24
**worrying** 29:14
**wound** 33:13
**write** 8:5,6,7 20:23
  21:2,2,3
**writing** 21:8,10
**written** 21:4
**wrote** 8:14 35:5
**www.summitrep...**
  1:24

### X

### Y
**Y.P** 5:15
**Yafa** 5:19 9:2 34:6
  34:13,14
**year** 8:9 16:16 23:4
**years** 21:16 22:8
  35:25
■■■ 16:15
  23:13
**yeshiva** 11:4
**yesterday** 29:6
  39:20
**York** 2:4 5:4
**Yosef** 5:20 9:3
  36:11 38:16
**young** 35:23,24
  37:16,24
**youngest** 35:20
  37:14 38:19

### Z
**ZAKA** 12:6

### 0
**08037** 1:23

### 1
**1:00** 14:20
**1:12-cv-01496** 1:6
**1:28** 1:16
**10:00** 14:1
**10:30** 14:1
**10952** 2:4
**12** 9:5
**12:40** 14:19
**1420** 2:8
**1500** 1:22
**1610** 1:22
**17** 2:3 9:4
**19102** 1:22 2:8
**1974** 6:11

### 2
**20** 9:4
**2019** 7:9 9:8,11
**2021** 1:16 5:6 39:13
**21** 9:1
**215** 1:23 2:9
**22** 9:3
**23** 27:16
**23,000** 27:10,13,19
**24** 9:1 21:16
**26** 8:25
**260,000** 27:2
**2nd** 2:8

### 3
**3:09** 40:7
**30** 1:16 5:6
**30th** 39:13
**34,000** 27:13,18

### 4
**424** 1:23
**447-8648** 1:23

### 5
**5** 9:11
**567-3315** 1:23
**5th** 24:21

### 6
**6** 3:5
**609** 1:23

### 7
**7** 6:11
**732-7000** 2:9
**790-1200** 2:4

### 8
**800** 1:23
**845** 2:4

### 9
**985-2400** 1:23