**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **CHAIM DOV PREZWOZMAN, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Civil Action No. 19-2601 (RDM)** |
| **v.** | ) | |
| | ) | |
| **ISLAMIC REPUBLIC OF IRAN** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**NOTICE OF NON-OBJECTION TO SPECIAL MASTER'S REPORT AND RECOMMENDATION**

Plaintiffs file this Notice of Non-Objection to the Special Master's Report and Recommendation filed May 18, 2026 [ECF No. 56]. Plaintiffs have no objections under Fed. R. Civ. P. 53(f)(2) to Special Master Greenspan's Report and Recommendation. Accordingly, Plaintiffs respectfully request that the Court enter final judgments against the Islamic Republic of Iran in favor of Plaintiffs and in accordance with the Report and Recommendation. A proposed compensatory damages matrix incorporating the Special Master's recommended awards is attached hereto as Exhibit A.

Dated: May 26, 2026

Respectfully submitted,

*/s/ David J. Dickens*
David J. Dickens (DC Bar No. 1003499)
The Miller Firm LLC
108 Railroad Ave
Orange, VA 22960
Tel: 540-672-4224
Fax: 540-672-3055
Email: ddickens@millerfirmllc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of May 206, a true and correct copy of the foregoing Notice of Non-Objection to Special Master's Report and Recommendation was filed electronically with the Clerk of Court using the CM/ECF system which will send a notification of such filing on all counsel of record.

/s/ David J. Dickens
David J. Dickens, Esq.