## SUMMARY OF RECOMMENDATIONS

| Plaintiff | Relation to Direct Victim | Pain and Suffering/Solatium Damages | Multiplier | Prejudgment Interest | Total with Prejudgment Interest |
|---|---|---|---|---|---|
| Estate of Pinches M. Przewozman | Direct Victim | $1,000,000 | 1.4960 | $495,954 | $1,495,954 |
| Chaim Dov Przewozman | Father | $5,000,000 | 1.4960 | $2,479,768 | $7,479,768 |
| Chaya Rachel Przewozman | Mother | $5,000,000 | 1.4960 | $2,479,768 | $7,479,768 |
| Hadassah Przewozman | Wife | $8,000,000 | 1.4960 | $3,967,629 | $11,967,629 |
| Y.P. | Minor Son | $3,000,000 | 1.4960 | $1,487,861 | $4,487,861 |
| A.M.P. | Minor Brother | $2,500,000 | 1.4960 | $1,239,884 | $3,739,884 |
| F.P. | Minor Sister | $2,500,000 | 1.4960 | $1,239,884 | $3,739,884 |
| Sara Przewozman-Rozenbaum | Sister | $2,500,000 | 1.4960 | $1,239,884 | $3,739,884 |
| Yafa Przewozman | Sister | $2,500,000 | 1.4960 | $1,239,884 | $3,739,884 |
| Tzvi Yosef Przewozman | Brother | $2,500,000 | 1.4960 | $1,239,884 | $3,739,884 |

Respectfully, submitted

Dated: May 14, 2026

By: _/s/ Deboarh E. Greenspan_
Deborah E. Greenspan
Special Master